BSA Insurance Policies

| Defendant Insurer | Insurer that Issued the Policy | Policy Number | Start Date | End Date |
|---|---|---|---|---|
| Allianz Global Risks US Insurance Company | Allianz Insurance Company | UMB599346 | 1/1/1980 | 1/1/1981 |
| Allied World Assurance Company (U.S.) Inc. | Allied World Assurance Company (U.S.) Inc. | AW2154834 | 3/1/2005 | 3/1/2006 |
| Allied World Assurance Company (U.S.) Inc. | Allied World Assurance Company (U.S.) Inc. | AW1907934 | 3/1/2006 | 3/1/2007 |
| Allied World Assurance Company (U.S.) Inc. | Allied World Assurance Company (U.S.) Inc. | C006822002 | 3/1/2007 | 3/1/2008 |
| Allied World Assurance Company (U.S.) Inc. | Allied World Assurance Company (U.S.) Inc. | C009030/003 | 3/1/2008 | 3/1/2009 |
| Allied World Assurance Company (U.S.) Inc. | Allied World Assurance Company (U.S.) Inc. | C009030/004 | 3/1/2009 | 3/1/2010 |
| Allied World Assurance Company (U.S.) Inc. | Allied World Assurance Company (U.S.) Inc. | 03053351 | 3/1/2010 | 3/1/2011 |
| Allied World Assurance Company (U.S.) Inc. | Allied World Assurance Company (U.S.) Inc. | 03053351 | 3/1/2011 | 3/1/2012 |
| Allied World Assurance Company (U.S.) Inc. | Allied World Assurance Company (U.S.) Inc. | 03053351 | 3/1/2012 | 3/1/2013 |
| Allied World Assurance Company (U.S.) Inc. | Allied World Assurance Company (U.S.) Inc. | 03053351 | 3/1/2013 | 3/1/2014 |
| Allied World Assurance Company (U.S.) Inc. | Allied World Assurance Company (U.S.) Inc. | 03053351 | 3/1/2014 | 3/1/2015 |
| Allied World Assurance Company (U.S.) Inc. | Allied World Assurance Company (U.S.) Inc. | 03053351 | 3/1/2015 | 3/1/2016 |
| Allied World Assurance Company (U.S.) Inc. | Allied World Assurance Company (U.S.) Inc. | 03053351 | 3/1/2016 | 3/1/2017 |
| Allied World Assurance Company (U.S.) Inc. | Allied World Assurance Company (U.S.) Inc. | 03053351 | 3/1/2017 | 3/1/2018 |
| Allied World Assurance Company (U.S.) Inc. | Allied World Assurance Company (U.S.) Inc. | 03053351 | 3/1/2018 | 3/1/2019 |
| Allied World Assurance Company (U.S.) Inc. | Allied World Assurance Company (U.S.) Inc. | 03053351 | 3/1/2019 | 3/1/2020 |
| Allied World Assurance Company, Ltd | Allied World Assurance Company, Ltd | C000112 | 3/1/2002 | 3/1/2003 |
| American Excess Insurance Association | American Excess Insurance Association | HR000105096 | 3/1/1996 | 3/1/1997 |
| Arch Insurance Company | Arch Insurance Company | UXP002503000 | 3/1/2008 | 3/1/2009 |
| Arch Insurance Company | Arch Insurance Company | UXP002503001 | 3/1/2009 | 3/1/2010 |
| Arch Insurance Company | Arch Insurance Company | UXP002503002 | 3/1/2010 | 3/1/2011 |
| Arch Insurance Company | Arch Insurance Company | UXP004284200 | 3/1/2011 | 3/1/2012 |
| Arch Insurance Company | Arch Insurance Company | UXP004284201 | 3/1/2012 | 3/1/2013 |
| Arch Insurance Company | Arch Insurance Company | UXP102797700 | 3/1/2019 | 3/1/2020 |
| Argonaut Insurance Company | Argonaut Insurance Company | UL71286000088 | 5/1/1972 | 5/1/1973 |
| Argonaut Insurance Company | Argonaut Insurance Company | UL71298000088 | 5/1/1973 | 5/1/1974 |
| Argonaut Insurance Company | Argonaut Insurance Company | UL71298000088 | 5/1/1974 | 1/1/1975 |
| Arrowood Indemnity Company | Royal Indemnity Company | ED103126 | 1/1/1985 | 1/1/1986 |
| Arrowood Indemnity Company | Royal Indemnity Company | ED103126 | 1/1/1986 | 3/1/1986 |
| Arrowood Indemnity Company | Royal Indemnity Company | RHA000409 | 3/1/1989 | 3/1/1990 |
| Arrowood Indemnity Company | Royal Indemnity Company | RHA4001621 | 3/1/1990 | 3/1/1991 |
| Aspen Specialty Insurance Company | Aspen Specialty Insurance Company | CX0043416 | 3/1/2016 | 3/1/2017 |
| Aspen Specialty Insurance Company | Aspen Specialty Insurance Company | CX0044G16 | 3/1/2016 | 3/1/2017 |
| Aspen Specialty Insurance Company | Aspen Specialty Insurance Company | CX0043417 | 3/1/2017 | 3/1/2018 |
| Aspen Specialty Insurance Company | Aspen Specialty Insurance Company | CX0044G17 | 3/1/2017 | 3/1/2018 |

BSA Insurance Policies

| Defendant Insurer | Insurer that Issued the Policy | Policy Number | Start Date | End Date |
|---|---|---|---|---|
| Aspen Specialty Insurance Company | Aspen Specialty Insurance Company | CX0043418 | 3/1/2018 | 3/1/2019 |
| Aspen Specialty Insurance Company | Aspen Specialty Insurance Company | CX0044G18 | 3/1/2018 | 3/1/2019 |
| Ategrity Specialty Insurance Company | Ategrity Specialty Insurance Company | 01BXLP000001230 | 3/1/2019 | 3/1/2020 |
| Axis Specialty Insurance Company | Axis Specialty Insurance Company | AAU720252/01/2005 | 3/1/2005 | 3/1/2006 |
| Axis Surplus Insurance Company | Axis Surplus Insurance Company | EAU720252/01/2006 | 3/1/2006 | 3/1/2007 |
| Axis Surplus Insurance Company | Axis Surplus Insurance Company | EAU720252/01/2007 | 3/1/2007 | 3/1/2008 |
| Axis Surplus Insurance Company | Axis Surplus Insurance Company | EAU720252/01/2008 | 3/1/2008 | 3/1/2009 |
| Axis Surplus Insurance Company | Axis Surplus Insurance Company | EAU737684/01/2008 | 3/1/2008 | 3/1/2009 |
| Axis Surplus Insurance Company | Axis Surplus Insurance Company | EAU720252/01/2009 | 3/1/2009 | 3/1/2010 |
| Axis Surplus Insurance Company | Axis Surplus Insurance Company | EAU737684/01/2009 | 3/1/2009 | 3/1/2010 |
| Axis Surplus Insurance Company | Axis Surplus Insurance Company | EAU720252/01/2010 | 3/1/2010 | 3/1/2011 |
| Axis Surplus Insurance Company | Axis Surplus Insurance Company | EAU720252/01/2011 | 3/1/2011 | 3/1/2012 |
| Axis Surplus Insurance Company | Axis Surplus Insurance Company | EAU758049012011 | 3/1/2011 | 3/1/2012 |
| Axis Surplus Insurance Company | Axis Surplus Insurance Company | EAU720252/01/2012 | 3/1/2012 | 3/1/2013 |
| Axis Surplus Insurance Company | Axis Surplus Insurance Company | EAU758049/01/2012 | 3/1/2012 | 3/1/2013 |
| Catlin Specialty Insurance Company | Catlin Specialty Insurance Company | XSC942550310 | 3/1/2009 | 3/1/2010 |
| Catlin Specialty Insurance Company | Catlin Specialty Insurance Company | XSC942550311 | 3/1/2010 | 3/1/2011 |
| Catlin Specialty Insurance Company | Catlin Specialty Insurance Company | XSC942550312 | 3/1/2011 | 3/1/2012 |
| Catlin Specialty Insurance Company | Catlin Specialty Insurance Company | XSC942550313 | 3/1/2012 | 3/1/2013 |
| Catlin Specialty Insurance Company | Catlin Specialty Insurance Company | XSC942550314 | 3/1/2013 | 3/1/2014 |
| Catlin Specialty Insurance Company | Catlin Specialty Insurance Company | XSC942550315 | 3/1/2014 | 3/1/2015 |
| Catlin Specialty Insurance Company | Catlin Specialty Insurance Company | XSC942550316 | 3/1/2015 | 3/1/2016 |
| Colony Insurance Company | Colony Insurance Company | AR3461897 | 3/1/2017 | 3/1/2018 |
| Colony Insurance Company | Colony Insurance Company | AR4460619 | 3/1/2018 | 3/1/2019 |
| Colony Insurance Company | Colony Insurance Company | AR4460619 | 3/1/2019 | 3/1/2020 |
| Columbia Casualty Company | Columbia Casualty Company | RDX9176499 | 1/1/1985 | 1/1/1986 |
| Columbia Casualty Company | Columbia Casualty Company | RDX9176499 | 1/1/1986 | 3/1/1986 |
| Continental Insurance Company (The) | Continental Insurance Company | 157334179 | 3/1/1996 | 3/1/1997 |
| Continental Insurance Company (The) | Harbor Insurance Company | HI218373 | 5/20/1986 | 3/1/1987 |
| Continental Insurance Company (The) | Niagara Fire Insurance Company | ERX000387 | 10/19/1990 | 3/1/1991 |
| Continental Insurance Company (The) | Niagara Fire Insurance Company | HXU001040 | 3/1/1991 | 3/1/1992 |
| Continental Insurance Company (The) | Niagara Fire Insurance Company | HXU001209 | 3/1/1992 | 3/1/1993 |
| Continental Insurance Company (The) | Niagara Fire Insurance Company | HXU001262 | 3/1/1993 | 3/1/1994 |
| Continental Insurance Company (The) | Niagara Fire Insurance Company | HXU001319 | 3/1/1994 | 3/1/1995 |
| Continental Insurance Company (The) | Niagara Fire Insurance Company | HXU001363 | 3/1/1995 | 3/1/1996 |
| Doe Defendant | Doe Defendant | Unknown | 1/1/1986 | 3/1/1986 |
| Endurance American Insurance Company | Endurance American Insurance Company | EXC10004584700 | 3/1/2014 | 3/1/2015 |

| Defendant Insurer | Insurer that Issued the Policy | Policy Number | Start Date | End Date |
|---|---|---|---|---|
| Endurance American Insurance Company | Endurance American Insurance Company | EXC10004584701 | 3/1/2015 | 3/1/2016 |
| Endurance American Insurance Company | Endurance American Insurance Company | EXC10004584702 | 3/1/2016 | 3/1/2017 |
| Endurance American Insurance Company | Endurance American Insurance Company | EXC1004584703 | 3/1/2017 | 3/1/2018 |
| Endurance American Insurance Company | Endurance American Insurance Company | EXC10004584704 | 3/1/2018 | 3/1/2019 |
| Endurance American Insurance Company | Endurance American Insurance Company | EXC10004584705 | 3/1/2019 | 3/1/2020 |
| Endurance American Specialty Insurance Company | Endurance American Specialty Insurance Company | ELD100000952 | 3/1/2006 | 3/1/2007 |
| Endurance American Specialty Insurance Company | Endurance American Specialty Insurance Company | ELD10000334501 | 3/1/2007 | 3/1/2008 |
| Endurance American Specialty Insurance Company | Endurance American Specialty Insurance Company | ELD10000334601 | 3/1/2007 | 3/1/2008 |
| Endurance American Specialty Insurance Company | Endurance American Specialty Insurance Company | ELD10000334502 | 3/1/2008 | 3/1/2009 |
| Endurance American Specialty Insurance Company | Endurance American Specialty Insurance Company | ELD10000334602 | 3/1/2008 | 3/1/2009 |
| Endurance American Specialty Insurance Company | Endurance American Specialty Insurance Company | ELD10000334503 | 3/1/2009 | 3/1/2010 |
| Endurance American Specialty Insurance Company | Endurance American Specialty Insurance Company | ELD10001240600 | 3/1/2009 | 3/1/2010 |
| Endurance American Specialty Insurance Company | Endurance American Specialty Insurance Company | ELD10000334504 | 3/1/2010 | 3/1/2011 |
| Endurance American Specialty Insurance Company | Endurance American Specialty Insurance Company | ELD10001933700 | 3/1/2010 | 3/1/2011 |
| Endurance American Specialty Insurance Company | Endurance American Specialty Insurance Company | ELD10000334505 | 3/1/2011 | 3/1/2012 |
| Endurance American Specialty Insurance Company | Endurance American Specialty Insurance Company | ELD10003026000 | 3/1/2011 | 3/1/2012 |
| Endurance American Specialty Insurance Company | Endurance American Specialty Insurance Company | ELD10000334506 | 3/1/2012 | 3/1/2013 |
| Endurance American Specialty Insurance Company | Endurance American Specialty Insurance Company | ELD10003553700 | 3/1/2012 | 3/1/2013 |
| Endurance American Specialty Insurance Company f/k/a Traders and Pacific Insurance Company | Traders and Pacific Insurance Company | ELD100000951 | 3/1/2006 | 3/1/2007 |
| Evanston Insurance Company | Alterra Excess & Surplus Insurance Company | MAX3EC30000062 | 3/1/2012 | 3/1/2013 |
| Evanston Insurance Company | Alterra Excess & Surplus Insurance Company | MAX3EC30000192 | 3/1/2013 | 3/1/2014 |
| Evanston Insurance Company | Alterra Excess & Surplus Insurance Company | MAX3EC30000296 | 3/1/2014 | 3/1/2015 |
| Evanston Insurance Company | Alterra Excess & Surplus Insurance Company | MAX3EC30000468 | 3/1/2015 | 3/1/2016 |
| Evanston Insurance Company | Evanston Insurance Company | MKLV40LE106420 | 3/1/2016 | 3/1/2017 |
| Evanston Insurance Company | Evanston Insurance Company | MKLV4EUE10037 | 3/1/2017 | 3/1/2018 |
| Evanston Insurance Company | Evanston Insurance Company | MKLV4EUE100128 | 3/1/2018 | 3/1/2019 |
| Evanston Insurance Company | Evanston Insurance Company | MKLV4EUE100212 | 3/1/2019 | 3/1/2020 |
| Evanston Insurance Company | Evanston Insurance Company | MKLV4EUL102026 | 3/1/2019 | 3/1/2020 |
| Evanston Insurance Company | Evanston Insurance Company | MKLV4PBC000310 | 3/1/2019 | 3/1/2020 |
| Everest National Insurance Company | Everest National Insurance Company | 71G600050071 | 3/1/2007 | 3/1/2008 |
| Everest National Insurance Company | Everest National Insurance Company | 71G600050081 | 3/1/2008 | 3/1/2009 |

BSA Insurance Policies

| Defendant Insurer | Insurer that Issued the Policy | Policy Number | Start Date | End Date |
|---|---|---|---|---|
| Everest National Insurance Company | Everest National Insurance Company | 71G000200091 | 3/1/2009 | 3/1/2010 |
| Everest National Insurance Company | Everest National Insurance Company | 71G6000200091 | 3/1/2009 | 3/1/2010 |
| Everest National Insurance Company | Everest National Insurance Company | 71G6000050101 | 3/1/2010 | 3/1/2011 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960005100 | 3/1/2013 | 3/1/2014 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960005200 | 3/1/2013 | 3/1/2014 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960016600 | 3/1/2013 | 3/1/2014 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960005201 | 3/1/2014 | 3/1/2015 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960016601 | 3/1/2014 | 3/1/2015 |
| Gemini Insurance Company | Gemini Insurance Company | CEX096005101 | 3/1/2014 | 3/1/2015 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960005102 | 3/1/2015 | 3/1/2016 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960005202 | 3/1/2015 | 3/1/2016 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960016602 | 3/1/2015 | 3/1/2016 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960005103 | 3/1/2016 | 3/1/2017 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960005203 | 3/1/2016 | 3/1/2017 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960016603 | 3/1/2016 | 3/1/2017 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960005104 | 3/1/2017 | 3/1/2018 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960005204 | 3/1/2017 | 3/1/2018 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960016604 | 3/1/2017 | 3/1/2018 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960005105 | 3/1/2018 | 3/1/2019 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960005205 | 3/1/2018 | 3/1/2019 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960016605 | 3/1/2018 | 3/1/2019 |
| Gemini Insurance Company | Gemini Insurance Company | BXS0960355800 | 3/1/2019 | 3/1/2020 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960005106 | 3/1/2019 | 3/1/2020 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960005206 | 3/1/2019 | 3/1/2020 |
| Gemini Insurance Company | Gemini Insurance Company | CEX0960016606 | 3/1/2019 | 3/1/2020 |
| General Star Indemnity Company | General Star Indemnity Company | NEX036306 | 3/1/1990 | 3/1/1991 |
| General Star Indemnity Company | General Star Indemnity Company | IXG307138 | 3/1/1992 | 3/1/1993 |
| General Star Indemnity Company | General Star Indemnity Company | IXG307138A | 3/1/1993 | 3/1/1994 |
| General Star Indemnity Company | General Star Indemnity Company | IXG307138B | 3/1/1994 | 3/1/1995 |
| General Star Indemnity Company | General Star Indemnity Company | IXG307138C | 3/1/1995 | 3/1/1996 |
| Great American Assurance Company | Agricultural Insurance Company | EXC794741400 | 3/1/1993 | 3/1/1994 |
| Great American Assurance Company | Agricultural Insurance Company | EXC763634300 | 3/1/1994 | 3/1/1995 |
| Great American Assurance Company | Agricultural Insurance Company | EXC878393200 | 3/1/1995 | 3/1/1996 |
| Great American Assurance Company | Agricultural Insurance Company | EXC8780969 | 3/1/1996 | 3/1/1997 |
| Great American E & S Insurance Co. | Agricultural Excess & Surplus Insurance Company | ELD3211225 | 3/1/2000 | 3/1/2001 |
| Great American E & S Insurance Co. | Agricultural Excess & Surplus Insurance Company | ELD3211225 | 3/1/2001 | 3/1/2002 |
| Great American E & S Insurance Co. | Agricultural Excess & Surplus Insurance Company | ELD3211225 | 3/1/2002 | 3/1/2003 |
| Great American E & S Insurance Co. | Agricultural Excess & Surplus Insurance Company | ELD3211225 | 3/1/2003 | 3/1/2004 |
| Great American E & S Insurance Co. | Agricultural Excess & Surplus Insurance Company | ELD3211225 | 3/1/2004 | 3/1/2005 |

| Defendant Insurer | Insurer that Issued the Policy | Policy Number | Start Date | End Date |
|---|---|---|---|---|
| Great American E & S Insurance Co. | Agricultural Excess & Surplus Insurance Company | ELD3211225 | 3/1/2005 | 3/1/2006 |
| Indian Harbor Insurance Company | Indian Harbor Insurance Company | SXS0049368 | 3/1/2017 | 3/1/2018 |
| Indian Harbor Insurance Company | Indian Harbor Insurance Company | SXS004936801 | 3/1/2018 | 3/1/2019 |
| Indian Harbor Insurance Company | Indian Harbor Insurance Company | SXS004936802 | 3/1/2019 | 3/1/2020 |
| Insurance Company of the State of Pennsylvania (The) | Insurance Company of the State of Pennsylvania (The) | 42902158 | 3/1/1990 | 3/1/1991 |
| Insurance Company of the State of Pennsylvania (The) | Insurance Company of the State of Pennsylvania (The) | 46022491 | 3/1/2002 | 3/1/2003 |
| Insurance Company of the State of Pennsylvania (The) | Insurance Company of the State of Pennsylvania (The) | 46033681 | 3/1/2003 | 3/1/2004 |
| Insurance Company of the State of Pennsylvania (The) | Insurance Company of the State of Pennsylvania (The) | 46033682 | 3/1/2003 | 3/1/2004 |
| Insurance Company of the State of Pennsylvania (The) | Insurance Company of the State of Pennsylvania (The) | 46044698 | 3/1/2004 | 3/1/2005 |
| Insurance Company of the State of Pennsylvania (The) | Insurance Company of the State of Pennsylvania (The) | 46051591 | 3/1/2005 | 3/1/2006 |
| Insurance Company of the State of Pennsylvania (The) | Insurance Company of the State of Pennsylvania (The) | 46062795 | 3/1/2006 | 3/1/2007 |
| Insurance Company of the State of Pennsylvania (The) | Insurance Company of the State of Pennsylvania (The) | 4890463 | 3/1/2007 | 3/1/2008 |
| Insurance Company of the State of Pennsylvania (The) | Insurance Company of the State of Pennsylvania (The) | 4890599 | 3/1/2008 | 3/1/2009 |
| Interstate Fire & Casualty Company | Interstate Fire & Casualty Company | XUO1102139 | 3/1/2001 | 3/1/2002 |
| Interstate Fire & Casualty Company | Interstate Fire & Casualty Company | XUO1102274 | 3/1/2002 | 3/1/2003 |
| Interstate Fire & Casualty Company | Interstate Fire & Casualty Company | XSO1014504 | 3/1/2003 | 3/1/2004 |
| Interstate Fire & Casualty Company | Interstate Fire & Casualty Company | HFX1002516 | 3/1/2007 | 3/1/2008 |
| Interstate Fire & Casualty Company | Interstate Fire & Casualty Company | HFX1002550 | 3/1/2008 | 3/1/2009 |
| Interstate Fire & Casualty Company | Interstate Fire & Casualty Company | HFX1002552 | 3/1/2008 | 3/1/2009 |
| Interstate Fire & Casualty Company | Interstate Fire & Casualty Company | HFX00079995585 | 3/1/2009 | 3/1/2010 |
| Interstate Fire & Casualty Company | Interstate Fire & Casualty Company | HFX00082075581 | 3/1/2009 | 3/1/2010 |
| Lexington Insurance Company | Lexington Insurance Company | 5529760 | 3/1/1987 | 3/1/1988 |
| Lexington Insurance Company | Lexington Insurance Company | 5566184 | 3/1/1988 | 3/1/1989 |
| Lexington Insurance Company | Lexington Insurance Company | 5567563 | 3/1/1989 | 3/1/1990 |
| Lexington Insurance Company | Lexington Insurance Company | 5569527 | 3/1/1990 | 2/28/1991 |
| Lexington Insurance Company | Lexington Insurance Company | 8653405 | 3/1/1991 | 3/1/1992 |
| Lexington Insurance Company | Lexington Insurance Company | 8654653 | 3/1/1992 | 2/28/1993 |
| Lexington Insurance Company | Lexington Insurance Company | 8667104 | 3/1/1993 | 3/1/1994 |
| Lexington Insurance Company | Lexington Insurance Company | 3583189 | 3/1/2003 | 3/1/2004 |
| Lexington Insurance Company | Lexington Insurance Company | 3583190 | 3/1/2003 | 3/1/2004 |
| Lexington Insurance Company | Lexington Insurance Company | 3583264 | 3/1/2004 | 3/1/2005 |
| Lexington Insurance Company | Lexington Insurance Company | 3583265 | 3/1/2004 | 3/1/2005 |
| Lexington Insurance Company | Lexington Insurance Company | 8851123 | 3/1/2005 | 3/1/2006 |
| Lexington Insurance Company | Lexington Insurance Company | 8851124 | 3/1/2005 | 3/1/2006 |
| Lexington Insurance Company | Lexington Insurance Company | 6679155 | 3/1/2006 | 3/1/2007 |
| Lexington Insurance Company | Lexington Insurance Company | 6679156 | 3/1/2006 | 3/1/2007 |
| Lexington Insurance Company | Lexington Insurance Company | 501135 | 3/1/2007 | 3/1/2008 |
| Lexington Insurance Company | Lexington Insurance Company | 0501134 | 3/1/2007 | 3/1/2008 |
| Lexington Insurance Company | Lexington Insurance Company | 1172858 | 3/1/2008 | 3/1/2009 |

Exhibit A

BSA Insurance Policies

| Defendant Insurer | Insurer that Issued the Policy | Policy Number | Start Date | End Date |
|---|---|---|---|---|
| Lexington Insurance Company | Lexington Insurance Company | 1172859 | 3/1/2008 | 3/1/2009 |
| Lexington Insurance Company | Lexington Insurance Company | 1172861 | 3/1/2008 | 3/1/2009 |
| Lexington Insurance Company | Lexington Insurance Company | 15375964 | 3/1/2014 | 3/1/2015 |
| Lexington Insurance Company | Lexington Insurance Company | 15375234 | 3/1/2015 | 3/1/2016 |
| Lexington Insurance Company | Lexington Insurance Company | 15375964 | 3/1/2015 | 3/1/2016 |
| Lexington Insurance Company | Lexington Insurance Company | 15375234 | 3/1/2016 | 3/1/2017 |
| Lexington Insurance Company | Lexington Insurance Company | 15375964 | 3/1/2016 | 3/1/2017 |
| Lexington Insurance Company | Lexington Insurance Company | 023627630 | 3/1/2019 | 3/1/2020 |
| Liberty Insurance Underwriters Inc. | Liberty Insurance Underwriters Inc. | EXCDA1205871 | 3/1/2011 | 3/1/2012 |
| Liberty Insurance Underwriters Inc. | Liberty Insurance Underwriters Inc. | 100032394701 | 3/1/2019 | 3/1/2020 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TB1191409751126 | 3/1/1996 | 3/1/1997 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TH1191409751116 | 3/1/1996 | 3/1/1997 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TB1191409751127 | 3/1/1997 | 3/1/1998 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TH1191409751117 | 3/1/1997 | 3/1/1998 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TB1191409751128 | 3/1/1998 | 3/1/1999 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TH1191409751118 | 3/1/1998 | 3/1/1999 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TB1191409751129 | 3/1/1999 | 3/1/2000 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TH1191409751119 | 3/1/1999 | 3/1/2000 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TB1191409751129 | 3/1/2000 | 3/1/2001 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TH1191409751119 | 3/1/2000 | 3/1/2001 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TB1191409751121 | 3/1/2001 | 3/1/2002 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TH1191409751111 | 3/1/2001 | 3/1/2002 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TB1191409751122 | 3/1/2002 | 3/1/2003 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TH1191409751112 | 3/1/2002 | 3/1/2003 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TB1191409751123 | 3/1/2003 | 3/1/2004 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TH1191409751113 | 3/1/2003 | 3/1/2004 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TB1191409751124 | 3/1/2004 | 3/1/2005 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TH1191409751114 | 3/1/2004 | 3/1/2005 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TB1191409751125 | 3/1/2005 | 3/1/2006 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TH1191409751115 | 3/1/2005 | 3/1/2006 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TB1191409751126 | 3/1/2006 | 3/1/2007 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TH2191409751116 | 3/1/2006 | 3/1/2007 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | TB1191409751127 | 3/1/2007 | 3/1/2008 |
| Liberty Surplus Insurance Corporation | Liberty Surplus Insurance Corporation | 100003882901 | 3/1/2013 | 3/1/2014 |
| National Surety Corporation | National Surety Corporation | XLX1484309 | 1/1/1983 | 1/1/1984 |
| National Surety Corporation | National Surety Corporation | XLX1484392 | 1/1/1984 | 1/1/1985 |
| National Surety Corporation | National Surety Corporation | XXK2112433 | 10/19/1990 | 3/1/1991 |
| National Surety Corporation | National Surety Corporation | XXK2178302 | 3/1/1991 | 3/1/1992 |
| National Surety Corporation | National Surety Corporation | XXK2175018 | 3/1/1992 | 3/1/1993 |
| National Surety Corporation | National Surety Corporation | XXK00014626451 | 3/1/1993 | 3/1/1994 |
| National Surety Corporation | National Surety Corporation | XXK00067679605 | 3/1/1994 | 3/1/1995 |
| National Surety Corporation | National Surety Corporation | XXK00095349775 | 3/1/1995 | 3/1/1996 |
| National Surety Corporation | National Surety Corporation | CSR2839507 | 3/1/1996 | 3/1/1997 |
| National Surety Corporation | National Surety Corporation | XXK00095516738 | 3/1/1996 | 3/1/1997 |
| National Union Fire Insurance Company of Pittsburgh, PA | Landmark Insurance Company | FE4002136 | 1/1/1985 | 1/1/1986 |

Exhibit A

BSA Insurance Policies

| Defendant Insurer | Insurer that Issued the Policy | Policy Number | Start Date | End Date |
|---|---|---|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA | Landmark Insurance Company | FE4002136 | 1/1/1986 | 3/1/1986 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | BE1140592 | 1/1/1975 | 1/1/1976 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | BE1151559 | 1/1/1976 | 1/1/1977 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | BE1218255 | 1/1/1977 | 1/1/1978 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | CE1157777 | 1/1/1978 | 1/1/1979 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | 9607508 | 3/1/1986 | 3/1/1987 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | 9601862 | 6/3/1986 | 3/1/1987 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | 9601888 | 3/1/1987 | 3/1/1988 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | 9607595 | 3/1/1989 | 3/1/1990 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | 3102729 | 3/1/1997 | 3/1/1998 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | BE3463902 | 3/1/1998 | 3/1/1999 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | BE3463968 | 3/1/1999 | 3/1/2000 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | BE3463968 | 3/1/2000 | 3/1/2001 |
| Normandy Reinsurance Company Limited | Normandy Reinsurance Company Limited | NOR11000100 | 3/1/1997 | 3/1/1998 |
| Normandy Reinsurance Company Limited | Normandy Reinsurance Company Limited | NOR11000100 | 3/1/1998 | 3/1/1999 |
| Normandy Reinsurance Company Limited | Normandy Reinsurance Company Limited | NOR11000000 | 3/1/1998 | 3/1/1999 |
| Normandy Reinsurance Company Limited | Normandy Reinsurance Company Limited | NOR11000000 | 3/1/1999 | 3/1/2000 |
| Normandy Reinsurance Company Limited | Normandy Reinsurance Company Limited | NOR11000100 | 3/1/1999 | 3/1/2000 |
| Normandy Reinsurance Company Limited | Normandy Reinsurance Company Limited | NOR11000200 | 3/1/1999 | 3/1/2000 |
| Normandy Reinsurance Company Limited | Normandy Reinsurance Company Limited | NOR11000100 | 3/1/1999 | 3/1/2001 |
| Normandy Reinsurance Company Limited | Normandy Reinsurance Company Limited | NOR 1-10002-00 | 3/1/1999 | 3/1/2000 |
| Normandy Reinsurance Company Limited | Normandy Reinsurance Company Limited | NOR11000000 | 3/1/1999 | 3/1/2001 |
| Ohio Casualty Insurance Company (The) | Ohio Casualty Insurance Company (The) | EC00953709960 | 3/1/2008 | 3/1/2009 |
| Ohio Casualty Insurance Company (The) | Ohio Casualty Insurance Company (The) | ECO1053709960 | 3/1/2009 | 3/1/2010 |
| Ohio Casualty Insurance Company (The) | Ohio Casualty Insurance Company (The) | ECO1153709960 | 3/1/2010 | 3/1/2011 |
| Ohio Casualty Insurance Company (The) | Ohio Casualty Insurance Company (The) | ECO1254672120 | 3/1/2011 | 3/1/2012 |
| Ohio Casualty Insurance Company (The) | Ohio Casualty Insurance Company (The) | ECO1354672120 | 3/1/2012 | 3/1/2013 |
| Ohio Casualty Insurance Company (The) | Ohio Casualty Insurance Company (The) | ECO1454672120 | 3/1/2013 | 3/1/2014 |

BSA Insurance Policies

| Defendant Insurer | Insurer that Issued the Policy | Policy Number | Start Date | End Date |
|---|---|---|---|---|
| Ohio Casualty Insurance Company (The) | Ohio Casualty Insurance Company (The) | ECO1555942839 | 3/1/2014 | 3/1/2015 |
| Ohio Casualty Insurance Company (The) | Ohio Casualty Insurance Company (The) | ECO1655942839 | 3/1/2015 | 3/1/2016 |
| Ohio Casualty Insurance Company (The) | Ohio Casualty Insurance Company (The) | ECO1755942839 | 3/1/2016 | 3/1/2017 |
| Ohio Casualty Insurance Company (The) | Ohio Casualty Insurance Company (The) | ECO1855942839 | 3/1/2017 | 3/1/2018 |
| Ohio Casualty Insurance Company (The) | Ohio Casualty Insurance Company (The) | ECO1955942839 | 3/1/2018 | 3/1/2019 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZX26633 | 3/1/2007 | 3/1/2008 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZX26642 | 3/1/2008 | 3/1/2009 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZY57807 | 3/1/2008 | 3/1/2009 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZX26652 | 3/1/2009 | 3/1/2010 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZY58122 | 3/1/2009 | 3/1/2010 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZX26667 | 3/1/2010 | 3/1/2011 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZY58666 | 3/1/2010 | 3/1/2011 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZX26702 | 3/1/2011 | 3/1/2012 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZY59097 | 3/1/2011 | 3/1/2012 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZX26709 | 3/1/2012 | 3/1/2013 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZY59555 | 3/1/2012 | 3/1/2013 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZX26713 | 3/1/2013 | 3/1/2014 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZY59997 | 3/1/2013 | 3/1/2014 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZX300758 | 3/1/2014 | 3/1/2015 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZY301262 | 3/1/2014 | 3/1/2015 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZX303430 | 3/1/2015 | 3/1/2016 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZY303431 | 3/1/2015 | 3/1/2016 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZX306937 | 3/1/2016 | 3/1/2017 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZY306938 | 3/1/2016 | 3/1/2017 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZX309926 | 3/1/2017 | 3/1/2018 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZY309927 | 3/1/2017 | 3/1/2018 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZX312832 | 3/1/2018 | 3/1/2019 |
| Old Republic Insurance Company | Old Republic Insurance Company | MWZY312833 | 3/1/2018 | 3/1/2019 |
| See footnote. | Lloyds, London[1] | 76100802 | 9/17/1976 | 9/17/1977 |
| See footnote. | R.L.Jarrett (Underwriting) Agency, Inc.[2] | 931255A | 1/1/1981 | 1/1/1982 |
| See footnote. | R.L.Jarrett (Underwriting) Agency, Inc.[2] | 931257A | 1/1/1981 | 1/1/1982 |
| See footnote. | R.L.Jarrett (Underwriting) Agency, Inc.[2] | 931255A | 1/1/1982 | 1/1/1983 |
| See footnote. | R.L.Jarrett (Underwriting) Agency, Inc.[2] | 931257A | 1/1/1982 | 1/1/1983 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | LCO5517312 | 5/28/1986 | 3/1/1987 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | LCO5518254 | 3/1/1987 | 3/1/1988 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | LCO5519006 | 3/1/1988 | 3/1/1989 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | LCO5519547 | 3/1/1989 | 3/1/1990 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | LCO552117 | 3/1/1993 | 3/1/1994 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | LCO5521644 | 3/1/1994 | 3/1/1995 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | LCO5521645 | 3/1/1994 | 3/1/1995 |

BSA Insurance Policies

| Defendant Insurer | Insurer that Issued the Policy | Policy Number | Start Date | End Date |
|---|---|---|---|---|
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | LCO5521644 | 3/1/1995 | 3/1/1996 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | LCO5523054 | 3/1/1995 | 3/1/1996 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | LC05524186 | 3/1/1996 | 3/1/1997 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | LC05524187 | 3/1/1996 | 3/1/1997 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | LC05524948 | 3/1/1997 | 3/1/1998 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | LC05525809 | 3/1/1998 | 3/1/1999 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | LC05525809 | 3/1/1999 | 3/1/2000 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | QY05501051 | 3/1/2001 | 3/1/2002 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | QY05501227 | 3/1/2003 | 3/1/2004 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | QY06815029 | 3/1/2004 | 3/1/2005 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | QY06825006 | 3/1/2005 | 3/1/2006 |
| St. Paul Surplus Lines Insurance Company | St. Paul Surplus Lines Insurance Company | QY01225190 | 3/1/2006 | 3/1/2007 |
| Swiss Re Corporate Solutions Capacity Insurance Corporation | First Specialty Insurance Corporation | IRE200029500 | 3/1/2013 | 3/1/2014 |
| Swiss Re Corporate Solutions Capacity Insurance Corporation | First Specialty Insurance Corporation | IRE200029501 | 3/1/2014 | 3/1/2015 |
| Swiss Re Corporate Solutions Capacity Insurance Corporation | First Specialty Insurance Corporation | IRE200029502 | 3/1/2015 | 3/1/2016 |
| Swiss Re Corporate Solutions Capacity Insurance Corporation | First Specialty Insurance Corporation | IRE200029503 | 3/1/2016 | 3/1/2017 |
| Swiss Re Corporate Solutions Capacity Insurance Corporation | First Specialty Insurance Corporation | IRE200029504 | 3/1/2017 | 3/1/2018 |
| Swiss Re Corporate Solutions Capacity Insurance Corporation | First Specialty Insurance Corporation | IRE200029505 | 3/1/2018 | 3/1/2019 |
| Travelers (Bermuda) Limited | Travelers (Bermuda) Limited | 7BGBPUN291T355300 | 3/1/2000 | 3/1/2001 |
| Travelers Casualty and Surety Company | Aetna Casualty and Surety Company | 01XN2046WCA | 1/1/1979 | 1/1/1980 |
| Travelers Casualty and Surety Company | Aetna Casualty and Surety Company | 01XN2438WCA | 1/1/1980 | 1/1/1981 |
| Travelers Indemnity Company (The) | Gulf Insurance Company | GFE5362231 | 10/19/1990 | 3/1/1991 |
| Travelers Indemnity Company (The) | Gulf Insurance Company | GFE5362396 | 3/1/1991 | 3/1/1992 |
| Travelers Indemnity Company (The) | Gulf Insurance Company | GFE5450026 | 3/1/1992 | 3/1/1993 |
| Travelers Indemnity Company (The) | Gulf Insurance Company | GA6097623 | 3/1/1998 | 3/1/1999 |
| Travelers Indemnity Company (The) | Gulf Insurance Company | GA0283547 | 3/1/1999 | 3/1/2000 |
| Travelers Indemnity Company (The) | Gulf Insurance Company | GA0483924 | 3/1/2000 | 3/1/2001 |
| Travelers Indemnity Company (The) | Gulf Insurance Company | GA0720986/ GAO720968 | 3/1/2001 | 3/1/2002 |

| Defendant Insurer | Insurer that Issued the Policy | Policy Number | Start Date | End Date |
|---|---|---|---|---|
| Travelers Indemnity Company (The) | Gulf Insurance Company | GA2857739 | 3/1/2002 | 3/1/2003 |
| Travelers Indemnity Company (The) | Gulf Insurance Company | GA1327247 | 3/1/2003 | 3/1/2004 |
| Universal Re-Insurance Company Limited | Universal Re-Insurance Company Limited | PD10126 | 3/1/1997 | 3/1/1998 |
| Utica Mutual Insurance Company | Utica Mutual Insurance Company | 10272 | 3/1/1986 | 3/1/1987 |
| XL Bermuda Limited | XL Insurance (Bermuda) Limited | XLUMB02391 | 3/1/1997 | 3/1/1998 |
| XL Bermuda Limited | XL Insurance (Dublin) Ltd. | XLEOCC048804 | 3/1/2004 | 3/1/2005 |
| XL Insurance Company SE | XL Europe Limited | IE00012302LI05A | 3/1/2005 | 3/1/2006 |
| XL Insurance Company SE | XL Europe Limited | IE00013105L106A | 3/1/2006 | 3/1/2007 |
| XL Insurance Company SE | XL Europe Limited | IE00013396L107A | 3/1/2007 | 3/1/2008 |

[1] The subscribing companies include, but are not limited to, Winterthur Swiss Insurance Company; London & Edinburgh General Insurance Company Limited; and Yasuda Fire & Marine Ins. Co. (U.K.) Ltd..

[2] The subscribing companies are Certain Insurance Companies per H.S. Weavers (Underwriting) Agencies, Ltd., London, England, who are presently unknown.