Civil Action No. 3:23-cv-01592-S

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ATEGRITY SPECIALTY INSURANCE COMPANY
was received by me on *(date)* 8/4/23.

☐ I personally served the summons on the individual at *(place)* 14000 N PIMA RD, STE 200, SCOTTSDALE, AZ 85260 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CREVY CARROZ, RECEPTIONIST, who is designated by law to accept service of process on behalf of *(name of organization)* ATEGRITY SPECIALTY INSURANCE COMPANY on *(date)* 08/04/2023 @ 11:10 AM ; or

Comments
CREVY CARROZ STATED HE WAS AUTHORIZED TO ACCEPT

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 8/7/2023

Server's signature

TRENTON MENNENGA Certified Process Server
MARICOPA County License #: 8792

*Printed name and title*

240 E. COURY AVE, STE 130, MESA, AZ 85210

*Server's address*

Additional information regarding attempted service, etc:
Sex: Male     Color of skin: Hispanic     Color of hair: Brown     Glasses: Yes
Age: 40YO+-  Height: 5'5"+-                Weight: 130LBS+-          Other Features:

Documents For Service
SUMMONS IN A CIVIL ACTION, COMPLAINT WITH EXHIBITS A & b, CIVIL COVER SHEET

43485

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Houser<br>*Plaintiff*<br>v.<br>Allianz Global Risks US Insurance Company et al<br>*Defendant* | Civil Action No. 3:23-cv-01592-S |

## Summons in a Civil Action

**TO:** Ategrity Specialty Insurance Company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Jeffrey Tillotson
1201 Main Street
Suite 1300
Dallas, TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 07/18/2023

*Signature of Clerk or Deputy Clerk*