UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST,<br><br>Plaintiff(s),<br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, et al.,<br><br>Defendant(s). § § § § § § § § § § § § | Civil Action No. 3:23-cv-01592-S |

## RETURN OF SERVICE

Came to my hand on **Friday, August 4, 2023 at 1:00 PM**,
Executed at: **8800 SHERIDAN DRIVE, WILLIAMSVILLE, NY 14221**
at **1:14 PM**, on **Monday, August 7, 2023**,
by delivering to the within named:

**ERIE AND NIAGARA INSURANCE ASSOCIATION**

by personally delivering to **Authorized Employee, MAUREEN MULCHAY**
a true copy of this

**SUMMONS IN A CIVIL ACTION; COMPLAINT
with EXHIBITS A & B and CIVIL COVER SHEET**

**BEFORE ME,** the undersigned authority, on this day personally appeared JOSEPH JEZIOROWSKI who after being duly sworn on oath states: "My name is JOSEPH JEZIOROWSKI. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of New York. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
     JOSEPH JEZIOROWSKI – Process Server

Subscribed and Sworn to by JOSEPH JEZIOROWSKI, Before Me, the undersigned authority, on this ____ day of August, 2023.

_____
Notary Public in and for the State of New York

JACQUELINE L. BALIKOWSKI
COMMISSIONER OF DEEDS
CITY OF BUFFALO, N.Y.
COMMISSION EXP. 12/31/24

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Houser | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23-cv-01592-S |
| | ) |
| Allianz Global Risks US Insurance Company et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Erie and Niagara Insurance Association

A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

  Jeffrey Tillotson
  1201 Main Street
  Suite 1300
  Dallas, TX 75202

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 07/18/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-01592-S

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

RETURN / AFFIDAVIT
PROOF / ATTACHED



RETURN / AFFIDAVIT
PROOF / ATTACHED