IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| The Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust,<br><br>    Plaintiff,<br><br>v.<br><br>Allianz Global Risks US Insurance Company et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:23-cv-01592-S |

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), the undersigned Defendants (the "Movants") move the Court for an extension of time, until September 29, 2023, to file their answer, motion, or first responsive pleading to Plaintiff's Complaint (the "Complaint") filed on July 17, 2023 in the United States District Court for the Northern District of Texas, Dallas Division. ECF No. 1. Plaintiff does not oppose this motion.

**PARTIES TO THIS MOTION**

The Movants are made up of the following 53 insurers named as Defendants in the Complaint:

- Allianz Global Risks US Insurance Company
- Allstate Insurance Company
- American Casualty Company of Reading, Pennsylvania
- American Home Assurance Company
- Argonaut Insurance Company

1

- Arrowood Indemnity Company
- Aspen Specialty Insurance Company
- Axis Specialty Insurance Company
- Axis Surplus Insurance Company
- Brighthouse Life Insurance Company f/k/a Travelers Insurance Company
- Catlin Specialty Insurance Company
- Charter Oak Fire Insurance Company
- CNA Financial Corporation
- Colony Insurance Company
- Columbia Casualty Company
- Continental Casualty Company
- The Continental Insurance Company
- Consolidated National Insurance Company
- Endurance American Specialty Insurance Company
- Endurance American Insurance Company
- Everest National Insurance Company
- Evanston Insurance Company
- Fireman's Fund Insurance Company
- First Insurance Company of Hawaii, LTD.
- Gemini Insurance Company
- General Star Indemnity Company
- Great American Assurance Company (f/k/a Agricultural Insurance Company)
- Great American E&S Insurance Company (f/k/a Great American E&S Insurance Company)
- Great American Insurance Company

- Indian Harbor Insurance Company

- The Insurance Company of the State of Pennsylvania

- Interstate Fire & Casualty Company

- Jefferson Insurance Company

- Lexington Insurance Company

- Munich Reinsurance America Inc., formerly known as American Re-Insurance Company

- National Fire Insurance Company of Hartford

- National Union Fire Insurance Company of Pittsburgh, Pa.

- National Surety Corporation

- Nationwide Affinity Insurance Company of America

- Nationwide Mutual Insurance Company

- New Hampshire Insurance Company

- Old Republic Insurance Company

- Scottsdale Insurance Company

- St. Paul Fire and Marine Insurance Company f/k/a St. Paul Insurance Company of Illinois

- St. Paul Mercury Insurance Company

- St. Paul Surplus Lines Insurance Company

- Travelers Casualty and Surety Company f/k/a Aetna Casualty and Surety Company

- The Travelers Companies, Inc. f/k/a Travelers and Phoenix of Hartford Insurance Companies

- The Travelers Indemnity Company f/k/a Gulf Insurance Company

- United States Fidelity and Guaranty Company f/k/a United States Fidelity & Warranty Company

- Swiss Re Corporate Solutions Capacity Insurance Corporation (formerly known as, or otherwise responsible for the liability of, First Specialty Insurance Corporation)

- Wausau General Insurance Company
- Westport Insurance Corporation

## GOOD CAUSE EXISTS FOR THE EXTENSION

"When an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). Good cause exists for this extension to answer or otherwise respond to the Complaint. Beyond affording the Movants adequate time to respond to the Complaint, the requested extension will align their response dates, enhancing efficiency and order in this case.

The Movants understand that additional Defendants will file similar unopposed motions for an extension of time to respond, and absent special circumstances will request the same response date of September 29, 2023.

The Movants therefore request, and Plaintiff does not oppose, an extension of time to file their answer, motion, or first responsive pleadings to September 29, 2023. The Movants have not previously requested an extension of time and the granting of this relief will not unduly delay this proceeding or cause undue hardship. This motion is made in good faith and for no dilatory purpose. Therefore, good cause exists for this extension.

For the foregoing reasons and upon this showing of good cause, Movants respectfully request that the Court grant this unopposed motion for extension of time to answer or otherwise respond to the Complaint and enter an order extending the time to file an answer, motion, or other responsive pleading to September 29, 2023.

Dated: August 22, 2023                                                       Respectfully submitted,

                /s/ Betty X. Yang
Betty X. Yang
Texas Bar No. 24088690
Michael A. Rosenthal
Texas Bar No. 17281490
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, Texas 75201
(214) 698-3100
(214) 571-2900 (fax)
BYang@gibsondunn.com
MRosenthal@gibsondunn.com

*Counsel for American Home Assurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., New Hampshire Insurance Company, and Consolidated National Insurance Company*

/s/ Richard D. Salgado
Richard D. Salgado
Texas Bar No. 24060548
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Telephone: (214) 210-2797
Email: richard.salgado@mwe.com

*Counsel for Allianz Global Risks US Insurance Company, Jefferson Insurance Company, Fireman's Fund Insurance Company, National Surety Corporation, and Interstate Fire & Casualty Company*

/s/ Michael T. Cooke
Michael T. Cooke
Texas Bar No. 04759650
FRIEDMAN SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
mtc@fsclaw.com

*Counsel for Arrowood Indemnity Company*

5

/s/ David Clay Wilkerson
David Clay Wilkerson
BROWN SIMS, P.C.
Texas Bar No. 24010480
cwilkerson@brownsims.com
1990 Post Oak Blvd.,
Suite 1800
Houston, Texas 77056
713.629.1580
713.629.5027 (facsimile)

*Counsel for Aspen Specialty Insurance Company*

/s/ Ellen Van Meir
Ellen Van Meir
Texas Bar No. 00794164
evanmeir@nicolaidesllp.com
NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
2501 North Harwood Street, Suite 1210
Dallas, TX 75201
Telephone: (469) 290-9040
Fax: (469) 290-9041

*Counsel for Everest National Insurance Company*

/s / Stephen A. Melendi
Stephen A. Melendi
Texas Bar No. 24041468
stephenm@tbmmlaw.com
Matt Rigney
Texas Bar No. 24068636
mattr@tbmmlaw.com
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone: 214-665-0100
Facsimile: 214-665-0199

*Counsel for Argonaut Insurance Company and Colony Insurance Company*

/s/ Ivan M. Rodriguez
Ivan M. Rodriguez
Texas Bar No. 24058977
Clinton J. Wolbert
Texas Bar No. 24103020
Katherine B. Wilson
Texas Bar No. 24096034
PHELPS DUNBAR, L.L.P.
910 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: (713) 877-5504
Facsimile: (713) 626-1388
E-mail: ivan.rodriguez@phelps.com
E-mail: clinton.wolbert@phelps.com
E-mail: katherine.wilson@phelps.com

William R. de los Santos
Texas Bar No. 24125762
PHELPS DUNBAR, L.L.P.
2102 E. State Highway 114, Suite 207
Southlake, Texas 76092
Telephone: (817) 488-3134
E-mail: william.delossantos@phelps.com

*Counsel for Evanston Insurance Company*

6

/s/ Stephen A. Melendi
Stephen A. Melendi
Texas Bar No. 24041468
stephenm@tbmmlaw.com
TOLLEFSON BRADLEY MITCHELL &
MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone: 214-665-0100
Facsimile: 214-665-0199

*Counsel for First Insurance Company of Hawaii, LTD*

/s/ Lisa Henderson
Lisa Henderson
Texas Bar No. 24025423
Kimberly Steele
Texas Bar No. 04127600
CLYDE & CO US LLP
Meridian Business Center
10440 N. Central Expressway, Suite 800
Dallas, Texas 75231
T: (214) 540-7539
F: (214) 540-7540
Email: lisa.henderson@clydeco.us
Email: kimberly.steele@clydeco.us

*Counsel for Defendants Great American Assurance Company, Great American E&S Insurance Company, and Great American Insurance Company*

/s/ Gary S. Kessler
Gary S. Kessler
Texas Bar No. 11358200
KESSLER COLLINS
500 N. Akard St., Ste. 3700, Dallas, TX 75201
o: 214.379.0700 f: 214.373.4714

*Counsel for Munich Reinsurance America Inc., formerly known as American Re-Insurance Company*

/s/ Shannon M. O'Malley
Shannon M. O'Malley
Texas Bar No. 24037200
somalley@zellelaw.com
Megan E. Zeller
Texas Bar No. 24082187
mzeller@zellelaw.com
ZELLE LLP
901 Main Street, Suite 400
Dallas, TX  75202
Telephone: 214-742-3000
Facsimile: 760-8994

*Counsel for General Star Indemnity Company*

/s/ Aaron L. Mitchell
Aaron L. Mitchell
Texas Bar No. 14205590
Beth Bradley
Texas Bar No. 06243900
TOLLEFSON BRADLEY MITCHELL &
MELENDI, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204
Direct: (214) 665-0110
Fax: (214) 665-0199
aaronm@tbmmlaw.com
bethb@tbmmlaw.com

*Counsel for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company*

/s/ Ron H. Burnovski
Ron H. Burnovski
Texas Bar No. 24109409
CLAUSEN MILLER P.C.
325 N. Saint Paul Street, Suite 3100
Dallas, Texas 75201
469.942.8633

*Counsel for Old Republic Insurance Company*

7

/s/ Joseph A. Ziemianski
Joseph A. Ziemianski
Texas Bar No. 00797732
COZEN O'CONNOR
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905
E-mail: jziemianski@cozen.com

*Counsel for Endurance American Specialty Insurance Company and Endurance American Insurance Company*

/s/ Shannon M. O'Malley
Shannon M. O'Malley
Texas Bar No. 24037200
somalley@zellelaw.com
Kerry K. Brown
Texas Bar No. 03149880
kbrown@zellelaw.com
Megan E. Zeller
Texas Bar No. 24082187
mzeller@zellelaw.com
ZELLE LLP
901 Main Street, Suite 400
Dallas, TX 75202
Telephone: 214-742-3000
Facsimile: 760-8994

*Counsel for Swiss Re Corporate Solutions Capacity Insurance Corporation (formerly known as, or otherwise responsible for the liability of, First Specialty Insurance Corporation) and Westport Insurance Corporation*

/s/ John E. W. Baay II
John E. W. Baay II
Texas Bar No. 798042
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Suite 4800, 701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-0100
Email: jbaay@glllaw.com

*Counsel for Gemini Insurance Company*

/s/ Pamela Dunlop Gates
Pamela Dunlop Gates
Texas Bar No. 06239800
CORPORATE LITIGATION
CNA
Apex at Legacy
5801 Headquarters Drive, Suite 750
Plano, Texas 75024-6189
(214) 220-5921 – Direct Dial
(214) 220-5902 – Facsimile
pamela.dunlopgates@cna.com

*Counsel for American Casualty Company of Reading, Pennsylvania, CNA Financial Corporation, Columbia Casualty Company, Continental Casualty Company, The Continental Insurance Company, National Fire Insurance Company of Hartford*

8

*/s/ Steven T. Ramos*
STEVEN T. RAMOS
Texas Bar No. 007848120
AYIK & ASSOCIATES
1301 Collins Blvd., Suite 290
Richardson, TX 75081
Direct Dial: 214-570-6596
Facsimile: 214-570-6262
Email: stramos@travelers.com

*Counsel for Brighthouse Life Insurance Company f/k/a Travelers Insurance Company, Charter Oak Fire Insurance Company, St. Paul Fire and Marine Insurance Company f/k/a St. Paul Insurance Company of Illinois, St. Paul Mercury Insurance Company, St. Paul Surplus Lines Insurance Company, Travelers Casualty and Surety Company f/k/a Aetna Casualty and Surety Company, The Travelers Companies, Inc. f/k/a Travelers and Phoenix of Hartford Insurance Companies, The Travelers Indemnity Company f/k/a Gulf Insurance Company, United States Fidelity and Guaranty Company f/k/a United States Fidelity & Warranty Company*

*/s/ Daisy Khambatta*
Daisy Khambatta
Texas Bar No. 24029654
KENNEDYS CMK LLP
3821 Juniper Trace, Suite 101
Austin, TX 78738
Tel: (512) 359-8833
Email: daisy.khambatta@kennedyslaw.com

*Counsel for Axis Specialty Insurance Company and Axis Surplus Insurance Company*

*/s/ Brian S. Martin*
Brian S. Martin
Texas Bar No. 13055350
bmartin@thompsoncoe.com
Christina A. Culver
Texas Bar No. 24078388
cculver@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056-1988
(713) 403-8210 Telephone
(713) 403-8299 Facsimile

*Counsel for Allstate Insurance Company*

*/s/ Alissa K. Christopher*
Alissa K. Christopher
Texas Bar No. 11531020
COZEN O'CONNOR
akchristopher@cozen.com
1717 Main Street, Suite 3400
Dallas, Texas  75201-7335
Telephone:  (214) 462-3000
Facsimile:  (214) 462-3299

*Counsel for Nationwide Affinity Insurance Company of America, Nationwide Mutual Insurance Company, Scottsdale Insurance Company, Wausau General Insurance Company*

9

## CERTIFICATE OF CONFERENCE

I certify that the parties have conferred regarding this motion in accordance with Local Rule 7.1 and this motion is unopposed.

*/s/ Betty X. Yang*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon counsel of record for Plaintiff via ECF on this 22nd day of August 2023.

*/s/ Betty X. Yang*