IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| The Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust,<br><br>    Plaintiff,<br><br>    v.<br><br>Allianz Global Risks US Insurance Company et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:23-cv-01592-S |

**ORDER**

Before the Court is the Unopposed Motion to Extend Time to Answer or Otherwise Respond to the Complaint (the "Motion"). After considering the Motion, the Court finds good cause that the Motion should be GRANTED.

It is therefore ORDERED that Defendants Allianz Global Risks US Insurance Company, Allstate Insurance Company, American Casualty Company of Reading, Pennsylvania, American Home Assurance Company, Argonaut Insurance Company, Arrowood Indemnity Company, Aspen Specialty Insurance Company, Axis Specialty Insurance Company, Axis Surplus Insurance Company, Brighthouse Life Insurance Company f/k/a Travelers Insurance Company, Catlin Specialty Insurance Company, Charter Oak Fire Insurance Company, CNA Financial Corporation, Colony Insurance Company, Columbia Casualty Company, Continental Casualty Company, The Continental Insurance Company, Consolidated National Insurance Company, Endurance American Specialty Insurance Company, Endurance American Insurance Company, Everest National Insurance Company, Evanston Insurance Company, Fireman's Fund Insurance

Company, First Insurance Company of Hawaii, LTD., Gemini Insurance Company, General Star Indemnity Company, Great American Assurance Company (f/k/a Agricultural Insurance Company), Great American E&S Insurance Company (f/k/a Great American E&S Insurance Company), Great American Insurance Company, Indian Harbor Insurance Company, The Insurance Company of the State of Pennsylvania, Interstate Fire & Casualty Company, Jefferson Insurance Company, Lexington Insurance Company, Munich Reinsurance America Inc., formerly known as American Re-Insurance Company, National Fire Insurance Company of Hartford, National Union Fire Insurance Company of Pittsburgh, Pa., National Surety Corporation, Nationwide Affinity Insurance Company of America, Nationwide Mutual Insurance Company, New Hampshire Insurance Company, Old Republic Insurance Company, Scottsdale Insurance Company, St. Paul Fire and Marine Insurance Company f/k/a St. Paul Insurance Company of Illinois, St. Paul Mercury Insurance Company, St. Paul Surplus Lines Insurance Company, Travelers Casualty and Surety Company f/k/a Aetna Casualty and Surety Company, The Travelers Companies, Inc. f/k/a Travelers and Phoenix of Hartford Insurance Companies, The Travelers Indemnity Company f/k/a Gulf Insurance Company, United States Fidelity and Guaranty Company f/k/a United States Fidelity & Warranty Company, Swiss Re Corporate Solutions Capacity Insurance Corporation (formerly known as, or otherwise responsible for the liability of, First Specialty Insurance Corporation), Wausau General Insurance Company and Westport Insurance Corporation shall file their answer, motion or first responsive pleading to the Complaint by September 29, 2023.

Dated: August ___, 2023                By: _____
                                           Hon. Karen Gren Scholer