UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, *et al.*<br><br>Defendants. | Case No.: 3:23-cv-01592-S |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
OLD REPUBLIC INSURANCE COMPANY**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Old Republic Insurance Company states that it is owned entirely by Old Republic General Insurance Group, Inc., which is owned entirely by Old Republic International Corporation, a publicly held corporation (NYSE: ORI). No publicly held corporation owns ten percent or more of the stock of Old Republic International Corporation.

Dated: August 25, 2023

Respectfully submitted,

CLAUSEN MILLER, P.C.

By: */s/ Ron Burnovski*
Ron H. Burnovski
Texas Bar No. 24109409
Clausen Miller P.C.
325 N. Saint Paul Street
Suite 3100 | Dallas, Texas 75201
469.942.8633
rburnovski@clausen.com
*Counsel for Defendant Old Republic Insurance Co.*

10096918.1