# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| The Honorable Barbara J. Houser (.Ret.), in Her Capacity as Trustee of The BSA Settlement Trust,<br><br>     Plaintiff,<br><br>v.<br><br>Allianz Global Risks US Insurance Company, et al.,<br><br>     Defendants. | Civil Action No. 3:23-cv-01592-S |

## NATIONAL FIRE INSURANCE COMPANY OF HARTFORD'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LR 3.1(c), LR 3.2(e), and LR 7.4 of the United States District Court for the Northern District of Texas' Local Civil Rules, National Fire Insurance Company of Hartford hereby provides the following information:

  1.  For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

  National Fire Insurance Company of Hartford is a corporation incorporated under the laws of the State of Illinois and has its principal place of business in the State of Illinois.

  National Fire Insurance Company of Hartford's stock is wholly owned by Continental Casualty Company. National Fire Insurance Company of Hartford's stock is not publicly traded.

  Continental Casualty Company is wholly owned by The Continental Corporation. Continental Casualty Company's stock is not publicly traded.

  The Continental Corporation is wholly owned by CNA Financial Corporation. The Continental Corporation's stock is not publicly traded.

  CNA Financial Corporation has issued shares to the public.

  Loews Corporation owns the majority of the stock of CNA Financial Corporation. Loews Corporation's stock is publicly traded.

  No other corporation owns 10% or more of the stock of CNA Financial Corporation.

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporates, or other legal entities that are financially interested in the outcome of the case:

(i) The Honorable Barbara J. Houser (.Ret.), in Her Capacity as Trustee of The BSA Settlement Trust

(ii) The BSA Settlement Trust

(iii) The Creditors of the BSA Settlement Trust

(iv) Tillotson Johnson & Patton
1201 Main Street, Suite 1300
Dallas, Texas 75202
Attorneys for The Honorable Barbara J. Houser (.Ret.), in Her Capacity as Trustee of The BSA Settlement Trust

(v) Gilbert LLP
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Attorneys for The Honorable Barbara J. Houser (.Ret.), in Her Capacity as Trustee of The BSA Settlement Trust

(vi) The BSA Settlement Trust

(vii) The Creditors of the BSA Settlement Trust;

(viii) The insurers named as defendants in this Lawsuit, and their parents, subsidiaries, affiliates, principals, shareholders, members, managers, officers, directors (the "Defendant Insurers")

(ix) Attorneys for the Defendant Insurers

(x) National Fire Insurance Company of Hartford

(xi) Continental Casualty Company

(xii) The Continental Corporation

(xiii) CNA Financial Corporation

(xiv) Loews Corporation

Dated: August 29, 2023

                Respectfully submitted,

                By: */s/ Pamela Dunlop Gates*
                      Pamela Dunlop Gates
                      State Bar No. 06239800

                CORPORATE LITIGATION
                CNA
                Apex at Legacy
                5801 Headquarters Drive, Suite 750A
                Plano, Texas 75024-6189
                (214) 220-5921 – Direct Dial
                (214) 220-5902 – Facsimile
                pamela.dunlopgates@cna.com
                COUNSEL FOR AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, COLUMBIA CASUALTY COMPANY, CONTINENTAL CASUALTY COMPANY, THE CONTINENTAL INSURANCE COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, AND CNA FINANCIAL CORPORATION

Of Counsel:
Laura McNally, Esq. (*pro hac vice application to be filed*)
lmcnally@loeb.com
LOEB & LOEB, LLP
321 North Clark Street
Chicago, IL 60654
312.464.3155 – Direct Dial
312.464.3111 – Facsimile

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 29, 2023, the above *National Fire Insurance Company of Hartford's Rule 7.1 Disclosure Statement and Certificate of Interested Persons* was electronically filed using the Court's CM/ECF-filing system, which will provide notice of and a copy of this document to all counsel of record in this matter who are registered ECF filers in the United States District Court for the Northern District of Texas:

                                        */s/ Pamela Dunlop Gates*
                                        Pamela Dunlop Gates