IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| The Honorable Barbara J. Houser (Ret.) in her capacity as trustee of the BSA Settlement Trust, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.: 3:23-cv-01592-S |
| Allianz Global Risks US Insurance Company, et al., | § § § § | |
| Defendants. | § § | |

**DEFENDANT GENERAL STAR INDEMNITY COMPANY'S
CERTIFICATE OF INTERESTED PERSONS
AND RULE 7.1 DISCLOSURE STATEMENT**

Defendant General Star Indemnity Company ("General Star") files this Certificate of Interested Persons pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rules 3.1(c), 3.2(e), and 81.1(a)(4)(D) of the Local Civil Rules of the Northern District of Texas.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant states:

General Star is a wholly-owned subsidiary of General Reinsurance Corporation. GenRe Corporation is the parent corporation of General Reinsurance Corporation, and Berkshire Hathaway, Inc. is the parent corporation of GenRe Corporation. Berkshire Hathaway, Inc. owns 10% or more of General Star Indemnity Company.

Defendant believes the following to be a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that may have a financial interest in the outcome of this litigation:

    a.    The Honorable Barbara J. Houser (Ret.) in her capacity as trustee of the BSA Settlement Trust

    b.    The BSA Settlement Trust

c. The Creditors of the BSA Settlement Trust

d. Tillotson Johnson & Patton, Counsel for the Honorable Barbara J. Houser (Ret.)

e. Gilbert LLP, Counsel for the Honorable Barbara J. Houser (Ret.)

f. General Star

g. Zelle LLP, Counsel for General Star

h. Wiley Rein LLP, Counsel for General Star

i. All other insurers named as Defendants to this Action and their parents, subsidiaries, affiliates, principals, shareholders, members, managers, officers, and directors (the "Defendant Insurers")

j. Attorneys for the Defendant Insurers

k. General Reinsurance Corporation

l. GenRe Corporation

m. Berkshire Hathaway, Inc.

If new parties are added to this lawsuit, or if additional persons or entities that are financially interested in the outcome of this litigation are identified during the pendency of this litigation, Defendant will file an amended certificate.

Respectfully submitted,

By: /s/ Shannon M. O'Malley
Shannon M. O'Malley
Texas Bar No. 24037200
somalley@zellelaw.com
Megan E. Zeller
Texas Bar No. 24082187
mzeller@zellelaw.com

ZELLE LLP
901 Main Street, Suite 400
Dallas, TX 75202
Telephone:   214-742-3000
Facsimile:   214-760-8994

*And*

        Gary P. Seligman (*pro hac vice*)
        Ashley L. Criss (*pro hac vice*)
        WILEY REIN LLP
        2050 M Street NW
        Washington, DC 20036
        Telephone: 202-719-7000
        Facsimile: 202-719-7049
        gseligman@wiley.law
        acriss@wiley.law

        ***COUNSEL FOR GENERAL STAR INDEMNITY COMPANY***

**CERTIFICATE OF SERVICE**

  A true and correct copy of the foregoing has been served on the following counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this 8th day of September, 2023:

| | |
|---|---|
| Jeffrey M. Tillotson<br>jtillotson@tillotsonlaw.co<br>TILLOTSON JOHNSON & PATTON<br>1201 Main Street, Suite 1300<br>Dallas, TX  75202<br>Telephone:     214-382-3041<br>Facsimile:     214-292-6564<br>***Attorney for Plaintiff the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust*** | Kami E. Quinn<br>W. Hunter Winstead<br>Emily P. Grim<br>Sarah A. Sraders<br>Rachel H. Jennings<br>GILBERT LLP<br>700 Pennsylvania Avenue, SE, Suite 400<br>Washington, DC  20003<br>Telephone:     202-772-2200<br>Facsimile:     202-772-3333<br>***Attorney for Plaintiff the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust*** |
| Betty X. Yang<br>byang@gibsondunn.com<br>Michael A. Rosenthal<br>mrosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX  75201<br>Telephone:     214-698-3100<br>Facsimile:     214-571-2900<br>***Attorneys for Defendants American Home Assurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA., New Hampshire Insurance Company and Consolidated National Insurance Company*** | Richard D. Salgado<br>Richard.salgado@mwe.com<br>MCDERMOTT WILL & EMERY LLP<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX  75201<br>Telephone:     214-210-2797<br>***Attorney for Defendants Allianz Global Risks US Insurance Company, Jefferson Insurance Company, Fireman's Fund Insurance Company, National Surety Corporation, and Interstate Fire & Casualty Company*** |

| | |
|---|---|
| Michael T. Cooke<br>Mtc@fsclaw.com<br>FRIEDMAN SUDER & COOKE<br>604 East 4th Street, Suite 200<br>Fort Worth, TX  76102<br>***Attorney for Defendant Arrowood Indemnity Company*** | David Clay Wilkerson<br>cwilkerson@brownsims.com<br>BROWN SIMS, P.C.<br>1990 Post Oak Boulevard, Suite 1800<br>Houston, TX  77056<br>Telephone:     713-629-1580<br>Facsimile:     713629-5027<br>***Attorney for Defendant Aspen Specialty Insurance Company*** |
| Stephen A. Melendi<br>stephenm@tbmmlaw.com<br>Matt Rigney<br>mattr@tbmmlaw.com<br>TOLLEFSON BRADLEY MITCHELL<br>     & MELENDI, LLP<br>2811 McKinney Avenue, Suite 250 West<br>Dallas, TX  75204<br>Telephone:     214-665-0100<br>Facsimile:     214-665-0199<br>***Attorneys for Defendants Argonaut Insurance Company and Colony Insurance Company*** | Ellen Van Meir<br>evanmeir@nicolaidesllp.com<br>NICOLAIDES FINK THORPE MICHAELIDES<br>     SULLIVAN LLP<br>2501 North Harwood Street, Suite 1210<br>Dallas, TX  75201<br>Telephone:     469-290-9040<br>Facsimile:     469-290-9041<br>***Attorney for Defendant Everest National Insurance Company*** |
| Ivan M. Rodriguez<br>Ivan.rodriguez@phelps.com<br>Clinton J. Wolbert<br>Clinton.wolbert@phelps.com<br>Katherine B.Wilson<br>Katherine.wilson@phelps.com<br>PHELPS DUNBAR, L.L.P.<br>910 Louisiana Street, Suite 4300<br>Houston, TX  77002<br>Telephone:     713-877-5504<br>Facsimile:     713-626-1388<br>***Counsel for Defendant Evanston Insurance Company*** | William R. de los Santos<br>William.delossantos@phelps.com<br>PHELPS DUNBAR, L.L.P.<br>2102 East State Highway 114, Suite 207<br>Southlake, TX  76092<br>Telephone:     817-488-3134<br>***Counsel for Defendant Evanston Insurance Company*** |

| | |
|---|---|
| Stephen A. Melendi<br>stephenm@tbmmlaw.com<br>TOLLEFSON BRADLEY MITCHELL &<br>    MELENDI, LLP<br>2811 McKinney Avenue, Suite 250 West<br>Dallas, TX  75204<br>Telephone:     214-665-0100<br>Facsimile:      214-665-0199<br>***Attorney for Defendant First Insurance Company of Hawaii, LTD*** | Lisa Hendtrson<br>Lisa.henderson@clydeco.us<br>Kimberly Steele<br>Kimberly.steele@clydeco.us<br>CLYDE & CO US LLP<br>Meridian Business Center<br>10440 North Central Expressway, Suite 800<br>Dallas, TX  75231<br>Telephone:     214-540-7539<br>Facsimile:      214-540-7540<br>***Attorneys for Defendants Great American Assurance Company, Great American E&S Insurance Company, and Great American Insurance Company*** |
| Aaron L. Mitchell<br>aaronm@tbmmlaw.com<br>Beth Bradley<br>bethb@tbmmlaw.com<br>TOLLEFSON BRADLEY MITCHELL<br>    & MELENDI, LLP<br>2811 McKinney Avenue, Suite 250<br>Dallas, TX  75204<br>Telephone:     214-665-0110<br>Facsimile:      214-665-0199<br>***Attorneys for Defendant Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company*** | Gary S. Kessler<br>gsk@kesslercollins.com<br>KESSLER COLLINS<br>500 North Akard Street, Suite 3700<br>Dallas, TX  75201<br>Telephone:     214-379-0700<br>Facsimile:      214-373-4714<br>***Attorney for Defendant Munich Reinsurance America Inc., formerly known as American Re-Insurance Company*** |
| Ron H. Burnovski<br>rburnovski@clausen.com<br>CLAUSEN MILLER P.C.<br>325 North Saint Paul Street, Suite 3100<br>Dallas, TX  75201<br>Telephone:     469-924-8633<br>***Attorney for Defendant Old Republic Insurance Company*** | Joseph A. Ziemanski<br>jziemianski@cozen.com<br>COZEN O'CONNOR<br>1221 McKinney, Suite 2900<br>Houston, TX  77010<br>Telephone:     832-214-3900<br>Facsimile:      832-214-3905<br>***Attorney for Defendants Endurance American Specialty Insurance Company and Endurance American Insurance Company*** |

| | |
|---|---|
| Shannon M. O'Malley<br>somalley@zellelaw.com<br>Kerry K. Brown<br>kbrown@zellelaw.com<br>Megan E. Zeller<br>mzeller@zellelaw.com<br>ZELLE LLP<br>901 Main Street, Suite 400<br>Dallas, TX 75202<br>Telephone:     214-742-3000<br>Facsimile:     214-760-8994<br>***Attorneys for Defendants Swiss Re Corporate Solutions Capacity Insurance Corporation (formerly known as, or otherwise responsible for the liability of, First Specialty Insurance Corporation) and Westport Insurance Corporation*** | John E. W. Baay II<br>jbaay@glllaw.com<br>GIEGER, LABORDE & LAPERHOUSE, L.L.C.<br>701 Poydras Street, Suite 4800<br>New Orleans, LA 70139-4800<br>Telephone:     504-561-0400<br>Facsimile:     504-561-0100<br>***Attorney for Defendant Gemini Insurance Company*** |
| Pamela Dunlop Gates<br>Pamela.dunlopgates@cna.com<br>Corporate Litigation<br>CNA<br>Apex at Legacy<br>5801 Headquarters Drive, Suite 750<br>Plano, TX 75024-6189<br>Telephone:     214-220-5921<br>Facsimile:     214-220-5902<br>***Attorney for Defendants American Casualty Company of Reading, Pennsylvania, CNA Financial Corporation, Columbia Casualty Company, Continental Casualty Company, The Continental Insurance Company, National Fire Insurance Company of Hartford*** | Steven T. Rams<br>stramos@travelers.com<br>AYIK & ASSOCIATES<br>1301 Collins Boulevard, Suite 290<br>Richardson, TX 75081<br>Telephone:     214-570-6596<br>Facsimile:     214-570-6262<br>***Attorney for Defendants Brighthouse Life Insurance Company f/k/a Travelers Insurance Company, Charter Oak Fire Insurance Company, St. Paul Fire and Insurance Company f/k/a St. Paul Insurance Company of Illinois, St. Paul Mercury Insurance Company, St. Paul Surplus Lines Insurance Company, Travelers Casualty and Surety Company f/k/a Aetna Casualty and Surety Company, The Travelers Companies, Inc. f/k/a Travelers and Phoenix of Hartford Insurance Companies, The Travelers Indemnity Company f/k/a Gulf Insurance Company, United States Fidelity and Guaranty Company f/k/a United States Fidelity & Warranty Company*** |

| | |
|---|---|
| Brian S. Martin<br>bmartin@thompsoncoe.com<br>Christina A. Culver<br>cculver@thompsoncoe.com<br>THOMPSON, COE, COUSINS<br>    & IRONS, L.L.P.<br>One Riverway, Suite 1400<br>Houston, TX  77056-1988<br>Telephone:     713-403-8210<br>Facsimile:      713-403-8299<br>***Attorneys for Defendant Allstate Insurance Company*** | Daisy Khambatta<br>Daisy.khambatta@kennedyslaw.com<br>KENNEDYS CMK LLP<br>3821 Juniper Trace, Suite 101<br>Austin, TX  7738<br>Telephone:     512-359-8833<br>***Attorney for Defendants Axis Specialty Insurance Company and Axis Surplus Insurance Company*** |
| Alissa K. Christopher<br>akchristopher@cozen.com<br>COZEN O'CONNOR<br>1717 Main Street, Suite 3400<br>Dallas, TX  75201-7335<br>Telephone:     214-462-3000<br>Facsimile:      214-462-3299<br>***Attorney for Defendants Nationwide Affinity Insurance Company of America, Nationwide Mutual Insurance Company, Scottsdale Insurance Company, Wausau General Insurance Company, National Casualty Corporation*** | Aaron Z. Tobin<br>atobin@condontobin.com<br>William G. Whitehill<br>bwhitehill@condontobin.com<br>Justin D. Hanna<br>jhanna@condontobin.com<br>CONDON TOBIN SLADEK THORNTON<br>    NERENBERG PLLC<br>8080 Park Lane, Suite 700<br>Dallas, TX  75231<br>Telephone:     214-691-6300<br>Facsimile       214-691-6311<br>***Attorneys for Defendants Liberty Insurance Underwriters Inc., Liberty Mutual Insurance Company, Liberty Surplus Insurance Corpora6tion, The Ohio Casualty Insurance Company, Peerless Indemnity Insurance Company, Safeco Insurance Company of America & Wausau General Insurance Company*** |
| Scott L. Davis<br>Scott.davis@huschblackwell.com<br>HUSCH BLACKWELL LLP<br>1900 North Pearl Street, Suite 1800<br>Dallas, TX  75201<br>Telephone:     214-999-6100<br>Facsimile:      214-999-6170<br>***Attorney for Defendants TIG Insurance Company, The North River Insurance Company, and United States Fire Insurance Company*** | Thomas B. Alleman<br>talleman@dykema.com<br>DYKEMA GOSSETT PLLC<br>1717 Main Street, Suite 4200<br>Dallas, TX  75201<br>Telephone:     214-698-7830<br>***Attorney for Defendant Allied World Assurance Company (U.S.) Inc.*** |

| | |
|---|---|
| Roy A. Mura<br>Roy.mura@muralaw.com<br>MURA LAW GROUP<br>930 Rand Building<br>14 Lafayette Square<br>Buffalo, NY  14203<br>Telephone:     716-855-0071<br>Facsimile:     716-855-2816<br>***Attorney for Defendant Erie and Niagara Insurance Association*** | David J. Schubert<br>dschubert@schubertevans.com<br>SCHUBERT & EVANS, P.C.<br>900 Jackson Street, Suite 630<br>Dallas, TX  75202<br>Telephone:     214-744-4400<br>Facsimile:     214-744-4404<br>***Attorney for Defendant Arch Insurance Company*** |
| J. Richard Harmon<br>rharmon@thompsoncoe.com<br>Jo Allison Stasney<br>jstasney@thompsoncoe.com<br>John M. Wiggins<br>jwiggins@thompsoncoe.com<br>THOMPSON, COE, COUSINS & IRONS, LLP<br>700 North Pearl Street, 25th Floor<br>Dallas, TX  75201<br>Telephone:     214-871-8200<br>Facsimile:     214-871-8209<br>***Attorneys for Defendant QBE Insurance Corporation*** | S. Jan Hueber<br>hueber@litchfieldcavo.com<br>LITCHFIELD CAVO, LLP<br>100 Throckmorton Street, Suite 500<br>Fort Worth, TX  76102<br>Telephone:     817-945-8025<br>Facsimile:     817-753-3232<br>***Attorney for Defendant The Cincinnati Insurance Company*** |