### Exhibit A

The following Defendants have signed onto this motion:

1. Allianz Global Risks US Insurance Company
2. Allied World Assurance Company (U.S.) Inc.
3. Allstate Insurance Company
4. American Casualty Company of Reading, Pennsylvania
5. American Home Assurance Company
6. Arch Insurance Company
7. Argonaut Insurance Company
8. Arrowood Indemnity Company
9. Aspen Specialty Insurance Company
10. Ategrity Specialty Insurance Company
11. AXIS Specialty Insurance Company
12. AXIS Surplus Insurance Company
13. Brighthouse Life Insurance Company f/k/a Travelers Insurance Company
14. Charter Oak Fire Insurance Company
15. The Cincinnati Insurance Company
16. CNA Financial Corporation
17. Colony Insurance Company
18. Columbia Casualty Company
19. Columbia Insurance Company
20. Consolidated National Insurance Company
21. Continental Casualty Company
22. The Continental Insurance Company
23. Crum & Forster Indemnity Company
24. Endurance American Specialty Insurance Company
25. Endurance American Insurance Company
26. Erie and Niagara Insurance Association
27. Erie Family Life Insurance Company
28. Erie Insurance Exchange
29. Evanston Insurance Company
30. Everest National Insurance Company
31. Fireman's Fund Insurance Company
32. First Insurance Company of Hawaii, LTD
33. Gemini Insurance Company
34. General Star Indemnity Company
35. Great American Assurance Company
36. Great American E&S Insurance Company
37. Great American Insurance Company
38. Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company
39. The Insurance Company of the State of Pennsylvania

40. Interstate Fire & Casualty Company
41. Jefferson Insurance Company
42. Lexington Insurance Company
43. Liberty Insurance Underwriters Inc.
44. Liberty Mutual Insurance Company
45. Liberty Surplus Insurance Corporation
46. Munich Reinsurance America Inc., formerly known as American Re-Insurance Company
47. National Casualty Corporation
48. National Fire Insurance Company of Hartford
49. National Surety Corporation
50. National Union Fire Insurance Company of Pittsburgh, Pa.
51. Nationwide Affinity Insurance Company of America
52. Nationwide Mutual Insurance Company
53. New Hampshire Insurance Company
54. The North River Insurance Company
55. The Ohio Casualty Insurance Company
56. Old Republic Insurance Company
57. Peerless Indemnity Insurance Company
58. QBE Insurance Corporation
59. Safeco Insurance Company of America
60. Scottsdale Insurance Company
61. Sparta Insurance Company
62. St. Paul Fire and Marine Insurance Company f/k/a St. Paul Insurance Company of Illinois
63. St. Paul Mercury Insurance Company
64. St. Paul Surplus Lines Insurance Company
65. Swiss Re Corporate Solutions Capacity Insurance Corporation (formerly known as, or otherwise responsible for the liability of, First Specialty Insurance Corporation)
66. TIG Insurance Company
67. Travelers Casualty and Surety Company f/k/a Aetna Casualty and Surety Company
68. The Travelers Companies, Inc. f/k/a Travelers and Phoenix of Hartford Insurance Companies
69. The Travelers Indemnity Company f/k/a Gulf Insurance Company
70. United States Fidelity and Guaranty Company f/k/a United States Fidelity & Warranty Company
71. United States Fire Insurance Company
72. Wausau General Insurance Company
73. Westport Insurance Corporation