# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), in Her Capacity as Trustee of the BSA Settlement Trust<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, et al. | § § § § § § § § § | CIVIL ACTION NO. 3:23-CV-1592-S |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time, Briefing Schedule, and for Leave to Exceed Page Limits ("Motion") [ECF No. 141]. After considering the Motion, the Court finds good cause that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the defendants listed in Exhibit A to the Motion ("Moving Defendants") shall file their answer, motion, or first responsive pleading to the Complaint by October 6, 2023; responses to any motions filed shall be due by November 2, 2023; and replies shall be due by November 17, 2023.

It is further **ORDERED** that the page limits for Moving Defendants' joint motion to dismiss shall be increased to 35 pages for the opening and response briefs, and 15 pages for the reply. This Order does not affect the page limit for any other motion a defendant may file in response to the Complaint.

**SO ORDERED.**

SIGNED September 27, 2023.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE