UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST,<br><br>       Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, *et al.*<br><br>       Defendants. | Case No. 3:23-cv-01592-S |

### NOTICE OF VOLUNTARY DISMISSAL AS TO ALLIED WORLD ASSURANCE COMPANY, LTD

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust (the "Trustee"), by and through her undersigned counsel, hereby voluntarily dismisses Allied World Assurance Company, Ltd ("Allied World Bermuda") from this action.

Allied World Bermuda has not filed an answer or motion for summary judgment in this action. Such dismissal shall be without prejudice. Allied World Bermuda withdraws its Motion to Dismiss for Lack of Personal and Subject Matter Jurisdiction [EFC No. 162] and supporting Memorandum of Law [EFC No. 163], which are now moot with the filing of this Notice of Voluntary Dismissal.

DATED:  October 5, 2023                     Respectfully submitted,


                                             /s/ Jeffrey M. Tillotson
                                            Jeffrey M. Tillotson
                                            State Bar No. 20039200
                                            jtillotson@tillotsonlaw.com
                                            **TILLOTSON JOHNSON & PATTON**
                                            1201 Main St., Suite 1300
                                            Dallas, TX 75202
                                            Telephone: (214) 382-3041
                                            Facsimile: (214) 295-6564

                                            Kami E. Quinn (*pro hac vice* application forthcoming)
                                            Washington DC Bar No.
                                            Quinnk@gilbertlegal.com
                                            W. Hunter Winstead (*pro hac vice* application pending)
                                            Washington DC Bar No. 496430
                                            winsteadh@gilbertlegal.com
                                            Emily P. Grim (admitted *pro hac vice*)
                                            Washington DC Bar No.
                                            grime@gilbertlegal.com
                                            Michael B. Rush (admitted *pro hac*)
                                            Washington DC Bar No. 496430
                                            rushm@gilbertlegal.com
                                            Sarah A. Sraders (admitted *pro hac*)
                                            Washington DC Bar No. 1049001
                                            Sraderss@gilbertlegal.com
                                            Rachel H. Jennings (*pro hac vice* application forthcoming)
                                            Washington DC Bar No.
                                            Jenningsr@gilbertlegal.com
                                            **GILBERT LLP**
                                            700 Pennsylvania Avenue, SE
                                            Suite 400
                                            Washington, DC 20003
                                            Telephone:  (202) 772-2200
                                            Facsimile:  (202) 772-3333


                                            ***ATTORNEYS FOR THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST***

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 5, 2023, a true and correct copy of Plaintiff's Notice of Voluntary Dismissal of Allied World Bermuda was served on all counsel of record, via ECF.

                                             */s/ Jeffrey M. Tillotson*
                                            Jeffrey M. Tillotson