UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, *et al.*<br><br>        Defendants. | Case No. 3:23-cv-01592-S |

## NOTICE OF VOLUNTARY DISMISSAL OF TRAVELERS (BERMUDA) LIMITED

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust (the "Trustee"), by and through her undersigned counsel, hereby voluntarily dismisses Travelers (Bermuda) Limited ("Travelers Bermuda") from this action.

Travelers Bermuda has not filed an answer or motion for summary judgment in this action. Such dismissal shall be without prejudice.

1

DATED:  October 5, 2023 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Jeffrey M. Tillotson
　　　　　　　　　　　　　　　　　　　Jeffrey M. Tillotson
　　　　　　　　　　　　　　　　　　　State Bar No. 20039200
　　　　　　　　　　　　　　　　　　　jtillotson@tillotsonlaw.com
　　　　　　　　　　　　　　　　　　　**TILLOTSON JOHNSON & PATTON**
　　　　　　　　　　　　　　　　　　　1201 Main St., Suite 1300
　　　　　　　　　　　　　　　　　　　Dallas, TX 75202
　　　　　　　　　　　　　　　　　　　Telephone: (214) 382-3041
　　　　　　　　　　　　　　　　　　　Facsimile: (214) 295-6564

　　　　　　　　　　　　　　　　　　　Kami E. Quinn (*pro hac vice* application forthcoming)
　　　　　　　　　　　　　　　　　　　Washington DC Bar No.
　　　　　　　　　　　　　　　　　　　Quinnk@gilbertlegal.com
　　　　　　　　　　　　　　　　　　　W. Hunter Winstead (*pro hac vice* application pending)
　　　　　　　　　　　　　　　　　　　Washington DC Bar No. 496430
　　　　　　　　　　　　　　　　　　　winsteadh@gilbertlegal.com
　　　　　　　　　　　　　　　　　　　Emily P. Grim (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Washington DC Bar No.
　　　　　　　　　　　　　　　　　　　grime@gilbertlegal.com
　　　　　　　　　　　　　　　　　　　Michael B. Rush (admitted *pro hac*)
　　　　　　　　　　　　　　　　　　　Washington DC Bar No. 496430
　　　　　　　　　　　　　　　　　　　rushm@gilbertlegal.com
　　　　　　　　　　　　　　　　　　　Sarah A. Sraders (admitted *pro hac*)
　　　　　　　　　　　　　　　　　　　Washington DC Bar No. 1049001
　　　　　　　　　　　　　　　　　　　Sraderss@gilbertlegal.com
　　　　　　　　　　　　　　　　　　　Rachel H. Jennings (*pro hac vice* application forthcoming)
　　　　　　　　　　　　　　　　　　　Washington DC Bar No.
　　　　　　　　　　　　　　　　　　　Jenningsr@gilbertlegal.com
　　　　　　　　　　　　　　　　　　　**GILBERT LLP**
　　　　　　　　　　　　　　　　　　　700 Pennsylvania Avenue, SE
　　　　　　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　　　　　　Washington, DC 20003
　　　　　　　　　　　　　　　　　　　Telephone:  (202) 772-2200
　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 772-3333

　　　　　　　　　　　　　　　　　　　***ATTORNEYS FOR THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2023, a true and correct copy of Plaintiff's Notice of Voluntary Dismissal of Travelers Bermuda (Limited) was served on all counsel of record, via ECF.

  /s/ Jeffrey M. Tillotson
Jeffrey M. Tillotson