# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.) IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, *et al.*,<br><br>Defendants. | §§§§§§§§§§§§§§§ Civil Action No. 3:23-cv-01592-S |

**DEFENDANTS GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN E&S INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, ARCH INSURANCE COMPANY, ARROWOOD INDEMNITY COMPANY, AXIS SPECIALTY INSURANCE COMPANY, AXIS SURPLUS INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, EVEREST NATIONAL INSURANCE COMPANY, GENERAL STAR INDEMNITY COMPANY, SWISS RE. CORPORATE SOLUTIONS CAPACITY INSURANCE CORPORATION, AND WESTPORT INSURANCE CORPORATION'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)**

Defendants Great American Assurance Company; Great American E&S Insurance Company; Great American Insurance Company; Arch Insurance Company; Arrowood Indemnity Company, formerly known as Royal Insurance Company of America; Axis Specialty Insurance Company; Axis Surplus Insurance Company; The Continental Insurance Company, on its own behalf and as successor to Niagara Fire Insurance Company; Endurance American Specialty Company; Endurance American Insurance Company; Everest National Insurance Company; General Star Indemnity Company; Swiss Re. Corporate Solutions Capacity Insurance Corporation (formerly known as First Specialty Insurance Corporation); and Westport Insurance

1

Corporation hereby respectfully move to dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The points and authorities in support of this motion are set forth in the accompanying brief in support.

Dated:  October 6, 2023                                                                    Respectfully submitted,

| **CLYDE & CO US LLP** | **SCHUBERT & EVANS** |
|---|---|
| By: __/s/ Lisa Henderson_____<br>Lisa Henderson<br>Texas Bar No.: 24025423<br>Kimberly Steele<br>Texas Bar No.: 04127600<br>Meridian Business Center<br>10440 N. Central Expressway, Suite 800<br>Dallas, Texas 75231<br>T: (214) 540-7539<br>F: (214) 540-7540<br>Email: lisa.henderson@clydeco.us<br>Email: kimberly.steele@clydeco.us<br><br>Alexander E. Potente<br>(admitted *pro hac vice*)<br>California Bar No. 208240<br>150 California Street | 15th Floor<br>San Francisco, California 94111<br>T: (415) 365-9869<br>F: (415) 365-9801<br>Email: alex.potente@clydeco.us<br><br>Konrad R. Krebs<br>(admitted *pro hac vice*)<br>Pennsylvania Bar No. 319253<br>340 Mt. Kemble Ave. | Suite 300<br>Morristown, NJ 07960<br>T: (973) 210-6705<br>F: (973) 210-6701<br>Email: konrad.krebs@clydeco.us<br><br>*Attorneys for Defendants Great American Assurance Company, Great American E & S Insurance Company, and Great American Insurance Company* | By: __/s/ David Schubert_____<br>David Schubert<br>State Bar No.: 17820800<br>E-Mail: dschubert@schubertevans.com<br>Blake S. Evans<br>State Bar No. 06706950<br>E-Mail: bevans@schubertevans.com<br>Stephen Burnett<br>State Bar No. 24006931<br>E-Mail: sburnett@schubertevans.com<br>900 Jackson, Suite 630<br>Dallas, Texas 75202<br>Telephone: (214) 744-4400<br>Facsimile: (214) 744-4403<br><br>Ronald P. Schiller (admitted *pro hac vice*)<br>Pennsylvania Bar No. 41357<br>Matthew A. Hamermesh (admitted *pro hac vice*)<br>Pennsylvania Bar No. 82313<br>Elizabeth C. Dolce (admitted *pro hac vice*)<br>Pennsylvania Bar No. 324448<br>**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**<br>One Logan Square | 27th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 468-6200<br>Facsimile: (215) 468-0300<br>rschiller@hangley.com<br>mhamermesh@hangley.com<br>edolce@hangley.com<br><br>*Attorneys for Defendant Arch Insurance Company* |

3

| | |
|---|---|
| **FRIEDMAN SUDER & COOKE** | **KENNEDYS CMK LLP** |

By: ___*Michael T. Cooke*_____  
    Michael T. Cooke  
    Texas State Bar No. 04759650  
    Tindall Square Warehouse #1  
    604 E 4th St., Suite 200  
    Fort Worth, TX 76102  
    Telephone: (817) 334-0400  
    Facsimile: (817)334-0401  
    mtc@fsclaw.com  

*Attorneys for Defendant Arrowood Indemnity Company*

**CNA**

By: ___*/s/ Pamela Dunlop Gates*_____  
    Pamela Dunlop Gates  
    Texas State Bar No. 06239800  
    CORPORATE LITIGATION  
    CNA  
    5801 Headquarters Drive  
    Suite 750A  
    Plano, TX 75024-6189  
    Telephone: (214) 220-5921  
    Facsimile: (214) 220-5902  
    Pamela.dunlopgates@cna.com  

-and-

Laura K McNally (admitted *pro hac vice*)  
Illinois Bar No. 6226965  
**LOEB & LOEB LLP**  
321 N. Clark Street  
Suite 230  
Chicago, IL 60654  
Telephone: (312) 399-4912  
lmcnally@loeb.com  

*Attorneys for Defendant The Continental Insurance Company*

By: ___*Daisy Khambatta*_____  
    Daisy Khambatta  
    Texas State Bar No. 24029654  
    Kennedys CMK LLP  
    3821 Juniper Trace  
    Suite 101  
    Austin, TX 78738  
    T: (512) 687-1718  
    F: (312) 207-2110  
    daisy.khambatta@kennedyslaw.com  

Kristin V. Gallagher (admitted *pro hac vice*)  
New Jersey Bar No. 029601995  
Kennedys CMK LLP  
120 Mountain View Blvd.  
PO Box 650  
Basking Ridge, NJ 07920  
T: (908) 848-6300  
F: (908) 647-8390  
kristin.gallagher@kennedyslaw.com  

Jedidiah Vander Klok (admitted *pro hac vice*)  
Florida Bar No. 0084766  
Kennedys CMK LLP  
1111 Brickell Avenue  
Suite 1300  
Miami, FL 33131  
T: (305) 371-1111  
F: (305) 374-8066  
jedidiah.vanderklok@kennedyslaw.com  

*Attorneys for Axis Specialty Insurance Company and Axis Surplus Insurance Company*

**COZEN O'CONNOR**

By: ___/s/ Joseph A. Ziemianski_____
Joseph A Ziemianski
Texas State Bar No. 00797732
1221 McKinney
Suite 2900
Houston, TX 77010
Telephone: (832) 214-3900
Facsimile: (832) 214-3905
jziemianski@cozen.com

Alicia G. Curran
Texas State Bar No. 12587500
1717 Main Street, Suite 3100
Dallas, Texas 75201-7335
Telephone: (214) 462-3000
Telecopier: (214) 462-3299
acurran@cozen.com

Kristie M. Abel (*pro hac vice* pending)
Pennsylvania Bar No. 311481
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel: 215-665-2715
kabel@cozen.com

*Attorneys for Defendants Endurance American Insurance Company and Endurance American Specialty Insurance Company*

**ZELLE LLP**

By: ___/s/ Shannon M. O'Malley_____
Shannon M. O'Malley
Texas Bar No. 24037200
somalley@zellelaw.com
Megan E. Zeller
Texas Bar No. 24082187
mzeller@zellelaw.com
901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone: 214-742-3000
Facsimile: 214-760-8994

**KEATING BROWN PLLC**

By: _/s/ Jeremy T. Brown_____
Jeremy T. Brown
Texas Bar No. 24055221
18383 Preston Rd., Ste. 300
Dallas, Texas 75252
Telephone: (214) 390-7701
jbrown@keatingbrown.com

*Attorneys for Everest National Insurance Company*

**ZELLE LLP**

By: ___/s/ Shannon M. O'Malley_____
Shannon M. O'Malley
Texas State Bar No. 24037200
somalley@zellelaw.com
Kerry K. Brown
Texas State Bar No. 03149880
kbrown@zellelaw.com
Megan E. Zeller
Texas State Bar No. 24082187
mzeller@zellelaw.com
901 Main Street, Suite 4000
Dallas, TX 75202
Telephone: (214) 742-3000
Facsimile: (214) 760-8994

*Counsel for Defendants Swiss Re Corporate Solutions Capacity Insurance Corporation (f/k/a, or otherwise responsible for the liability of, First Specialty Insurance Corporation) and Westport Insurance Corporation*

4

*And*

Gary P. Seligman (admitted *pro hac vice*)
D.C. Bar No. 468046
Ashley L. Criss (admitted *pro hac vice*)
D.C. Bar No. 1048326
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
Fax: (202) 719-7049
E-mail:  gseligman@wiley.law,
acriss@wiley.law

*Counsel for General Star Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, a copy of the foregoing document was served by electronic transmission upon all counsel of record via the Court's ECF system.

*/s/ Kimberly Steele*