IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.) IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, *et al.*,<br><br>Defendants. | Civil Action No. 3:23-cv-01592-S |

## ORDER

Upon consideration of the motion to dismiss of defendants Great American Assurance Company; Great American E&S Insurance Company; Great American Insurance Company; Arch Insurance Company; Arrowood Indemnity Company, formerly known as Royal Insurance Company of America; Axis Specialty Insurance Company; Axis Surplus Insurance Company; The Continental Insurance Company, on its own behalf and as successor to Niagara Fire Insurance Company; Endurance American Specialty Company; Endurance American Insurance Company; Everest National Insurance Company; General Star Indemnity Company; Swiss Re. Corporate Solutions Capacity Insurance Corporation (formerly known as First Specialty Insurance Corporation); and Westport Insurance Corporation, and all responses and replies thereto, the Court GRANTS the motion.

It is ORDERED that all claims asserted in plaintiff's Complaint [Doc. 1] against defendants Great American Assurance Company, Great American E&S Insurance Company,

1

2

Great American Insurance Company, Arch Insurance Company, Axis Specialty Insurance Company, Axis Surplus Insurance Company, and Everest Insurance Company are hereby dismissed.

                                                                _____

Hon. Karen Gren Scholer
United States District Judge