**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST,** <br><br> **Plaintiff,** <br><br> v. <br><br> **ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY, LTD,** *et al.* <br><br> **Defendants.** | **Civ. Action No. 3:23-cv-01592-S** |

## UNDERSIGNED DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

The undersigned defendants ("**Undersigned Defendants**") respectfully submit this motion to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6), and on the basis of *Colorado River* abstention, and represent as follows:

### I.       MOTION TO DISMISS

For the reason outlined in the accompanying memorandum, the Court should dismiss under Federal Rule of Civil Procedure 12(b)(1) all of the Trustee's causes of action regarding coverage for unprocessed Abuse Claims because they are unripe.  In the alternative, the Court should dismiss under Federal Rule of Civil Procedure 12(b)(6) all of the Trustee's causes of action regarding coverage for Abuse Claims, because the Complaint fails to adequately plead any cause of action upon which relief can be granted.  If not mooted by the foregoing requested relief, the Court should dismiss under Federal Rule of Civil Procedure 12(b)(2) the Trustee's causes of action against the non-resident PJ Moving Defendants (as defined in the accompanying memorandum) to the extent

they seek damages or coverage arising out of policies that were issued to entities located outside

of Texas, as the Court lacks personal jurisdiction over such claims.  The Court should also dismiss

the Trustee's causes of action regarding a subset of Abuse Claims that are already subject to

litigation in Illinois state court under the doctrine of *Colorado River* abstention.

## II.    ARGUMENTS AND AUTHORITIES

In accordance with Local Rule 7.1(d), Undersigned Defendants submit in support of this

Motion to Dismiss a memorandum setting forth their contentions of law, and their arguments and

authorities supporting dismissal, which are incorporated herein.

WHEREFORE, PREMISES CONSIDERED, Undersigned Defendants pray that this Court

grant its Motion to Dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1),

12(b)(2) and 12(b)(6), and on the basis of *Colorado River* abstention.

Dated: October 6, 2023

Christopher J. St. Jeanos (*pro hac vice*)
New York Bar No. 2805729
Ciara A. Sisco (*pro hac vice*)
New York Bar No. 5583471
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
(212) 728-8111 (fax)
CStjeanos@willkie.com
CSisco@willkie.com

Joseph G. Davis (*pro hac vice*)
D.C. Bar No. 441479
Zainab A. Ali (*pro hac vice*)
D.C. Bar No. 90014285
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006

Respectfully submitted,

/s/Betty X. Yang
Betty X. Yang
Texas Bar No. 24088690
Michael A. Rosenthal
Texas Bar No. 17281490
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, Texas 75201
(214) 698-3100
(214) 571-2900 (fax)
BYang@gibsondunn.com
MRosenthal@gibsondunn.com

James Hallowell (*pro hac vice*)
New York Bar No. 2688869
Amanda A. George (*pro hac vice*)
New York Bar No. 5645817
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

(202) 303-1000                          (212) 351-4000
(202) 303-2000 (fax)                    (212) 351 4035 (fax)
JDavis@willkie.com                      JHallowell@gibsondunn.com
ZAli@willkie.com                        AGeorge@gibsondunn.com

*Counsel for American Home Assurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., New Hampshire Insurance Company, and Consolidated National Insurance Company*

/s/ Richard D. Salgado                  /s/ Thomas B. Alleman
Richard D. Salgado                      Thomas B. Alleman
Texas Bar No. 24060548                  Texas Bar No. 01017485
MCDERMOTT WILL & EMERY LLP              DYKEMA GOSSETT PLLC
2501 North Harwood Street, Suite 1900   1717 Main, Suite 4200
Dallas, TX 75201                        Dallas, Texas 75201
Telephone: 214.210.2797                 Phone: 214-698-7830
Facsimile: 972.232.3098                 talleman@dykema.com
Email: richard.salgado@mwe.com

                                        *Counsel for Allied World Assurance Company (U.S.) Inc.*
Ryan S. Smethurst (*pro hac vice*)
D.C. Bar No. 469824
Alex M. Spisak (*pro hac vice*)
D.C. Bar No. 1028451
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: 202.756.8228
Facsimile: 202.756.8087
Email: rsmethurst@mwe.com
Email: aspisak@mwe.com

*Counsel for Jefferson Insurance Company*

/s/ Christina A. Culver                 /s/ David J. Schubert
Brian S. Martin                         David Schubert
Texas Bar No. 13055350                  Texas Bar No. 17820800
bmartin@thompsoncoe.com                 E-Mail: dschubert@schubertevans.com
Christina A. Culver                     Blake S. Evans
Texas Bar No. 24078388                  Texas Bar No. 06706950
cculver@thompsoncoe.com                 E-Mail: bevans@schubertevans.com
THOMPSON, COE, COUSINS & IRONS,         Stephen Burnett
L.L.P.                                  Texas Bar No. 24006931
One Riverway, Suite 1400                E-Mail: sburnett@schubertevans.com

3

Houston, Texas 77056-1988
(713) 403-8210 Telephone
(713) 403-8299 Facsimile

*Counsel for Allstate Insurance Company*

SCHUBERT & EVANS
900 Jackson, Suite 630
Dallas, Texas 75202
Telephone: (214) 744-4400
Facsimile: (214) 744-4403

Ronald P. Schiller (*pro hac vice*)
Pennsylvania Bar No. 41357
Matthew A. Hamermesh (*pro hac vice*)
Pennsylvania Bar No. 82313
Elizabeth C. Dolce (*pro hac vice*)
Pennsylvania Bar No. 324448
HANGLEY ARONCHICK SEGAL PUDLIN &
SCHILLER
One Logan Square| 27th Floor
Philadelphia, PA 19103
Telephone: (215) 468-6200
Facsimile: (215) 468-0300
rschiller@hangley.com
mhamermesh@hangley.com
edolce@hangley.com

*Counsel for Arch Insurance Company*

/s/ *Stephen A. Melendi*
Stephen A. Melendi
Texas Bar No. 24041468
stephenm@tbmmlaw.com
Matt Rigney
Texas Bar No. 24068636
mattr@tbmmlaw.com
TOLLEFSON BRADLEY MITCHELL &
MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204

Kathleen Kerns (*pro hac vice*)
kkerns@postschell.com
POST & SCHELL, P.C.
1600 John F. Kennedy Blvd.
13th Floor
Philadelphia, PA 19103

*Counsel for Argonaut Insurance Company
and Colony Insurance Company*

/s/ *Michael T. Cooke*
Michael T. Cooke
Texas Bar No. 04759650
FRIEDMAN SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
mtc@fsclaw.com

*Counsel for Arrowood Indemnity Company*

/s/ David Clay Wilkerson
David Clay Wilkerson
BROWN SIMS, P.C.
Texas Bar No. 24010480
cwilkerson@brownsims.com
1990 Post Oak Blvd.,
Suite 1800
Houston, Texas 77056
713.629.1580
713.629.5027 (facsimile)

*Counsel for Aspen Specialty Insurance
Company*

/s/ S. Jan Hueber
S. Jan Hueber
Texas Bar No. 20331150
hueber@litchfieldcavo.com
LITCHFIELD CAVO, LLP
100 Throckmorton Street, Ste. 500
Fort Worth, Texas 76102
Telephone: 817.945.8025
Facsimile: 817.753.3232

Daniel G. Litchfield (*pro hac vice*)
IL Bar No. 6185695
litchfield@litchfieldcavo.com
LITCHFIELD CAVO, LLP
303 W. Madison Street, Suite 300
Chicago, IL  60606
Telephone: 312.781.6660

*Counsel for The Cincinnati Insurance
Company*

/s/ Charles R. "Skip" Watson
Charles R. "Skip" Watson
Texas Bar No. 20967500
watsons@gtlaw.com
Nicole Leonard Cordoba
Texas Bar No. 24106197
cordoban@gtlaw.com

/s/ Aaron L. Mitchell
Aaron L. Mitchell
Texas Bar No. 14205590
TOLLEFSON BRADLEY MITCHELL &
MELENDI, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204
Direct: (214) 665-0110
Fax: (214) 665-0199
aaronm@tbmmlaw.com

*Counsel for Ategrity Specialty Insurance
Company*

/s/ Pamela Dunlop Gates
Pamela Dunlop Gates
Texas Bar No. 06239800
CORPORATE LITIGATION
CNA
Apex at Legacy
5801 Headquarters Drive, Suite 750A
Plano, Texas 75024-6189
(214) 220-5921 – Direct Dial
pamela.dunlopgates@cna.com

Laura McNally, Esq. (*pro hac vice*)
Illinois Bar No. 6226965
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155

*Counsel for American Casualty Company of
Reading, Pennsylvania, CNA Financial
Corporation, Columbia Casualty Company,
Continental Casualty Company, The Continental
Insurance Company, National Fire Insurance
Company of Hartford*

/s/ Scott L. Davis
Scott L. Davis
Texas Bar No. 055437030
HUSCH BLACKWELL LLP
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
Phone: (214) 999-6100

Joseph W. Shaneyfelt
Texas Bar No. 24105406
joe.shaneyfelt@gtlaw.com
GREENBERG TRAURIG LLP
300 West 6th Street, Suite 2050
Austin, Texas 78701
T: (512) 320-7200
F: (512) 320-7210

*Counsel for Columbia Insurance
Company*

Fax: (214) 999-6170
Scott.Davis@huschblackwell.com

Tyler Scott (*pro hac vice*)
Missouri Bar No. 63231
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Phone: (816) 983-8274
Fax: (816) 983-8080
Tyler.Scott@huschblackwell.com

*Counsel for Crum & Forster Indemnity Company,
TIG Insurance Company, The North River
Insurance Company, and United States Fire
Insurance Company*

/s/ David M. Hymer
David M. Hymer
Texas Bar No. 10380250
david.hymer@qpwblaw.com
Steven Wood
Texas Bar No. 24033355
Steven.wood@qpwblaw.com
QUINTAIROS, PRIETO, WOOD &
BOYER, PA.
1700 Pacific Avenue, Suite 4545
Dallas, Texas 75201
(214) 754-8755
(214) 754-8744 (Fax)

*Counsel for Erie Family Life Insurance
Company and Erie Insurance Exchange*

/s/ Roy A. Mura
Roy A. Mura, Esq. (pro hac vice)
New York Bar No. 2112035
MURA LAW GROUP, PLLC
14 Lafayette Square, Suite 930
Buffalo, New York 14203
(716) 855-2800
roy.mura@muralaw.com

Kieran W. Leary, Esq.
Texas Bar No. 24108517
TOLLEFSON BRADLEY MITCHELL
& MELENDI, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
(214) 665-0119
kieranl@tbmmlaw.com

*Counsel for Erie and Niagara Insurance
Association*

/s/ Jeremy T. Brown
Jeremy T. Brown
Texas Bar No. 24055221
jbrown@keatingbrown.com
KEATING BROWN PLLC
18383 Preston Road, Ste. 300
Dallas, Texas 75252
Telephone: (214) 390-7701

/s/ Ivan M. Rodriguez
Ivan M. Rodriguez
Texas Bar No. 24058977
Clinton J. Wolbert
Texas Bar No. 24103020
Katherine B. Wilson
Texas Bar No. 24096034
PHELPS DUNBAR, L.L.P.

*Counsel for Everest National Insurance Company*

910 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: (713) 877-5504
Facsimile: (713) 626-1388
E-mail: ivan.rodriguez@phelps.com
E-mail: clinton.wolbert@phelps.com
E-mail: katherine.wilson@phelps.com

William R. de los Santos
Texas Bar No. 24125762
PHELPS DUNBAR, L.L.P.
2102 E. State Highway 114, Suite 207
Southlake, Texas 76092
Telephone: (817) 488-3134
E-mail: william.delossantos@phelps.com

*Counsel for Evanston Insurance Company*

/s/ *Stephen A. Melendi*
Stephen A. Melendi
Texas Bar No. 24041468
stephenm@tbmmlaw.com
Frank Kennedy
Texas Bar No. 00787820
frankk@tbmmlaw.com
TOLLEFSON BRADLEY MITCHELL &
MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone: 214-665-0100
Facsimile: 214-665-0199

*Counsel for First Insurance Company of Hawaii, LTD*

/s/ *Shannon M. O'Malley*
Shannon M. O'Malley
Texas Bar No. 24037200
somalley@zellelaw.com
Megan E. Zeller
Texas Bar No. 24082187
mzeller@zellelaw.com
ZELLE LLP
901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:      214-742-3000
Facsimile:       214-760-8994

Gary P. Seligman (*pro hac vice*)
D.C. Bar No. 468046
Ashley L. Criss (*pro hac vice*)
D.C. Bar No. 1048326
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
Fax: (202) 719-7049
E-mail:  gseligman@wiley.law,
acriss@wiley.law

*Counsel for General Star Indemnity Company*

7

<table>
<tr><td>

*/s/ Aaron L. Mitchell*
Aaron L. Mitchell
Texas Bar No. 14205590
Beth Bradley
Texas Bar No. 06243900
TOLLEFSON BRADLEY MITCHELL &
MELENDI, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204
Direct: (214) 665-0110
Fax: (214) 665-0199
aaronm@tbmmlaw.com
bethb@tbmmlaw.com

Lloyd A. Gura (*pro hac vice*)
NY Bar – 2380277
Pamela J. Minetto (*pro hac vice*)
NY Bar - 2241685
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Fax: (973) 242-4244
lgura@moundcotton.com
pminetto@moundcotton.com

*Counsel for Indian Harbor Insurance
Company, on behalf of itself and as
successor in interest to Catlin Specialty
Insurance Company*

</td><td>

*/s/ Aaron Z. Tobin*
Aaron Z. Tobin
Texas Bar No. 24028045
William G. Whitehill
Texas Bar No. 21356550
Justin D. Hanna
Texas Bar No. 24095726
CONDON TOBIN SLADEK THORNTON
NERENBERG PLLC
8080 Park Lane, Ste. 700
Dallas, Texas 75231
Telephone: 214.691.6300
Facsimile: 214.691.6311
atobin@condontobin.com
bwhitehill@condontobin.com
jhanna@condontobin.com

Kim V. Marrkand
Massachusetts Bar No. 543823
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO PC
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
kvmarrkand@mintz.com

Douglas R. Gooding
Massachusetts Bar No. 558976
Bryana T. McGillycuddy
Massachusetts Bar No. 684990
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
bmcgillycuddy@gmail.com

*Counsel for Liberty Insurance Underwriters Inc.,
Liberty Mutual Insurance Company, Liberty
Surplus Insurance Corporation, The Ohio
Casualty Insurance Company, Peerless Indemnity
Insurance Company, Safeco Insurance Company
of America & Wausau General Insurance
Company*

</td></tr>
</table>

*/s/ Gary S. Kessler*
Gary S. Kessler
Texas Bar No. 11358200
Anne-Alise "Ali" Hinckley
Texas Bar No. 24090786
ahinckley@kesslercollins.com
Samuel C. Kessler
Texas Bar No. 24118431
skessler@kesslercollins.com
KESSLER COLLINS
500 N. Akard St., Ste. 3700
Dallas, TX 75201
214.379.0722 Telephone
214.373.4714 Facsimile

Thaddeus J. Weaver (*pro hac vice*)
Delaware Bar Id. No. 2790
tweaver@dilworthlaw.com
DILWORTH PAXSON LLP
704 N. King Street, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031
(302) 571-8867 (telephone)
(302) 351-8735 (facsimile)

*Counsel for Munich Reinsurance America Inc., formerly known as American Re-Insurance Company*

*/s/ Richard A. Galbo*
Richard A. Galbo (*pro hac vice*)
New York Bar No.: 1970888
GOLDBERG SEGALLA LLP
665 Main Street
Buffalo, NY 14203
Telephone: 716.710.5810
rgalbo@goldbergsegalla.com

Ashlyn Capote (*pro hac vice*)
New York Bar No. 5200969
Michigan Bar No. P76342
665 Main Street
Buffalo, NY 14203
Telephone: 716.510.5899
acapote@goldbergsegalla.com

Alissa K. Christopher
Texas Bar No. 11531020
COZEN O'CONNOR
1717 Main Street
Suite 3100
Dallas, TX 75201
Telephone: 214.462.3299
akchristopher@cozen.com

*Counsel for National Casualty Company, Nationwide Affinity Insurance Company of America, Nationwide Mutual Insurance Company, Scottsdale Insurance Company and Wausau General Insurance Company*

*/s/ Ron H. Burnovski*
Ron H. Burnovski
Texas Bar No. 24109409
CLAUSEN MILLER P.C.
325 N. Saint Paul Street
Suite 3100 | Dallas, Texas 75201
469.942.8633

*Counsel for Old Republic Insurance Company*

*/s/ J. Richard Harmon*
J. Richard Harmon
Texas Bar No.  09020700
Jo Allison Stasney
Texas Bar No.  19080280
John M. Wiggins
Texas Bar No.  24115950
THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone:  214-871-8200
Telecopy:  214-871-8209

9

rharmon@thompsoncoe.com
jstasney@thompsoncoe.com
jwiggins@thompsoncoe.com

*Counsel for QBE Insurance Corporation*

/s/ Joseph A Ziemianski
Joseph A Ziemianski
Texas Bar No. 00797732
COZEN O'CONNOR
1221 McKinney
Suite 2900
Houston, TX 77010
Telephone: (832) 214-3900
Facsimile: (832) 214-3905
jziemianski@cozen.com

Alicia G. Curran
Texas Bar No. 12587500
COZEN O'CONNOR
1717 Main Street, Suite 3100
Dallas, Texas 75201-7335
Telephone: (214) 462-3000
Telecopier: (214) 462-3299
acurran@cozen.com

Kristie M. Abel (*pro hac vice*)
PA Bar No. 311481
COZEN O'CONNOR
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel: 215-665-2715
kabel@cozen.com

*Counsel for Endurance American
Insurance Company and Endurance
American Specialty Insurance Company*

/s/ Shannon M. O'Malley
Shannon M. O'Malley
Texas Bar No. 24037200
somalley@zellelaw.com
Kerry K. Brown
Texas Bar No. 03149880
kbrown@zellelaw.com

/s/ Lance V. Clack
Lance V. Clack
Texas State Bar No. 24040694
lance.clack@figdav.com
FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
(214) 939-2000
(214) 939-2090 (Fax)

Laura S. McKay (*pro hac vice to be filed*)
llinois State Bar No. 6207837
lmckay@hww-law.com
Douglas M. DeWitt (*pro hac vice to be filed*)
Illinois State Bar No. 6274805
ddewitt@hww-law.com
HINKHOUSE WILLIAMS WALSH LLP
180 N. Stetson Avenue, Suite 3400
Chicago, IL 60601
(312) 784-5415
(312) 784-5499 (fax)

*Counsel for Sparta Insurance Company, as
successor for certain limited purposes to
American Employers' Insurance Company*

/s/ W. Edward Carlton
W. Edward Carlton
Texas Bar No. 03820050
ecarlton@qslwm.com
Quilling, Selander, Lownds, Winslet & Moser,
P.C.
2001 Bryan Street, Suite 1800

10

Megan E. Zeller
Texas Bar No. 24082187
mzeller@zellelaw.com
ZELLE LLP
901 Main Street, Suite 4000
Dallas, TX 75202
Telephone: 214-742-3000
Facsimile: 214-760-8994

*Counsel for Swiss Re. Corporate
Solutions Capacity Insurance Corporation
(formerly known as, or otherwise
responsible for the liability of, First
Specialty Insurance Corporation) and
Westport Insurance Corporation*

Dallas, Texas 75201
Telephone: (214) 781-2100
Facsimile: (214) 871-2111

Catalina J. Sugayan (*pro hac vice*)
Illinois Bar No. 6191764
Bradley E. Puklin (*pro hac vice*)
Illinois Bar No. 6309950
Clyde & Co US LLP
55 West Monroe Street, Suite 3000
Chicago, IL 60603
Telephone: (312) 635-7000
Facsimile:  (312) 635-6950
Email: catalina.sugayan@clydeco.us
Email: Bradley.puklin@clyde.co.us

*Counsel for Tenecom Limited (formerly known as
Winterthur Swiss Insurance Company) and
Catalina Worthing Insurance Ltd (CWIL)
(formerly known as Hartford Financial Products
International as Part VII Transferee of Excess
Insurance Co Ltd and London & Edinburgh
Insurance Co Ltd, as successor to London &
Edinburgh General Insurance Co Ltd.)*

/s/ Steven T. Ramos
Steven T. Ramos
Texas Bar No. 00784812
AYIK & ASSOCIATES
1301 E. Collins Blvd., Suite 290
Richardson, Texas 75081
Phone:  (214) 570-6596
Facsimile: (214) 570-6262
Email:  stramos@travelers.com

Kathleen D. Monnes (*pro hac vice*
application forthcoming)
Connecticut Bar No. 407246
DAY PITNEY LLP
225 Asylum Street
Hartford, CT 06103
Phone: (860) 275-0103
Facsimile: (860) 881-2482
Email: kdmonnes@daypitney.com

Candace J. Hensley (*pro hac vice*)
Massachusetts Bar No. 706150

DAY PITNEY LLP
One Federal Street
Boston, MA 02110
Phone: (617) 345-4676
Facsimile: (617) 716-2136
Email: chensley@daypitney.com

*Counsel for Charter Oak Fire Insurance*
*Company; Phoenix Insurance Company;*
*St. Paul Fire and Marine Insurance*
*Company; St. Paul Mercury Insurance*
*Company; St. Paul Surplus Lines*
*Insurance Company; The Travelers*
*Companies, Inc.; The Travelers Indemnity*
*Company; Travelers Casualty and Surety*
*Company; and United States Fidelity and*
*Guaranty Company*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all counsel of record by electronic service on October 6, 2023:

*/s/ Betty X. Yang*