IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST,**<br><br>                     **Plaintiff,**<br><br>v.<br>**ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY, LTD**, *et al.*<br><br>                     **Defendants.** | Civ. Action No. 3:23-cv-01592-S<br><br>**[PROPOSED] ORDER GRANTING UNDERSIGNED DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |

Before the Court is Defendants' Motion to Dismiss the Complaint in the above-captioned action. The Court, having considered the motion, and other papers filed in support thereof, is of the opinion that the motion should be, and hereby is:

[   ] **GRANTED**. The Complaint is dismissed pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6), and on the basis of *Colorado River* abstention.

[   ] **DENIED**.

**SO ORDERED.**

SIGNED _____, 202\_\_\_.

                                          By: _____
                                               Hon. Karen Scholer
                                               U.S. District Court Judge