# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), in Her Capacity as Trustee of the BSA Settlement Trust § § § § <br><br> v. § § § <br><br> ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, et al. § § | CIVIL ACTION NO. 3:23-CV-1592-S |

## ORDER SETTING INITIAL HEARING

Pursuant to Federal Rule of Civil Procedure 16, the Court sets this case for a status conference on **December 13, 2023, at 2:00 p.m.** At least one counsel of record for each party shall be present. This hearing will be conducted **in person**. The parties are directed to confer and be prepared to discuss with the Court the matters set forth in Rules 16(b)(3) and 26(f) and any other matters that the parties believe will assist the Court in managing this case.

**SO ORDERED.**

SIGNED November 15, 2023.

*[signature]*

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE