# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), in Her Capacity as Trustee of the BSA Settlement Trust § § § <br><br> v. § § <br><br> ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, et al. § § § § | CIVIL ACTION NO. 3:23-CV-1592-S |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Craig W. Phillips
1221 E. Osborn Road #102A
Phoenix, AZ 85014
(602) 296-4816
craig@cphillipsadr.com

Mediation shall be in person or by videoconference, as directed by the Mediator, and completed by **May 31, 2024**. The Mediator may alter the time, place, or manner of the mediation as deemed appropriate by the Mediator without leave of Court.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED December 13, 2023.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**