# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), in Her Capacity as Trustee of the BSA Settlement Trust<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, et al. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:23-CV-1592-S |

## ORDER

Before the Court is Undersigned Defendants' Motion to Stay Discovery and Motion for Protection ("Motion") [ECF No. 228]. The Court has considered the Motion, Plaintiff's Opposition to Defendants' Motion to Stay Pending Ruling in *Harrington v. Purdue Pharma, L.P.* [ECF No. 280], Reply Brief of Undersigned Defendants in Support of Their Motion [ECF No. 309], the arguments of the parties at the December 13, 2023, status conference, and the applicable law. For the reasons stated on the record at the December 13, 2023, status conference, the Court **GRANTS** the Motion.

This case is **STAYED and ADMINISTRATIVELY CLOSED** pending resolution of *Harrington v. Purdue Pharma, L.P.*, Case No. 23-124, in the Supreme Court of the United States. The Court **ORDERS** that within two weeks after such resolution, the parties shall file a notice advising the Court that a ruling has issued in *Harrington*. Further, the parties shall have two weeks to file supplemental briefing related to pending motions impacted by the *Harrington* ruling, if any.

**SO ORDERED.**

SIGNED December 13, 2023.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE