# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), in Her Capacity as Trustee of the BSA Settlement Trust <br><br> v. <br><br> ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, et al. | § § § § § § § § § <br><br> CIVIL ACTION NO. 3:23-CV-1592-S |

## ORDER

Before the Court is Plaintiff's Motion to Reconsider Stay Pending Ruling in *Harrington v. Purdue Pharma, L.P.* ("Motion") [ECF No. 365]. Having reviewed and considered the Motion, National Surety and Allianz's Response to Trust's Motion [ECF No. 369], Responding Defendants' Opposition to Plaintiff's Motion [ECF No. 370], Plaintiff's Reply in Support of Motion [ECF No. 372], and the applicable law, the Court **DENIES** the Motion. This case is to remain **STAYED and ADMINISTRATIVELY CLOSED** pending resolution of *Harrington v. Purdue Pharma, L.P.*, Case No. 23-124, in the Supreme Court of the United States.

**SO ORDERED.**

SIGNED February 16, 2024.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**