UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, *et al.*,<br><br>    Defendants. | Case No. 3:23-cv-01592-S |

**NOTICE OF DECISION BY THIRD CIRCUIT COURT OF APPEALS IN *IN RE BOY SCOUTS OF AMERICA AND DELAWARE BSA LLC***

Plaintiff, the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee (the "Trustee") of the BSA Settlement Trust (the "Settlement Trust"), by and through her undersigned counsel, hereby provides notice that on May 13, 2025, the United States Court of Appeals for the Third Circuit issued its ruling in *In re Boy Scouts of America and Delaware BSA LLC*, No. 23-1664 (3d Cir.). Copies of the court's opinion and judgment are attached hereto.

Pursuant to this Court's July 26, 2024 Order, ECF 394, the stay is now terminated, and this litigation should proceed. In accordance with the July 26, 2024 Order, the Trustee will file supplemental briefing within two weeks of the Third Circuit's ruling to address the impact of the ruling on the motions currently pending before the Court. The Trustee's supplemental briefing will address the ripeness arguments raised by Defendants in their motions to dismiss and provide an update regarding developments in *National Surety Corporation v. The Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, et al.*, No. 2017 CH 14975, currently pending before the Circuit Court of Cook County, Illinois.

1

Dated: May 14, 2025

Respectfully submitted,

/s/ *Jeffrey M. Tillotson*
Jeffrey M. Tillotson
**TILLOTSON JOHNSON & PATTON**
1201 Main St., Suite 1300
Dallas, TX 75202
Telephone: (214) 382-3041

Kami E. Quinn (admitted *pro hac vice*)
W. Hunter Winstead (admitted *pro hac vice*)
Emily P. Grim (admitted *pro hac vice*)
Michael B. Rush (admitted *pro hac vice*)
Sarah A. Sraders (admitted *pro hac vice*)
Brandon A. Levey (admitted *pro hac vice*)
**GILBERT LLP**
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
Facsimile: (202) 772-3333

*Attorneys for the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust*