# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), in Her Capacity as Trustee of the BSA Settlement Trust<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, et al. | §<br>§<br>§<br>§   CIVIL ACTION NO. 3:23-CV-1592-S<br>§<br>§<br>§<br>§ |

## ORDER

The Court, having received no objections to the Court-appointed Mediator, hereby **ORDERS** all parties to deliver a **confidential mediation position paper** to the Mediator by no later than **August 22, 2025**. The position paper must be submitted in hard copy to the address provided in the Court's Order appointing the Mediator [ECF No. 460] and to the attention of Daniela Holmes. It should include any information the parties wish for the Mediator to know and shall not exceed **five pages** in length. Any related or aligned Defendants wishing to submit joint position papers may do so.

**SO ORDERED.**

SIGNED August 13, 2025.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**