# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), in Her Capacity as Trustee of the BSA Settlement Trust § § § § <br> v. § § <br> ALLIANZ GLOBAL RISKS US § INSURANCE COMPANY, et al. § | CIVIL ACTION NO. 3:23-CV-1592-S |

## ORDER

The Court conducted a status conference in this case on August 28, 2025. For the reasons stated on the record at the hearing, the Court **ORDERS** that Plaintiff The Honorable Barbara J. Houser (Ret.), in Her Capacity as Trustee of the BSA Settlement Trust, has until **September 11, 2025**, to file an amended complaint. The Court **ORDERS** that Defendants' deadline to answer or otherwise respond to any amended complaint is **21 days** after such amended complaint is filed.

Because the Court has ordered Plaintiff to file an amended complaint, the following motions are **TERMINATED AS MOOT**: National Surety Insurers' and Allianz's Motion to Dismiss on *Forum Non Conveniens* Grounds or Dismiss or Stay on Abstention Grounds [ECF No. 200]; Defendants Great American Assurance Company, et al.'s Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(1) and 12(b)(6) [ECF No. 202]; Defendant Gemini Insurance Company's Motion to Dismiss [ECF No. 212]; Defendant Columbia Insurance Company's Motion to Dismiss [ECF No. 219]; Undersigned Defendants' Motion to Dismiss the Complaint [ECF No. 225]; Defendant Aviva plc's Motion to Dismiss Plaintiff's Complaint [ECF No. 289]; Defendant Security Mutual Insurance Company's Motion to Dismiss Pursuant to FED. R. CIV. P. 12(c) [ECF No. 331]; and Defendant Columbia Insurance Company's Renewed Motion to Dismiss [ECF No. 385].

**SO ORDERED.**

SIGNED August 28, 2025.

                                                **KAREN GREN SCHOLER**
                                                **UNITED STATES DISTRICT JUDGE**