## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST, <br><br>                    *Plaintiff*, <br><br> v. <br><br> ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, *et al.*, <br><br>                    *Defendants*. | Case No. 3:23-cv-01592-S |

### PARTIES' JOINT SUBMISSION REGARDING INITIAL DISCOVERY PLAN

At the August 28, 2025, status conference, the Court directed the parties to meet and confer concerning whether there is an initial scope of discovery that the parties could agree to engage in while motions to dismiss are pending. *See* Transcript of Aug. 28, 2025, Hr'g at 36:13-37:5. The parties (with two exceptions)[1] have agreed on an initial discovery plan that permits limited discovery on missing or disputed policies ("Initial Missing Policy Discovery"). In addition to Initial Missing Policy Discovery, Plaintiff seeks discovery of Defendants asserting lack of personal jurisdiction. Defendants do not agree that such jurisdictional discovery is appropriate. Below, the parties set out (i) their jointly proposed Initial Discovery Plan and (ii) a short summary of their

---

[1] Defendants Aviva plc ("Aviva") and Erie and Niagara Insurance Association ("ENIA") met and conferred in good faith with counsel for the Trustee and all other defendants concerning potential discovery. Aviva and ENIA do not object to other parties conducting discovery that they deem appropriate at this stage of proceedings, but Aviva and ENIA do not agree to participate in formal discovery prior to adjudication of forthcoming motions responding to the Trustee's amended complaint (Dkt. 516).

respective positions on pre-motion jurisdictional discovery. The parties agree that a Defendant's participation in discovery while motions to dismiss are pending shall not constitute a waiver of any jurisdictional defense or contractual right to arbitrate.

## INITIAL DISCOVERY PLAN

### I.     Scope of Agreed-Upon Initial Missing Policy Discovery

Defendants' deadline to answer or otherwise respond to the First Amended Complaint is October 2, 2025. During the parties' conferrals, Defendants have indicated that they intend to file motions to dismiss the First Amended Complaint. The parties agree that limited discovery during the pendency of those motions to dismiss on issues related to the existence and terms of policies, the existence of which is disputed, will be useful to an efficient adjudication of the matter going forward.

Initial Missing Policy Discovery shall be limited to issues relevant to determining the issuance, limits, terms, conditions, and exclusions of, and any endorsements to, missing or disputed policies. This may include: a) discovery regarding evidence of a missing or disputed policy's existence, or alleged issuance, periods, limits, terms, conditions, exclusions or endorsements; and b) the identities of persons with knowledge of such topics. Any party may serve such Initial Missing Policy Discovery.

### II.     Forms of Initial Missing Policy Discovery

Without further leave of Court, the Initial Missing Policy Discovery shall be limited to written discovery.

Any discovery propounded during this Initial Missing Policy Discovery period will not count against the parties' limits on discovery under the Federal Rules of Civil Procedure (*e.g.*, Rule 33's limit of 25 interrogatories that any one party may serve on any other party). However,

if the number of interrogatories served by Plaintiff on any Defendant, or by any Defendant on Plaintiff, as a result of this initial discovery causes the total number propounded in the case to exceed Rule 33's limit, then that Defendant, or Plaintiff, shall be entitled to propound upon the other an equal number of interrogatories in total, without leave of Court.

The format of discovery and discovery responses and deadlines to respond shall be governed by the applicable Federal Rules of Civil Procedure.

The parties agree that subpoenas *duces tecum* may be issued to third parties relating to Initial Missing Policy Discovery.

## III.     Reservation of Rights

Nothing herein limits any party's right to serve discovery after the Court's rulings on the forthcoming motions to dismiss or, with leave of Court, at any earlier time.  In addition, nothing herein waives any objection any party may have to any discovery served upon it, and nothing herein waives any party's right to file a motion to compel or for a protective order with respect to any discovery.

The parties' negotiations concerning the scope of initial discovery continue.  To the extent the parties agree to additional topics of initial discovery following the submission of this Joint Initial Discovery Plan, the parties may seek leave of Court to engage in other Initial Discovery concerning such agreed topics.  Nothing in this Initial Discovery Plan shall preclude any Party from seeking permission from the Court to engage in additional forms of discovery or seek discovery on additional topics.

## <u>SEPARATE STATEMENTS REGARDING JURISDICTIONAL DISCOVERY</u>

The parties have not reached agreement on jurisdictional discovery. Plaintiff desires to conduct limited jurisdictional discovery on those defendants who assert they are not subject to

personal jurisdiction in Texas. Defendants oppose the request. Each party's position on this issue is set out below

  **Plaintiff's Statement**:  The Trustee should be allowed leave to conduct limited jurisdictional discovery.  "[A] plaintiff should be permitted to conduct jurisdictional discovery if he has alleged with reasonable particularity the *possible* existence of the requisite contacts with the forum state." *Embry v. Hibbard Inshore, LLC*, 803 F. App'x 746, 749 (5th Cir. 2020) (emphasis added); *see also, e.g.*, *Air Vent Inc. v. Powermax Elec. Co. Ltd. Guangdong*, No. 3:21-CV-0229-X, 2023 WL 4987598, at *1 (N.D. Tex. May 17, 2023) (Starr, J.) (granting jurisdictional discovery where plaintiff met that standard).  The Trustee has met this lenient standard in her First Amended Complaint.

  Here, it is particularly just to allow the Trustee leave to conduct limited jurisdictional discovery because she is on the *outside* looking in when it comes to the Texas contacts and operations of the defendants moving to dismiss the claims against them in whole or in part for lack of personal jurisdiction (the "PJ Moving Defendants"), including even those that are specific to this case.  The only—and certainly the most efficient—way to learn of such contacts and operations is to obtain the information directly from each PJ Moving Defendant, which should have both records and knowledge of its own Texas contacts and operations (e.g., previous litigation that would reveal the extent to which it has consented to—or even invoked—personal jurisdiction in Texas lawsuits, locations/agents in Texas, policies issued to Texans, etc.)  Each PJ Moving Defendant has that information, and it is likely very easily collected and provided.

  Plaintiff requests that the Court *determine* that it will allow jurisdictional discovery and, upon that determination, Plaintiff will work with each PJ Moving Defendant to reach agreement

4

on the scope of any necessary discovery based on the specific challenge asserted. If no agreement can be reached, Plaintiff will file a motion seeking to establish the permitted scope.

**Defendant Insurers' Statement**: Pre-motion jurisdictional discovery would prejudice those Defendants moving to dismiss the claims against them in whole or in part for lack of personal jurisdiction.  "To merit jurisdictional discovery, [plaintiff] must show that it is 'likely to produce the facts needed to withstand' *dismissal*."  *Johnson v. TheHuffingtonPost.com, Inc*., 21 F.4th 314, 326 (5th Cir. 2021).  "'When the lack of personal jurisdiction is clear, discovery would serve no purpose and should not be permitted.'"  *MaxRelief USA, Inc. v. O'Maley*, No. 3:21-CV-00579-N, 2021 WL 5742331, at *4 (N.D. Tex. Dec. 2, 2021) (quoting *Kelly v. Syria Shell Petroleum Dev. B.V.*, 213 F.3d 841, 855 (5th Cir. 2000).  In order to determine whether Plaintiff here has made the required showing, the Court should review the Defendants' arguments in support of their motions, and Plaintiff's arguments in opposition.

Dated:  September 22, 2025

Respectfully submitted,

*/s/ Jeffrey M. Tillotson*

Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1201 Main St., Suite 1300
Dallas, TX 75202
Telephone:  (214) 382-3041

- AND -

Kami E. Quinn (admitted *pro hac vice*)
W. Hunter Winstead (admitted *pro hac vice*)
Emily P. Grim (admitted *pro hac vice*)
Charlie K. Cooper (*pro hac* application
  forthcoming)
Michael B. Rush (admitted *pro hac vice*)
**GILBERT LLP**
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone:  (202) 772-2200
Facsimile:   (202) 772-3333

*Attorneys for the Honorable Barbara J. Houser
(Ret.), in her capacity as Trustee of the BSA
Settlement Trust*

Christopher J. St. Jeanos (*pro hac vice*)
New York Bar No. 2805729
Justin Garbacz (*pro hac vice*)
New York Bar No. 5691910
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
cstjeanos@willkie.com
jgarbacz@willkie.com

Joseph G. Davis (*pro hac vice*)
D.C. Bar No. 441479
Zaina Fontane (*pro hac vice*)
D.C. Bar No. 90014285
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC 20006
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
jdavis@willkie.com
zfontane@willkie.com

*/s/Betty X. Yang*
Betty X. Yang
Texas Bar No. 24088690
Michael A. Rosenthal
Texas Bar No. 17281490
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
byang@gibsondunn.com
mrosenthal@gibsondunn.com

Richard Doren (*pro hac vice*)
California Bar No. 124666
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7038
Facsimile: (213) 229-6038
rdoren@gibsondunn.com

James Hallowell (*pro hac vice*)
New York Bar No. 2688869
Laura Londoño Pardo (*pro hac vice*)
New York Bar No. 5952452
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jhallowell@gibsondunn.com
llondonopardo@gibsondunn.com

*Counsel for American Home Assurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., New Hampshire Insurance Company, and Consolidated National Insurance Company*

/s/ Richard D. Salgado
Richard D. Salgado
Texas Bar No. 24060548
MCDERMOTT WILL & SCHULTE LLP
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 210-2797
Facsimile: (972) 232-3098
richard.salgado@mwe.com

Ryan S. Smethurst (*pro hac vice*)
D.C. Bar No. 469824
Alex M. Spisak (*pro hac vice*)
D.C. Bar No. 1028451
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street, NW
Washington, DC 20001
Telephone: (202) 756-8228
Facsimile: (202) 756-8087
rsmethurst@mwe.com
aspisak@mwe.com

*Counsel Allianz Global Risks US Insurance*
*Company and Jefferson Insurance Company*

/s/ Thomas B. Alleman
Thomas B. Alleman
Texas Bar No. 01017485
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401
talleman@dykema.com

Brent H. Olson (*pro hac vice*)
D.C. Bar No. 494383
DYKEMA GOSSETT PPLC
1301 K Street, NW, Suite 1100 West
Washington, DC 20005
Telephone: (202) 906-8604
Facsimile: (888) 799-0832
bolson@dykema.com

*Counsel for Allied World Assurance Company*
*(U.S.) Inc.*

/s/ Christina A. Culver
Brian S. Martin
Texas Bar No. 13055350
Christina A. Culver
Texas Bar No. 24078388
THOMPSON, COE, COUSINS & IRONS,
L.L.P.
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027
Telephone: (713) 403-8210
Facsimile: (713) 403-8299
bmartin@thompsoncoe.com
cculver@thompsoncoe.com

*Counsel for Allstate Insurance Company*

*/s/ Kasi Gray Schuelke*
Kasi Gray Schuelke
Texas Bar No. 24098915
PHELPS DUNBAR LLP
2102 E. State Highway 114, Suite 207
Southlake, Texas 76092
Telephone: (817) 305-0326
kasi.schuelke@phelps.com

Mark D. Plevin (*pro hac vice*)
California Bar No. 146278
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (202) 580-6640
mplevin@plevinturner.com

Tacie H. Yoon (*pro hac vice*)
D.C. Bar No. 417100
Jordan A. Hess (*pro hac vice*)
D.C. Bar No. 1781895
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
Telephone: (202) 580-6640
tyoon@plevinturner.com
jhess@plevinturner.com

*Counsel for American Casualty Company of
Reading, Pennsylvania, Columbia Casualty
Company, Continental Casualty Company,
The Continental Insurance Company, and
National Fire Insurance Company of
Hartford*

*/s/ S. Jan Hueber*
S. Jan Hueber
Texas Bar No. 20331150
Kaitlin Palmarozzi
Texas Bar No. 24098217
LITCHFIELD CAVO, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Telephone: (817) 945-8025
Facsimile: (817) 753-3232
hueber@litchfieldcavo.com
palmarozzi@litchfieldcavo.com

*Counsel for Amerisure Insurance Company*

*/s/ David J. Schubert*
David J. Schubert
Texas Bar No. 17820800
Blake S. Evans
Texas Bar No. 06706950
Stephen W. Burnett
Texas Bar No. 24006931
SCHUBERT & EVANS
900 Jackson Street, Suite 630
Dallas, Texas 75202
Telephone: (214) 744-4400
Facsimile: (214) 744-4403
dschubert@schubertevans.com
bevans@schubertevans.com
sburnett@schubertevans.com

Ronald P. Schiller (*pro hac vice*)
Pennsylvania Bar No. 41357
Matthew A. Hamermesh (*pro hac vice*)
Pennsylvania Bar No. 82313
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 568-6200
Facsimile: (215) 568-0300
rschiller@hangley.com
mhamermesh@hangley.com

*Counsel for Arch Insurance Company*

/s/ Stephen A. Melendi
Stephen A. Melendi
Texas Bar No. 24041468
Matthew P. Rigney
Texas Bar No. 24068636
TOLLEFSON BRADLEY MITCHELL &
MELENDI, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone: (214) 665-0100
stephenm@tbmmlaw.com
mattr@tbmmlaw.com

Kathleen Kerns (*pro hac vice*)
POST & SCHELL, P.C.
Three Logan Square
1717 Arch Street, 24th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 587-5932
Facsimile: (215) 587-1444
kkerns@postschell.com

*Counsel for Argonaut Insurance Company*

/s/ Michael T. Cooke
Michael T. Cooke
Texas Bar No. 04759650
FRIEDMAN SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
mtc@fsclaw.com

*Counsel for Arrowood Indemnity Company,*
*In Liquidation*

/s/ David Clay Wilkerson
David Clay Wilkerson
Texas Bar No. 24010480
BROWN SIMS, P.C.
1990 Post Oak Boulevard, Suite 1800
Houston, Texas 77056
Telephone: (713) 629-1580
Facsimile: (713) 629-5027
cwilkerson@brownsims.com

Harry Lee (*pro hac vice*)
D.C. Bar No. 413056
Jefferson Klocke (*pro hac vice*)
D.C. Bar No. 90021031
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-8112
Facsimile: (202) 429-3902
hlee@steptoe.com
jklocke@steptoe.com

*Counsel for Aspen Specialty Insurance Company*

/s/ John Philip Morgenstern
John Philip Morgenstern
O'HAGAN MEYER
Three Logan Square
1717 Arch Street, Suite 3910
Philadelphia, Pennsylvania 19103
Telephone: (215) 461-3301
Facsimile: (215) 461-3311
jmorgenstern@ohaganmeyer.com

*Counsel for Ategrity Specialty Insurance*
*Company*

/s/ Mallory Biblo
Mallory Biblo
Texas Bar No. 24087165
John C. Canoni
Texas Bar No. 24117335
DLA PIPER LLP (US)
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
mallory.biblo@us.dlapiper.com
john.canoni@us.dlapiper.com

Michael P. Murphy (*pro hac vice*)
New York Bar No. 217635
Jonathan M. Kinney (*pro hac vice*)
New York Bar No. 5259072
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020
michael.murphy@dlapiper.com
jonathan.kinney@dlapiper.com

*Counsel for Aviva plc*

/s/ Kristin V. Gallagher
Daisy Khambatta
Texas Bar No. 24029654
KENNEDYS CMK LLP
3821 Juniper Trace, Suite 101
Austin, Texas 78738
Telephone: (512) 687-1718
Facsimile: (312) 207-2110
daisy.khambatta@kennedyslaw.com

Kristin V. Gallagher (*pro hac vice*)
New Jersey Bar No. 029601995
KENNEDYS CMK LLP
400 Connell Drive, Suite 700
Berkeley Heights, New Jersey 07922
Telephone: (908) 848-6300
Facsimile: (908) 647-8390
kristin.gallagher@kennedyslaw.com

Jedidiah Vander Klok (*pro hac vice*)
KENNEDYS CMK LLP
Florida Bar No. 0084766
1111 Brickell Avenue, Suite 1300
Miami, Florida 33131
Telephone: (305) 371-1111
Facsimile: (305) 374-8066
jedidiah.vanderklok@kennedyslaw.com

*Counsel for AXIS Specialty Insurance Company
and AXIS Surplus Insurance Company*

_/s/ Steven T. Ramos_
Steven T. Ramos
Texas Bar No. 00784812
AYIK & ASSOCIATES
1301 E. Collins Boulevard, Suite 290
Richardson, Texas 75081
Telephone: (214) 570-6596
Facsimile: (214) 570-6262
stramos@travelers.com

Kathleen D. Monnes (_pro hac vice_)
Connecticut Bar No. 407246
DAY PITNEY LLP
225 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 275-0103
Facsimile: (860) 275-0343
kdmonnes@daypitney.com

_Counsel for Charter Oak Fire Insurance
Company; Phoenix Insurance Company; St.
Paul Fire and Marine Insurance Company;
St. Paul Mercury Insurance Company; St.
Paul Surplus Lines Insurance Company; The
Travelers Companies, Inc.; The Travelers
Indemnity Company; Travelers Casualty and
Surety Company; and United States Fidelity
and Guaranty Company_

_/s/ S. Jan Hueber_
S. Jan Hueber
Texas Bar No. 20331150
LITCHFIELD CAVO, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Telephone: (817) 945-8037
Facsimile: (817) 753-3232
hueber@litchfieldcavo.com

Daniel G. Litchfield (_pro hac vice_)
Illinois Bar No. 6185695
LITCHFIELD CAVO, LLP
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
Telephone: (312) 781-6669
Facsimile: (312) 781-6630
litchfield@litchfieldcavo.com

_Counsel for The Cincinnati Insurance Company_

/s/ Harry Lee
Harry Lee (*pro hac vice*)
D.C. Bar No. 413056
Jefferson Klocke (*pro hac vice*)
D.C. Bar No. 90021031
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-8112
Facsimile: (202) 429-3902
hlee@steptoe.com
jklocke@steptoe.com

Stephen A. Melendi
Texas Bar No. 24041468
Matthew P. Rigney
Texas Bar No. 24068636
TOLLEFSON BRADLEY MITCHELL &
MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone: (214) 665-0100
stephenm@tbmmlaw.com
mattr@tbmmlaw.com

Kathleen Kerns (*pro hac vice*)
POST & SCHELL, P.C.
Three Logan Square
1717 Arch Street, 24th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 587-5932
Facsimile: (215) 587-1444
kkerns@postschell.com

*Counsel for Colony Insurance Company*

/s/ Charles R. "Skip" Watson
Charles R. "Skip" Watson
Texas Bar No. 20967500
Nicole Leonard Cordoba
Texas Bar No. 24106197
Sydney Sgovio
Texas Bar No.24131289
GREENBERG TRAURIG LLP
300 West 6th Street, Suite 2050
Austin, Texas 78701
Telephone: (512) 320-7200
Facsimile: (512) 320-7210
skip.watson@gtlaw.com
nicole.cordoba@gtlaw.com
sydney.sgovio@gtlaw.com

*Counsel for Columbia Insurance Company*

/s/ Scott L. Davis
Scott L. Davis
Texas Bar No. 05547030
SPENCER FANE LLP
2200 Ross Avenue, Suite 4800 W
Dallas, Texas 75201
Telephone: (469) 391-7706
Facsimile: (214) 750-3612
sdavis@spencerfane.com

Tyler J. Scott (*pro hac vice*)
Missouri Bar No. 63231
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
Telephone: (816) 292-8117
Facsimile: (816) 474-3216
tscott@spencerfane.com

*Counsel for Crum & Forster Indemnity
Company, TIG Insurance Company, The North
River Insurance Company, and United States
Fire Insurance Company*

*/s/ Bryan P. Vezey*
Joseph A. Ziemianski
Texas State Bar No. 00797732
Bryan P. Vezey
Texas State Bar No. 00788583
COZEN O'CONNOR
811 Main Street, Suite 2000
Houston, Texas 77002
Telephone: (832) 214-3900
Facsimile: (832) 214-3905
jziemianski@cozen.com
bvezey@cozen.com

Alicia G. Curran
Texas State Bar No. 12587500
COZEN O'CONNOR
1717 Main Street, Suite 3100
Dallas, Texas 75201
Telephone: (214) 462-3000
Facsimile: (214) 462-3299
acurran@cozen.com

*Counsel for Endurance American Insurance
Company and Endurance American Specialty
Insurance Company*

*/s/ Roy A. Mura*
Roy A. Mura (*pro hac vice*)
New York Bar No. 2112035
MURA LAW GROUP, PLLC
930 Rand Building
14 Lafayette Square, Suite 930
Buffalo, New York 14203
Telephone: (716) 855-2800
Facsimile: (716) 855-2816
roy.mura@muralaw.com

Kieran W. Leary
Texas Bar No. 24108517
TOLLEFSON BRADLEY MITCHELL &
MELENDI, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone: (214) 665-0119
Facsimile: (214) 665-0199
kieranl@tbmmlaw.com

*Counsel for Erie and Niagara Insurance
Association*

*/s/ David M. Hymer*
David M. Hymer
Texas Bar No. 10380250
Steven A. Wood
Texas Bar No. 24033355
QUINTAIROS, PRIETO, WOOD &
BOYER, PA.
1700 Pacific Avenue, Suite 4545
Dallas, Texas 75201
Telephone: (214) 754-8755
Facsimile: (214) 754-8744
david.hymer@qpwblaw.com
steven.wood@qpwblaw.com

*Counsel for Erie Family Life Insurance
Company and Erie Insurance Exchange*

_/s/ Ivan M. Rodriguez_
Ivan M. Rodriguez
Texas Bar No. 24058977
Clinton J. Wolbert
Texas Bar No. 2410302
Harrison Cass
Texas Bar No. 24137553
PHELPS DUNBAR, LLP
910 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: (713) 877-5504
Facsimile: (713) 626-1388
ivan.rodriguez@phelps.com
clinton.wolbert@phelps.com
harrison.cass@phelps.com

William R. de los Santos
Texas Bar No. 24125762
PHELPS DUNBAR, LLP
2102 E. State Highway 114, Suite 207
Southlake, Texas 76092
Telephone: (817) 488-3134
william.delossantos@phelps.com

_Counsel for Evanston Insurance Company_

_/s/ Jeremy T. Brown_
Jeremy T. Brown
Texas Bar No. 24055221
KEATING BROWN PLLC
18383 Preston Road, Suite 300
Dallas, Texas 75252
Telephone: (214) 390-7703
Facsimile: (214) 989-4146
jbrown@keatingbrown.com

Robert Wagner DiUbaldo
New York Bar No. 4296851
Nora Anne Valenza-Frost
New York Bar No. 4928933
Christopher C. Ash
New York Bar No. 4135596
CARLTON FIELDS, P.A.
Chrysler Building
405 Lexington Avenue, 36th Floor
New York, New York 10174
Telephone: (212) 785-2577
Facsimile: (212) 785-5203
rdiubaldo@carltonfields.com
nvalenza-frost@carltonfields.com
christopher.ash@carltonfields.com

Gregory A. Gidus
Florida Bar No. 105930
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607
Telephone: (813) 229-4146
Facsimile: (813) 229-4133
ggidus@carltonfields.com

_Counsel for Everest National Insurance Company_

/s/ Stephen A. Melendi
Stephen A. Melendi
Texas Bar No. 24041468
Mary Reyes Hartsfield
Texas Bar No. 00788267
TOLLEFSON BRADLEY MITCHELL &
MELENDI, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone: (214) 665-0100
Facsimile: (214) 665-0199
stephenm@tbmmlaw.com
maryh@tbmmlaw.com

*Counsel for First Insurance Company of Hawaii, LTD*

/s/ William H. White, Jr.
William H. White Jr. (*pro hac vice*)
D.C. Bar No. 461341
KIERNAN TREBACH LLP
1233 20th Street NW, 8th Floor
Washington, D.C. 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7001
wwhite@kiernantrebach.com

John E.W. Baay II
Texas Bar No. 798042
LABORDE SIEGEL L.L.C.
701 Poydras Street Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
jbaay@labordesiegel.com

*Counsel for Gemini Insurance Company*

/s/ Shannon M. O'Malley
Shannon M. O'Malley
Texas Bar No. 24037200
ZELLE LLP
901 Main Street, Suite 4000
Dallas, Texas 75202
Telephone: (214) 742-3000
Facsimile: (214) 760-8994
somalley@zellelaw.com

Gary P. Seligman (*pro hac vice*)
D.C. Bar No. 468046
Ashley L. Criss (*pro hac vice*)
D.C. Bar No. 1048326
WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
gseligman@wiley.law
acriss@wiley.law

*Counsel for General Star Indemnity Company*

/s/ Mark D. Tillman
Mark D. Tillman
Texas Bar No. 794742
Lisa Henderson
Texas Bar No. 24025423
Kimberly Steele
Texas Bar No. 04127600
CLYDE & CO US LLP
5605 N. MacArthur Boulevard, Suite 560
Irving, Texas 75038
Telephone: (214) 774-5739
Facsimile: (214) 540-7540
mark.tillman@clydeco.us
lisa.henderson@clydeco.us
kimberly.steele@clydeco.us

Alexander E. Potente (*pro hac vice*)
California Bar No. 208240
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9869
Facsimile: (415) 365-9801
alex.potente@clydeco.us

Konrad R. Krebs (*pro hac vice*)
Pennsylvania Bar No. 319253
CLYDE & CO US LLP
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102
Telephone: (973) 210-6705
Facsimile: (973) 210-6701
konrad.krebs@clydeco.us

*Counsel for Great American Assurance
Company, Great American E & S Insurance
Company, and Great American Insurance
Company*

/s/ Aaron L. Mitchell
Aaron L. Mitchell
Texas Bar No. 14205590
Beth D. Bradley
Texas Bar No. 06243900
TOLLEFSON BRADLEY MITCHELL &
MELENDI, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone: (214) 665-0110
Facsimile: (214) 665-0199
aaronm@tbmmlaw.com
bethb@tbmmlaw.com

Lloyd A. Gura (*pro hac vice*)
New York Bar No. 2380277
MOUND COTTON WOLLAN &
GREENGRASS LLP
One New York Plaza, 44th Floor
New York, New York 10004
Telephone: (212) 804-4282
Facsimile: (212) 344-8066
lgura@moundcotton.com

Pamela J. Minetto
MOUND COTTON WOLLAN &
GREENGRASS LLP
30A Vreeland Road, Suite 210
Florham Park, New Jersey 07932
Telephone: (973) 494-0603
Facsimile: (973) 242-4244
pminetto@moundcotton.com

*Counsel for Indian Harbor Insurance Company,
on behalf of itself and as successor in interest to
Catlin Specialty Insurance Company*

/s/ Aaron Z. Tobin
Aaron Z. Tobin
Texas Bar No. 24028045
CONDON TOBIN SLADEK SPARKS
THORNTON NERENBERG PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com

Kim V. Marrkand
Massachusetts Bar No. 543823
John C. Dougherty
Massachusetts Bar No. 569186
Mathilda S. McGee-Tubb
Massachusetts Bar No. 687434
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO PC
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 348-1807
kmarrkand@mintz.com
jdougherty@mintz.com

Douglas R. Gooding
Massachusetts Bar No. 558976
Bryana T. McGillycuddy
Massachusetts Bar No. 684990
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000
dgooding@choate.com
bmcgillycuddy@gmail.com

*Counsel for Liberty Mutual Insurance
Company, Liberty Insurance Underwriters
Inc., Liberty Surplus Insurance Corporation,
The Ohio Casualty Insurance Company,
Peerless Indemnity Insurance Company,
Safeco Insurance Company of America,
American Economy Insurance Company,
American States Insurance Company, and
General Insurance Company of America*

/s/ Gary S. Kessler
Gary S. Kessler
Texas Bar No. 11358200
Samuel C. Kessler
Texas Bar No. 24118431
KESSLER COLLINS, PC
500 N. Akard Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 379-0722
Facsimile: (214) 373-4714
gsk@kesslercollins.com
skessler@kesslercollins.com

Thaddeus J. Weaver (*pro hac vice*)
Delaware Bar No. 2790
DILWORTH PAXSON LLP
800 N. King Street, Suite 202
Wilmington, Delaware 19801
Telephone: (302) 571-8867
Facsimile: (302) 351-8735
tweaver@dilworthlaw.com

*Counsel for Munich Reinsurance America Inc.,
formerly known as American Re-Insurance
Company*

*/s/ Richard A. Galbo*
Richard A. Galbo (*pro hac vice*)
New York Bar No. 1970888
Ashlyn M. Capote (*pro hac vice*)
New York Bar No. 5200969
Michigan Bar No. P76342
GOLDBERG SEGALLA LLP
665 Main Street
Buffalo, New York 1420
Telephone: (716) 710-5810
rgalbo@goldbergsegalla.com
acapote@goldbergsegalla.com

Alissa K. Christopher
Texas Bar No. 11531020
COZEN O'CONNOR
1717 Main Street, Suite 3100
Dallas, Texas 75201
Telephone: (214) 462-3299
akchristopher@cozen.com

*Counsel for National Casualty Company,*
*Nationwide Affinity Insurance Company of*
*America, Nationwide Mutual Insurance*
*Company, Scottsdale Insurance Company,*
*and Wausau General Insurance Company*

*/s/ Richard D. Salgado*
Richard D. Salgado
Texas Bar No. 24060548
MCDERMOTT WILL & SCHULTE LLP
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 210-2797
Facsimile: (972) 232-3098
richard.salgado@mwe.com

Todd C. Jacobs (*pro hac vice*)
Illinois Bar No. 6201358
John E. Bucheit (*pro hac vice*)
Illinois Bar No. 6255684
PARKER, HUDSON, RAINER & DOBBS LLP
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3306
tjacobs@phrd.com
jbucheit@phrd.com

Andrew C. Stevens (*pro hac vice*)
Georgia Bar No. 183366
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
dstevens@phrd.com

*Counsel for National Surety Corporation,*
*Interstate Fire & Casualty Company, and*
*Fireman's Fund Insurance Company*

*/s/ Jennifer Henry*
Jennifer Henry
ESTES THORNE EWING & PAYNE
PLLC
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
Telephone: (214) 599-4014
Facsimile: (214) 599-4099
jhenry@estesthorne.com

Michael J. Smith (*pro hac vice*)
Bryan W. Petrilla (*pro hac vice*)
STEWART SMITH
300 Four Falls, Suite 670
300 Conshohocken State Road
West Conshohocken, Pennsylvania 19428
Telephone: (484) 534-8300
Facsimile: (484) 534-9470
msmith@stewartsmithlaw.com
bpetrilla@stewartsmithlaw.com

*Counsel for Old Republic Insurance Company*

*/s/ J. Richard Harmon*
J. Richard Harmon
Texas Bar No. 09020700
Jo Allison Stasney
Texas Bar No. 19080280
THOMPSON, COE, COUSINS & IRONS, LLP
Plaza of the Americas
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
rharmon@thompsoncoe.com
jstasney@thompsoncoe.com

*Counsel for QBE Insurance Corporation*

*/s/ Syed Omar Shah*
Syed Omar Shah (*pro hac vice*)
New York Bar No. 5934237
WILLIAMSON, CLUNE & STEVENS
317 North Tioga Street
Ithaca, New York 14851
Telephone: (607) 273-3339
Facsimile: (607) 273-4164
sos@wcslaw.net

*Counsel for Security Mutual Insurance Company*

*/s/ Lance V. Clack*
Lance V. Clack
Texas Bar No. 24040694
FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090
lance.clack@figdav.com

Laura S. McKay (*pro hac vice* to be filed)
Illinois Bar No. 6207837
Douglas M. DeWitt (*pro hac vice* to be filed)
Illinois Bar No. 6274805
HINKHOUSE WILLIAMS WALSH LLP
180 N. Stetson Avenue, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 784-5415
Facsimile: (312) 784-5499
lmckay@hww-law.com
ddewitt@hww-law.com

*Counsel for Sparta Insurance Company, as successor for certain limited purposes to American Employers' Insurance Company*

/s/ W. Edward Carlton
W. Edward Carlton
Texas Bar No. 03820050
QUILLING SELANDER LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 880-1873
Facsimile: (214) 871-2111
ecarlton@qslwm.com

Catalina J. Sugayan
Illinois Bar No. 6191764
Josh Halliday
Illinois Bar No. 6347650
CLYDE & CO LLP
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 635-7000
Facsimile: (312) 635-6950
catalina.sugayan@clydeco.us
josh.halliday@clydeco.us

*Counsel for Tenecom Limited (formerly
known as Winterthur Swiss Insurance
Company) and Catalina Worthing Insurance
Ltd (CWIL) (formerly known as Hartford
Financial Products International as Part VII
Transferee of Excess Insurance Co Ltd and
London & Edinburgh Insurance Co Ltd, as
successor to London & Edinburgh General
Insurance Co Ltd.), and also counsel for Swiss
Re Corporate Solutions Capacity Insurance
Corporation (formerly known as, or otherwise
responsible for the liability of, First Specialty
Insurance Corporation) and Westport
Insurance Corporation*

/s/ Robert L. Sayles
Robert L. Sayles
Texas Bar No. 24049857
Brian M. Gillett
Texas Bar No. 24069785
BRADLEY ARANT BOULT
CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9800
Facsimile: (214) 939-8787
rsayles@bradley.com
bgillett@bradley.com

Robert W. Mauriello, Jr. (*pro hac vice*)
GIMIGLIANO MAURIELLO &
MALONEY, P.A.
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, New Jersey 07962
Telephone: (973) 946-8360
Facsimile: (973) 946-8252
rmauriello@lawgmm.com

*Counsel for Utica Mutual Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing pleading was served through the ECF filing system upon all counsel of record on September 22, 2025.

*/s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson