IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), in her capacity as Trustee of the BSA Settlement Trust,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; et al,<br><br>　　　　　　　Defendants. | **Case Number** 3:23-cv-01592-S |

**MOTION OF DEFENDANTS ARCH INSURANCE COMPANY, ASPEN SPECIALTY INSURANCE COMPANY, AND COLONY INSURANCE COMPANY TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1)**

Defendants Arch Insurance Company, Aspen Specialty Insurance Company, and Colony Insurance Company (collectively, the "No-Demand Insurers") respectfully move to dismiss the First Amended Complaint of the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust as against the No-Demand Insurers pursuant to Federal Rules of Civil Procedure 12(b)(1).

The points and authorities in support of this motion are set forth in the accompanying memorandum of law in support.

**SCHUBERT & EVANS**

Dated: October 2, 2025

By: ___*/s/ David Schubert*___
　　David Schubert [Bar No.: 17820800]
　　Blake S. Evans [Bar No. 06706950]
　　Stephen Burnett [Bar No. 24006931]
900 Jackson, Suite 630
Dallas, Texas 75202
T: (214) 744-4400
F: (214) 744-4403
E: dschubert@schubertevans.com
　bevans@schubertevans.com
　sburnett@schubertevans.com

4461099.3

-and-

Ronald P. Schiller (*pro hac vice*)
Matthew A. Hamermesh (*pro hac vice*)
Pa Bar Nos. 41357, 82313
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
One Logan Square | 27th Floor
Philadelphia, PA 19103
T: (215) 468-6200
F: (215) 468-0300
E: rschiller@hangley.com
   mhamermesh@hangley.com

*Attorneys for Defendant Arch Insurance Company*

By:  */s/ David Clay Wilkerson*
David Clay Wilkerson
Texas Bar No. 24010480
**BROWN SIMS, P.C.**
1990 Post Oak Boulevard, Suite 1800
Houston, Texas 77056
Telephone: (713) 629-1580
Facsimile: (713) 629-5027
cwilkerson@brownsims.com

Harry Lee (*pro hac vice*)
D.C. Bar No. 413056
Jefferson Klocke (*pro hac vice*)
D.C. Bar No. 90021031
**STEPTOE LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-8112
Facsimile: (202) 429-3902
hlee@steptoe.com
jklocke@steptoe.com

*Attorneys for Aspen Specialty Insurance Company*

By: */s/ Harry Lee*
Harry Lee (*pro hac vice*)
D.C. Bar No. 413056
Jefferson Klocke (*pro hac vice*)
D.C. Bar No. 90021031
**STEPTOE LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-8112
Facsimile: (202) 429-3902
hlee@steptoe.com
jklocke@steptoe.com

Stephen A. Melendi
Texas Bar No. 24041468
Matthew P. Rigney
Texas Bar No. 24068636
**TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP**
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone: (214) 665-0100
stephenm@tbmmlaw.com
mattr@tbmmlaw.com

Kathleen Kerns (*pro hac vice*)
**POST & SCHELL, P.C.**
Three Logan Square
1717 Arch Street, 24th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 587-5932
Facsimile: (215) 587-1444
kkerns@postschell.com

*Attorneys for Colony Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2025, a copy of the foregoing document was served by electronic transmission upon all counsel of record via the Court's ECF system.

>/s/ David Schubert
>David Schubert

4461099.3