IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.) IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, *et al.*,<br><br>Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 3:23-cv-01592-S |

**APPENDIX TO DEFENDANTS GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN E&S INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, ARROWOOD INDEMNITY COMPANY, IN LIQUIDATION, AXIS SPECIALTY INSURANCE COMPANY, AXIS SURPLUS INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, EVEREST NATIONAL INSURANCE COMPANY, GENERAL STAR INDEMNITY COMPANY, SWISS RE CORPORATE SOLUTIONS CAPACITY INSURANCE CORPORATION, AND LONDON MARKET INSURERS (WINTERTHUR SWISS AND LONDON & EDINBURGH) TO DISMISS FIRST AMENDED COMPLAINT <u>PURSUANT TO FED.R.CIV.P. 12(B)(6)</u>**

Defendants Great American Assurance Company, Great American E&S Insurance Company and Great American Insurance Company, Arrowood Indemnity Company, In Liquidation, formerly known as Royal Insurance Company of America, Axis Specialty Insurance Company and Axis Surplus Insurance Company, The Continental Insurance Company, on its own behalf and as successor to Niagara Fire Insurance Company, Endurance American Specialty Company and Endurance American Insurance Company, Everest National Insurance Company, General Star Indemnity Company, Swiss Re Corporate Solutions Capacity Insurance

Corporation, and Tenecom Limited (f/k/a/ Winterthur Swiss Ins. Co.) and Catalina Worthing Ins. Ltd. (Tenecom Limited and CWIL are collectively "London Markert Insurers" or "LMI"), file this Appendix in support of their Motion to Dismiss Plaintiff's First Amended Complaint. The exhibits attached hereto are incorporated by reference into moving defendants' motion.

| **Exhibit** | **Description:** | **Appendix Pages:** |
|---|---|---|
| 1 | Great American 1990s Policies | A.1 – A.73 |
| 2 | Great American 2000s Policy | A.74 – A.119 |
| 3 | INA 1993 Policy | A.120 – A.149 |
| 4 | Appendix of Policy Provisions | A.150 – A.183[1] |
| 5 | Arrowood Policies | A.188 – A.224 |
| 6 | Axis Policy | A.225 – A.269 |
| 7 | Continental Policies | A.270 – A.770 |
| 8 | Everest Policies | A.771 – A.899 |
| 9 | General Star Policies | A.900 – A.961 |
| 10 | Sompo Policies | A.962 – A.1515 |
| 11 | FSIC Policies | A.1516 – A.1772 |
| 12 | London Market Insurers Policy | A.1773 – A.1790 |

**CERTIFICATE OF SERVICE**

    I certify that on October 2, 2025, a true and correct copy of the foregoing was served electronically upon all counsel of record via the CM/ECF.

*/s/ Lisa M. Henderson*
Lisa M. Henderson

---

[1] A.184 through A.187 intentionally omitted.

2