# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST,<br><br>                   Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, *et al.*,<br><br>                   Defendants. | Civ. Action No. 3:23-cv-01592-S |

## UNDERSIGNED DEFENDANTS' MOTION TO DISMISS
## THE AMENDED COMPLAINT IN PART

The undersigned defendants ("**Undersigned Defendants**") respectfully submit this motion to dismiss the Amended Complaint in part pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and Local Rules 7.2 and 56.5, and on the basis of *Colorado River* abstention, and represent as follows:

### I.    MOTION TO DISMISS

For the reason outlined in the accompanying Memorandum In Support of Undersigned Defendants' Partial Motion To Dismiss The Amended Complaint ("Memorandum"), the Court should dismiss Counts Two through Thirty-Five of the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); dismiss all claims against the PJ Moving Defendants (as defined in the Memorandum) that seek damages or coverage arising out of Non-Texas Policies (as defined in the Memorandum) for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure

12(b)(2); and dismiss the Illinois Claims (as defined in the Memorandum) in favor of the Illinois Action under the doctrine of *Colorado River* abstention.

## II.    ARGUMENTS AND AUTHORITIES

In accordance with Local Rule 7.1(d), Undersigned Defendants submit in support of this Motion to Dismiss a memorandum setting forth their contentions of law, and their arguments and authorities supporting dismissal, which are incorporated herein.

WHEREFORE, PREMISES CONSIDERED, Undersigned Defendants pray that this Court grant its Motion to Dismiss the Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and on the basis of *Colorado River* abstention.

Dated: October 2, 2025

Christopher J. St. Jeanos (*pro hac vice*)
New York Bar No. 2805729
Justin Garbacz (*pro hac vice*)
New York Bar No. 5691910
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
cstjeanos@willkie.com
jgarbacz@willkie.com

Joseph G. Davis (*pro hac vice*)
D.C. Bar No. 441479
Zaina Fontane (*pro hac vice*)
D.C. Bar No. 90014285
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC 20006
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
jdavis@willkie.com
zfontane@willkie.com

Respectfully submitted,

*/s/Betty X. Yang*
Betty X. Yang
Texas Bar No. 24088690
Michael A. Rosenthal
Texas Bar No. 17281490
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
byang@gibsondunn.com
mrosenthal@gibsondunn.com

Richard Doren (*pro hac vice*)
California Bar No. 124666
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7038
Facsimile: (213) 229-6038
rdoren@gibsondunn.com

James Hallowell (*pro hac vice*)
New York Bar No. 2688869
Laura Londoño Pardo (*pro hac vice*)
New York Bar No. 5952452
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jhallowell@gibsondunn.com
llondonopardo@gibsondunn.com

*Counsel for American Home Assurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., New Hampshire Insurance Company, and Consolidated National Insurance Company*

*/s/ Thomas B. Alleman*
Thomas B. Alleman
Texas Bar No. 01017485
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401
talleman@dykema.com

Brent H. Olson (*pro hac vice*)
D.C. Bar No. 494383
DYKEMA GOSSETT PPLC
1301 K Street, NW, Suite 1100 West
Washington, DC 20005
Telephone: (202) 906-8604
Facsimile: (888) 799-0832
bolson@dykema.com

*Counsel for Allied World Assurance Company (U.S.) Inc.*

*/s/ Christina A. Culver*
Brian S. Martin
Texas Bar No. 13055350
Christina A. Culver
Texas Bar No. 24078388
THOMPSON, COE, COUSINS & IRONS, LLP
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027
Telephone: (713) 403-8210
Facsimile: (713) 403-8299
bmartin@thompsoncoe.com
cculver@thompsoncoe.com

Rhonda Thompson
Texas Bar No. 24029862
THOMPSON, COE, COUSINS & IRONS, LLP
Plaza of the Americas
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8273
Facsimile: (214) 871-8209
rthompson@thompsoncoe.com

*Counsel for Allstate Insurance Company*

*/s/ Kasi Gray Schuelke*
Kasi Gray Schuelke
Texas Bar No. 24098915
PHELPS DUNBAR LLP
2102 E. State Highway 114, Suite 207
Southlake, Texas 76092
Telephone: (817) 305-0326
kasi.schuelke@phelps.com

Mark D. Plevin (*pro hac vice*)
California Bar No. 146278
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (202) 580-6640
mplevin@plevinturner.com

Tacie H. Yoon (*pro hac vice*)
D.C. Bar No. 417100
Jordan A. Hess (*pro hac vice*)
D.C. Bar No. 1781895
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
Telephone: (202) 580-6640
tyoon@plevinturner.com
jhess@plevinturner.com

*Counsel for American Casualty Company of Reading, Pennsylvania, Columbia Casualty Company, Continental Casualty Company, National Fire Insurance Company of Hartford, and The Continental Insurance Company (in its own right; as successor by merger to Buckeye Union Insurance Company, Fidelity and Casualty Co. of New York, Firemen's Insurance Company of Newark, New Jersey (including certain retained liabilities of Manhattan Fire & Marine Insurance Company), Niagara Fire Insurance Company, and Pacific Insurance Company; and as successor in interest to policies issued by Harbor Insurance Company at issue in this action)*

*/s/ S. Jan Hueber*
S. Jan Hueber
Texas Bar No. 20331150
Kaitlin Palmarozzi
Texas Bar No. 24098217
LITCHFIELD CAVO, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Telephone: (817) 945-8025
Facsimile: (817) 753-3232
hueber@litchfieldcavo.com
palmarozzi@litchfieldcavo.com

*Counsel for Amerisure Insurance Company*

*/s/ Stephen A. Melendi*
Stephen A. Melendi
Texas Bar No. 24041468
Matthew P. Rigney
Texas Bar No. 24068636
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone: (214) 665-0100
stephenm@tbmmlaw.com
mattr@tbmmlaw.com

Kathleen Kerns (*pro hac vice*)
POST & SCHELL, P.C.
Three Logan Square
1717 Arch Street, 24th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 587-5932
Facsimile: (215) 587-1444
kkerns@postschell.com

*Counsel for Argonaut Insurance Company*

5

| | |
|---|---|
| */s/ John Philip Morgenstern* | */s/ Steven T. Ramos* |
| John Philip Morgenstern | Steven T. Ramos |
| O'HAGAN MEYER | Texas Bar No. 00784812 |
| Three Logan Square | AYIK & ASSOCIATES |
| 1717 Arch Street, Suite 3910 | 1301 E. Collins Boulevard, Suite 290 |
| Philadelphia, Pennsylvania 19103 | Richardson, Texas 75081 |
| Telephone: (215) 461-3301 | Telephone: (214) 570-6596 |
| Facsimile: (215) 461-3311 | Facsimile: (214) 570-6262 |
| jmorgenstern@ohaganmeyer.com | stramos@travelers.com |
| | |
| *Counsel for Ategrity Specialty Insurance Company* | Kathleen D. Monnes (*pro hac vice*) |
| | Connecticut Bar No. 407246 |
| | Catherine A. DeLanzo (*pro hac vice*) |
| | Connecticut Bar No. 442247 |
| | Jenna A. Pepe (*pro hac vice*) |
| | Connecticut Bar No. 445068 |
| | DAY PITNEY LLP |
| | 225 Asylum Street |
| | Hartford, Connecticut 06103 |
| | Telephone: (860) 275-0103 |
| | Facsimile: (860) 275-0343 |
| | kdmonnes@daypitney.com |
| | cdelanzo@daypitney.com |
| | jpepe@daypitney.com |
| | |
| | *Counsel for Charter Oak Fire Insurance Company; Phoenix Insurance Company; St. Paul Fire and Marine Insurance Company; St. Paul Mercury Insurance Company; St. Paul Surplus Lines Insurance Company; The Travelers Companies, Inc.; The Travelers Indemnity Company; Travelers Casualty and Surety Company; and United States Fidelity and Guaranty Company* |

*/s/ S. Jan Hueber*
S. Jan Hueber
Texas Bar No. 20331150
LITCHFIELD CAVO, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Telephone: (817) 945-8037
Facsimile: (817) 753-3232
hueber@litchfieldcavo.com

Daniel G. Litchfield (*pro hac vice*)
Illinois Bar No. 6185695
LITCHFIELD CAVO, LLP
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
Telephone: (312) 781-6669
Facsimile: (312) 781-6630
litchfield@litchfieldcavo.com

*Counsel for The Cincinnati Insurance Company*

*/s/ Scott L. Davis*
Scott L. Davis
Texas Bar No. 05547030
SPENCER FANE LLP
2200 Ross Avenue, Suite 4800 W
Dallas, Texas 75201
Telephone: (469) 391-7706
Facsimile: (214) 750-3612
sdavis@spencerfane.com

Tyler J. Scott (*pro hac vice*)
Missouri Bar No. 63231
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
Telephone: (816) 292-8117
Facsimile: (816) 474-3216
tscott@spencerfane.com

*Counsel for Crum & Forster Indemnity Company, TIG Insurance Company, The North River Insurance Company, and United States Fire Insurance Company*

*/s/ David M. Hymer*
David M. Hymer
Texas Bar No. 10380250
Steven A. Wood
Texas Bar No. 24033355
QUINTAIROS, PRIETO, WOOD & BOYER, PA.
1700 Pacific Avenue, Suite 4545
Dallas, Texas 75201
Telephone: (214) 754-8755
Facsimile: (214) 754-8744
david.hymer@qpwblaw.com
steven.wood@qpwblaw.com

*Counsel for Erie Family Life Insurance Company and Erie Insurance Exchange*

*/s/ Ivan M. Rodriguez*
Ivan M. Rodriguez
Texas Bar No. 24058977
Clinton J. Wolbert
Texas Bar No. 2410302
Harrison Cass
Texas Bar No. 24137553
PHELPS DUNBAR, LLP
910 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: (713) 877-5504
Facsimile: (713) 626-1388
ivan.rodriguez@phelps.com
clinton.wolbert@phelps.com
harrison.cass@phelps.com

William R. de los Santos
Texas Bar No. 24125762
PHELPS DUNBAR, LLP
2102 E. State Highway 114, Suite 207
Southlake, Texas 76092
Telephone: (817) 488-3134
william.delossantos@phelps.com

*Counsel for Evanston Insurance Company*

*/s/ Stephen A. Melendi*
Stephen A. Melendi
Texas Bar No. 24041468
Mary Reyes Hartsfield
Texas Bar No. 00788267
TOLLEFSON BRADLEY MITCHELL &
MELENDI, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone: (214) 665-0100
Facsimile: (214) 665-0199
stephenm@tbmmlaw.com
maryh@tbmmlaw.com

*Counsel for First Insurance Company of Hawaii, LTD*

*/s/ William H. White, Jr*.
William H. White Jr. (*pro hac vice*)
D.C. Bar No. 461341
KIERNAN TREBACH LLP
1233 20th Street NW, 8th Floor
Washington, D.C. 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7001
wwhite@kiernantrebach.com

John E.W. Baay II
Texas Bar No. 798042
LABORDE SIEGEL L.L.C.
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
jbaay@labordesiegel.com

*Counsel for Gemini Insurance Company*

*/s/ Aaron L. Mitchell*
Aaron L. Mitchell
Texas Bar No. 14205590
Beth D. Bradley
Texas Bar No. 06243900
TOLLEFSON BRADLEY MITCHELL &
MELENDI, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone: (214) 665-0110
Facsimile: (214) 665-0199
aaronm@tbmmlaw.com
bethb@tbmmlaw.com

Lloyd A. Gura (*pro hac vice*)
New York Bar No. 2380277
MOUND COTTON WOLLAN &
GREENGRASS LLP
One New York Plaza, 44th Floor
New York, New York 10004
Telephone: (212) 804-4282
Facsimile: (212) 344-8066
lgura@moundcotton.com

Pamela J. Minetto
MOUND COTTON WOLLAN &
GREENGRASS LLP
30A Vreeland Road, Suite 210
Florham Park, New Jersey 07932
Telephone: (973) 494-0603
Facsimile: (973) 242-4244
pminetto@moundcotton.com

*Counsel for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company*

*/s/ Richard D. Salgado*
Richard D. Salgado
Texas Bar No. 24060548
MCDERMOTT WILL & SCHULTE LLP
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 210-2797
Facsimile: (972) 232-3098
richard.salgado@mwe.com

Ryan S. Smethurst (*pro hac vice*)
D.C. Bar No. 469824
Alex M. Spisak (*pro hac vice*)
D.C. Bar No. 1028451
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street, NW
Washington, DC 20001
Telephone: (202) 756-8228
Facsimile: (202) 756-8087
rsmethurst@mwe.com
aspisak@mwe.com

*Counsel for Jefferson Insurance Company*

*/s/ Aaron Z. Tobin*
Aaron Z. Tobin
Texas Bar No. 24028045
CONDON TOBIN SLADEK SPARKS
THORNTON NERENBERG PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com

Kim V. Marrkand
Massachusetts Bar No. 543823
John C. Dougherty
Massachusetts Bar No. 569186
Mathilda S. McGee-Tubb
Massachusetts Bar No. 687434
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO PC
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 348-1807
kmarrkand@mintz.com
jdougherty@mintz.com

Douglas R. Gooding
Massachusetts Bar No. 558976
Bryana T. McGillycuddy Massachusetts
Bar No. 684990
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000
dgooding@choate.com
bmcgillycuddy@choate.com

*Counsel for Liberty Mutual Insurance Company, Liberty Insurance Underwriters Inc., Liberty Surplus Insurance Corporation, The Ohio Casualty Insurance Company, Peerless Indemnity Insurance Company, Safeco Insurance Company of America, American Economy Insurance Company, American States Insurance Company, and General Insurance Company of America*

9

*/s/ Gary S. Kessler*
Gary S. Kessler
Texas Bar No. 11358200
Samuel C. Kessler
Texas Bar No. 24118431
KESSLER COLLINS, PC
500 N. Akard Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 379-0722
Facsimile: (214) 373-4714
gsk@kesslercollins.com
skessler@kesslercollins.com

Thaddeus J. Weaver (*pro hac vice*)
Delaware Bar No. 2790
DILWORTH PAXSON LLP
800 N. King Street, Suite 202
Wilmington, Delaware 19801
Telephone: (302) 571-8867
Facsimile: (302) 351-8735
tweaver@dilworthlaw.com

*Counsel for Munich Reinsurance America Inc., formerly known as American Re-Insurance Company*

*/s/ Richard A. Galbo*
Richard A. Galbo (*pro hac vice*)
New York Bar No. 1970888
Ashlyn M. Capote (*pro hac vice*)
New York Bar No. 5200969
Michigan Bar No. P76342
GOLDBERG SEGALLA LLP
665 Main Street
Buffalo, New York 14203
Telephone: (716) 710-5810
rgalbo@goldbergsegalla.com
acapote@goldbergsegalla.com

Alissa K. Christopher
Texas Bar No. 11531020
COZEN O'CONNOR
1717 Main Street, Suite 3100
Dallas, Texas 75201
Telephone: (214) 462-3299
akchristopher@cozen.com

*Counsel for National Casualty Company, Nationwide Affinity Insurance Company of America, Nationwide Mutual Insurance Company, Scottsdale Insurance Company, and Wausau General Insurance Company*

*/s/ Jennifer Henry*
Jennifer Henry
ESTES THORNE EWING & PAYNE PLLC
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
Telephone: (214) 599-4014
Facsimile: (214) 599-4099
jhenry@estesthorne.com

Michael J. Smith (*pro hac vice*)
Bryan W. Petrilla (*pro hac vice*)
STEWART SMITH
300 Four Falls, Suite 670
300 Conshohocken State Road
West Conshohocken, Pennsylvania 19428
Telephone: (484) 534-8300
Facsimile: (484) 534-9470
msmith@stewartsmithlaw.com
bpetrilla@stewartsmithlaw.com

*Counsel for Old Republic Insurance Company*

*/s/ J. Richard Harmon*
J. Richard Harmon
Texas Bar No. 09020700
Jo Allison Stasney
Texas Bar No. 19080280
THOMPSON, COE, COUSINS & IRONS, LLP
Plaza of the Americas
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
rharmon@thompsoncoe.com
jstasney@thompsoncoe.com

*Counsel for QBE Insurance Corporation*

*/s/ Syed Omar Shah*
Syed Omar Shah (*pro hac vice*)
New York Bar No. 5934237
WILLIAMSON, CLUNE & STEVENS
317 North Tioga Street
Ithaca, New York 14851
Telephone: (607) 273-3339
Facsimile: (607) 273-4164
sos@wcslaw.net

*Counsel for Security Mutual Insurance Company*

*/s/ Lance V. Clack*
Lance V. Clack
Texas Bar No. 24040694
FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090
lance.clack@figdav.com

Laura S. McKay (*pro hac vice* to be filed)
Illinois Bar No. 6207837
Douglas M. DeWitt (*pro hac vice* to be filed)
Illinois Bar No. 6274805
HINKHOUSE WILLIAMS WALSH LLP
180 N. Stetson Avenue, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 784-5415
Facsimile: (312) 784-5499
lmckay@hww-law.com
ddewitt@hww-law.com

*Counsel for Sparta Insurance Company, as successor for certain limited purposes to American Employers' Insurance Company*

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been served upon counsel of record for all parties via ECF on this 2nd day of October 2025.

*/s/ Betty X. Yang*
Betty X. Yang
