UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, *et al.*,<br><br>Defendants. | Civ. Action No. 3:23-cv-01592-S |

## **ORDER**

Before the Court is Undersigned Defendants' Partial Motion to Dismiss the Amended Complaint ("Motion") in the above-captioned action, the accompanying memorandum in support ("Memorandum"), Plaintiff's opposition to the Motion, and the Undersigned Defendants' reply in support. The Court, having considered the Motion, and Plaintiff's arguments in opposition, is of the opinion that the Motion should be, and hereby is:

[   ] **GRANTED**. Counts Two through Thirty-Five of the Amended Complaint are dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6); all claims against the PJ Moving Defendants (as defined in the Memorandum) that seek damages or coverage arising out of Non-Texas Policies (as defined in the Memorandum) are dismissed for lack of personal jurisdiction pursuant Federal Rule of Civil Procedure 12(b)(2); and the Illinois Claims (as defined in the Memorandum) are dismissed in favor of the Illinois Action under the doctrine of *Colorado River* abstention.

[    ] **DENIED**.

**SO ORDERED.**

SIGNED _____, 202\_\_\_.

                                                  By: _____
                                                        Hon. Karen Gren Scholer
                                                        U.S. District Court Judge