# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), in Her Capacity as Trustee of the BSA Settlement Trust<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, et al. | §<br>§<br>§<br>§  CIVIL ACTION NO. 3:23-CV-1592-S<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The Court is in receipt of the Parties' Joint Submission Regarding Initial Discovery Plan [ECF No. 520]. The Court notes that Plaintiff and all Defendants other than Aviva plc and Erie and Niagara Insurance Association have agreed to "an initial discovery plan that permits limited discovery on missing or disputed policies." Parties' Joint Submission Regarding Initial Disc. Plan ("Joint Submission") [ECF No. 520] 1 & n.1. The Court **ORDERS** Aviva and Erie and Niagara to file their specific objections to the agreed discovery plan by no later than **October 28, 2025**.

The Court further notes that Plaintiff wishes to conduct limited jurisdictional discovery with respect to any defendants asserting that they are not subject to personal jurisdiction in Texas but that "[t]he parties have not reached agreement on jurisdictional discovery." Joint Submission 3-5. To the extent Plaintiff seeks jurisdictional discovery, Plaintiff must file a motion requesting leave to conduct such discovery, setting forth the specific discovery requested and the facts Plaintiff seeks to discover.

**SO ORDERED.**

SIGNED October 21, 2025.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**