**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

|  |  |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST,<br><br>               Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; *et al.*,<br><br>               Defendants. | Case No. 3:23-cv-01592-S |

**PLAINTIFF'S OPPOSITION TO DEFENDANT ARROWOOD'S LIMITED JOINDER
IN UNDERSIGNED DEFENDANTS' MOTION TO DISMISS THE AMENDED
COMPLAINT IN PART AND SUPPORTING MEMORANDUM**

The Honorable Barbara J. Houser (Ret.), in her capacity as trustee (the "Trustee") of the

BSA Settlement Trust (the "Trust"), respectfully submits this response in opposition to Defendant

Arrowood Indemnity Company's ("Arrowood") Limited Joinder in Undersigned Defendants'

Motion to Dismiss the Amended Complaint in Part (Dkt. No. 544) (the "Joinder").

In its Joinder, Arrowood joins, and incorporates by reference, two argument sections from

the Memorandum in Support of Undersigned Defendants' Partial Motion to Dismiss the Amended

Complaint.  *See* Dkt. No. 544.  Specifically, Arrowood joins the Undersigned Defendants'

arguments regarding personal jurisdiction and abstention and asks to be dismissed for the reasons

set forth in these sections of the Undersigned Defendants' memorandum.  Dkt. No. 544.  The

Trustee opposes Arrowood's Joinder and incorporates sections II and III of the argument contained

in Plaintiff's Opposition to Undersigned Defendants' Partial Motion to Dismiss the Amended

Complaint as if fully set forth herein. *See* Dkt. No. 556.

**CONCLUSION**

For the reasons set forth above, the Trustee respectfully requests that this Court deny

Arrowood's request to be dismissed from this litigation as presented in the Joinder.


Dated: October 23, 2025                   Respectfully submitted,

                                          */s/Jeffrey M. Tillotson*
                                          Jeffrey M. Tillotson
                                          **TILLOTSON JOHNSON & PATTON**
                                          1201 Main St., Suite 1300
                                          Dallas, TX 75202
                                          Telephone: (214) 382-3041

                                          - AND -

                                          Kami E. Quinn (admitted *pro hac vice*)
                                          W. Hunter Winstead (admitted *pro hac vice*)
                                          Emily P. Grim (admitted *pro hac vice*)
                                          Charles K. Cooper (admitted *pro hac vice*)
                                          Michael B. Rush (admitted *pro hac vice*)
                                          Brittney M. Welch (admitted *pro hac vice*)
                                          **GILBERT LLP**
                                          700 Pennsylvania Avenue, SE
                                          Suite 400
                                          Washington, DC 20003
                                          Telephone: (202) 772-2200
                                          Facsimile:  (202) 772-3333

                                          *Attorneys for the Honorable Barbara J. Houser*
                                          *(Ret.), in her capacity as Trustee of the BSA*
                                          *Settlement Trust*


**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was e-filed with
the Clerk of the Court and will be served via email upon all counsel of record on this 23rd day of
October, 2025.

                                          */s/ Jeffrey M. Tillotson*
                                          Jeffrey M. Tillotson


2