UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST,

                Plaintiff,

v.

ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; *et al.*,

                Defendants.

Case No. 3:23-cv-01592-S

**PLAINTIFF'S APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION REQUESTING LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY**

| Tab | Description | Pages |
|---|---|---|
| 1 | Chart of Personal Jurisdiction (PJ) Moving Defendants with Insurance Policies Issued to Texas Local Councils | TrustApp0001–TrustApp0002 |
| 2 | Personal Jurisdiction (PJ) Moving Defendants: Key Known Contacts with Texas | TrustApp0003–TrustApp0005 |

Dated:  November 10, 2025

Respectfully submitted,

*/s/Jeffrey M. Tillotson*
Jeffrey M. Tillotson
**TILLOTSON JOHNSON & PATTON**
1201 Main St., Suite 1300
Dallas, TX 75202
Telephone:  (214) 382-3041

- AND -

Kami E. Quinn (admitted *pro hac vice*)
W. Hunter Winstead (admitted *pro hac vice*)
Emily P. Grim (admitted *pro hac vice*)
Charles K. Cooper (admitted *pro hac vice*)
Michael B. Rush (admitted *pro hac vice*)
Brittney M. Welch (admitted *pro hac vice*)
**GILBERT LLP**
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone:  (202) 772-2200
Facsimile:   (202) 772-3333

*Attorneys for the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was e-filed with the Clerk of the Court and will be served via e-mail upon all counsel of record on this 10th day of November, 2025.

*/s/Jeffrey M. Tillotson*
Jeffrey M. Tillotson

# TAB 1

PJ Moving Defendants with Insurance Policies Issued to Texas Local Councils

| Defendant Insurer | Insurer that Issued the Policy | Local Council Insured by Policy | Local Council Location | Policy Number (Start Year) |
|---|---|---|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Chisholm Trail (561) | Abilene, TX | BE1220201 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Gulf Coast (577) | Corpus Christi, TX | BE1220206 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Buffalo Trail (567) | Midland, TX | BE1220214 (1977) |
| New Hampshire Insurance Company | New Hampshire Insurance Company | Bay Area (574) | Galveston, TX | GLA210276 (1976) |
| New Hampshire Insurance Company | New Hampshire Insurance Company | Comanche Trail (479) | Brownwood, TX | Unknown (1976) |
| New Hampshire Insurance Company | New Hampshire Insurance Company | Chisholm Trail (561) | Abilene, TX | Unknown (1976) |
| New Hampshire Insurance Company | New Hampshire Insurance Company | Capitol Area (564) | Austin, TX | Unknown (1976) |
| New Hampshire Insurance Company | New Hampshire Insurance Company | Buffalo Trail (567) | Midland, TX | Unknown (1976) |
| New Hampshire Insurance Company | New Hampshire Insurance Company | Caddo Area (584) | Texarkana, TX | Unknown (1976) |
| New Hampshire Insurance Company | New Hampshire Insurance Company | Caddo Area (584) | Texarkana, TX | Unknown (1977) |
| New Hampshire Insurance Company | New Hampshire Insurance Company | Chisholm Trail (561) | Abilene, TX | GLA332324 (1977) |
| New Hampshire Insurance Company | New Hampshire Insurance Company | Comanche Trail (479) | Brownwood, TX | Unknown (1975) |
| New Hampshire Insurance Company | New Hampshire Insurance Company | Comanche Trail (479) | Brownwood, TX | Unknown (1975) |
| New Hampshire Insurance Company | New Hampshire Insurance Company | Circle Ten (571) | Dallas, TX | Unknown (1975) |
| New Hampshire Insurance Company | New Hampshire Insurance Company | Bay Area (574) | Galveston, TX | Unknown (1975) |
| New Hampshire Insurance Company | New Hampshire Insurance Company | Bay Area (574) | Galveston, TX | GLA332336 (1977) |
| New Hampshire Insurance Company | New Hampshire Insurance Company | Capitol Area (564) | Austin, TX | Unknown (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Comanche Trail (479) | Brownwood, TX | BE1217374 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Chisholm Trail (561) | Abilene, TX | BE1217370 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Capitol Area (564) | Austin, TX | BE1217372 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Buffalo Trail (567) | Midland, TX | BE1217383 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Caddo Area (584) | Texarkana, TX | BE1217389 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Caddo Area (584) | Texarkana, TX | BE1220220 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | South Plains (694) | Lubbock, TX | BE1217382 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Circle Ten (571) | Dallas, TX | BE1220207 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | South Plains (694) | Lubbock, TX | BE1220213 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Comanche Trail (479) | Brownwood, TX | BE1220205 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Llano Estacado (562) | Amarillo, TX | BE1217371 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Llano Estacado (562) | Amarillo, TX | BE1220202 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Capitol Area (564) | Austin, TX | BE1220203 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Texoma Valley (566) | Sherman, TX | BE1217388 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Texoma Valley (566) | Sherman, TX | BE1220219 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Adobe Walls Area (569) | Pampa, TX | BE1217384 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Adobe Walls Area (569) | Pampa, TX | BE1220215 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Circle Ten (571) | Dallas, TX | BE1217376 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Yucca (573) | El Paso, TX | BE1217377 (1976) |

TrustApp0001

PJ Moving Defendants with Insurance Policies Issued to Texas Local Councils

| Defendant Insurer | Insurer that Issued the Policy | Local Council Insured by Policy | Local Council Location | Policy Number (Start Year) |
|---|---|---|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Yucca (573) | El Paso, TX | BE1220208 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Bay Area (574) | Galveston, TX | BE1217379 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Bay Area (574) | Galveston, TX | BE1220210 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Sam Houston Area (576) | Houston, TX | BE1217381 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Sam Houston Area (576) | Houston, TX | BE1220212 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Gulf Coast (577) | Corpus Christi, TX | BE1217375 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Three Rivers (578) | Beaumont, TX | BE1217373 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Three Rivers (578) | Beaumont, TX | BE1220204 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | NeTseO Trails (580) | Paris, TX | BE1217385 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | NeTseO Trails (580) | Paris, TX | BE1220216 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Alamo Area (583) | San Antonio, TX | BE1217387 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Alamo Area (583) | San Antonio, TX | BE1220218 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | East Texas Area (585) | Tyler, TX | BE1217390 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | East Texas Area (585) | Tyler, TX | BE1220221 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Northwest Texas (587) | Wichita Falls, TX | BE1217392 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Northwest Texas (587) | Wichita Falls, TX | BE1220223 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Heart O' Texas (662) | Waco, TX | BE1217391 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Longhorn (662) | Hurst, TX | BE1217378 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Heart O' Texas (662) | Waco, TX | BE1220222 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Longhorn (662) | Hurst, TX | BE1220209 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Concho Valley (741) | San Angelo, TX | BE1217386 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Concho Valley (741) | San Angelo, TX | BE1220217 (1977) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Rio Grande (775) | Harlingen, TX | BE1217380 (1976) |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Rio Grande (775) | Harlingen, TX | BE1220211 (1977) |
| St. Paul Fire & Marine Insurance Company | St. Paul Fire and Marine Insurance Company | Buffalo Trail (567) | Midland, TX | Unknown (1977) |
| St. Paul Fire & Marine Insurance Company | St. Paul Fire and Marine Insurance Company | Sam Houston Area (576) | Houston, TX | Unknown (1976) |
| St. Paul Fire & Marine Insurance Company | St. Paul Fire and Marine Insurance Company | Sam Houston Area (576) | Houston, TX | Unknown (1977) |
| St. Paul Fire & Marine Insurance Company | St. Paul Fire and Marine Insurance Company | Alamo Area (583) | San Antonio, TX | 542AG6620 (1968) |
| St. Paul Fire & Marine Insurance Company | St. Paul Fire and Marine Insurance Company | Alamo Area (583) | San Antonio, TX | 542AG6865 (1968) |

TrustApp0002

# TAB 2

| Defendant | Key Known Contacts with Texas | | | | |
|---|---|---|---|---|---|
| | **Registered Texas Insurer, per NAIC** | **Location(s) and/or Agent(s) in Texas[i]** | **Website Targets and/or Highlights Texans[ii]** | **Invoked &/or Consented to Jurisdiction in Other Texas Case(s)[iii]** | **Entered into Consent Order(s) with Texas Dep't of Insurance[iv]** |
| American Home Assurance Co. | X | | | X | X |
| American Casualty Company of Reading, PA. | X | | | X | X |
| Arrowood Indemnity Co. | X | | | X | X |
| Aviva plc | | | | | |
| Charter Oak Fire Ins. Co. | X | | | X | X |
| Cincinnati Ins. Co. | X | | | X | X |
| Continental Insurance Company | X | X | | X | X |
| Continental Casualty Company | X | X | | X | X |
| Erie & Niagara Ins. Ass'n | | | | | |
| Erie Family Life | | | | | |
| Erie Ins. Exchange | | | | | |
| Jefferson Ins. Co. | X | | | | X |
| Nationwide Mutual Ins. Co. | X | X | X | X | X |
| National Casualty Co. | X | | | X | X |
| National Fire Insurance Company of Hartford | X | | | X | X |

TrustApp0003

| | | | | | |
|---|---|---|---|---|---|
| National Union Fire Ins. Co. of Pittsburgh, Pa. | X | | | X | X |
| New Hampshire Ins. Co. | X | | | X | X |
| The Phoenix Ins. Co. | X | | | X | X |
| Scottsdale Ins. Co. | X | | | X | |
| Security Mutual Insurance Company | | | | | |
| SPARTA Ins. Co. | X | | | X | |
| St. Paul Fire & Marine Ins. Co. | X | | | X | |
| St. Paul Mercury Ins. Co. | X | | | X | |
| Travelers Casualty & Surety Co. | X | | | X | X |
| The Travelers Companies, Inc. | | | | X | |
| The Travelers Indemnity Co. | X | | X | X | X |
| United States Fidelity and Guaranty Company | X | | | X | |
| Wausau General Ins. Co. | X | | | | |

---

[i] The following websites were last accessed by Plaintiff on October 22, 2025: https://agents.allstate.com/usa/tx; https://agency.nationwide.com/tx.

[ii] The following websites were last accessed by Plaintiff on October 22, 2025: https://www.allstate.com/auto-insurance/texas-car-insurance-coverages; https://www.nationwide.com/personal/insurance/auto/state/texas/; https://www.travelers.com/car-insurance/state-coverages/texas; *See* https://www.cna.com/about/locations/us (listing Texas locations for CNA, the parent of Continental Insurance Company and Continental Casualty Company).

[iii] A quick search for cases in PACER and opinions in Westlaw revealed the following cases. This list does not include cases filed in Texas state court that did not include an appellate court decision, as those are not available on Westlaw (nor, to the undersigned's knowledge, in any other centralized database), and in the interests of brevity, it only includes one example for each defendant, rather than all of the dozens and dozens of cases found: *Allstate Ins. Co. v. Weishiemer*, No. H-20-3116 (S.D. Tex.); *Am. Home Assur. Co. v. Medina*, No. 1:21-CV-001236-LY-SH (W.D. Tex.); *American Cas. Co. of Reading, PA v. Jones*, No. 3:09-cv-00337 (W.D. Tex. Sept. 14, 2009); *Arrowood Indemn. Co. v. Gulf Underwriters Ins. Co.*, Nos. EP-04-CV-432 & EP-08-CV-285-DB (W.D. Tex.); *Charter Oak*

*Fire Ins. Co. v. Shamrock Steel Sales, Inc.*; *Cincinnati Ins. Co. v. RBP Chem. Tech., Inc.*, No. 1:07-CV-699 (E.D. Tex.); *Valley Forge Ins. Co. v. DA Def. Logistics HQ, LLC*, No. 3:24-cv-00078 (W.D. Tex. Mar. 6, 2024); *Continental Cas. Co. v. Pierce R&B LLC*, No. 6:24-cv-00412 (E.D. Tex. Oct. 30, 2024); *Nationwide Mut. Ins. Co. v. Choi*, No. 4:22-cv-01231 (S.D. Tex.); *Nat'l Cas. Co. v. KT2 LLC*, No. 3:19-CV-1926-E (N.D. Tex.); *Valley Forge Ins. Co. v. DA Def. Logistics HQ, LLC*, No. 3:24-cv-00078 (W.D. Tex. Mar. 6, 2024); *Nat'l Union Fire Ins. Co. of Pittsburgh, Pa. v. Bacarella Transp. Servs., Inc.*, No. 3:19-CV-01364-X (N.D. Tex.); *N.H. Ins. Co. v. Dominguez*, No. 1:12-CV-107 (S.D. Tex.); *Phoenix Ins. Co. v. Kennedy et al.*, 4:24-cv-00550 (S.D. Tex. 2024); *Scottsdale Ins. Co. v. Discovering Me Academy, LLC*, No. 4:20-CV-2449 (S.D. Tex.); *Sparta Ins. Co. v. Copper Solutions and Services, LLC*, 5:14-cv-00067-C (N.D.. Tex. 2014); *St. Paul Fire & Marine Ins. Co. v. Flexrod Sales & Servs., Inc.*, No. MO-16-CV-00085-DCG (W.D. Tex.); *St. Paul Mercury Ins. Co. v. Lewis-Quinn Constr.*, No. H-10-5146 (S.D. Tex.); *Travelers Cas. & Sur. Co. of Am. v. Padron*, No. 5:15-CV-200-DAE (W.D. Tex.); *Unlimited Servs., LLC v. Anadarko Petroleum Corp.*, No. 4:19-CV-4414 (S.D. Tex.) (third-party defendant Travelers Companies); *Travelers Prop. Cas. Co. of Am. v. Craigen Marine Contractors, LLC*, No. 1:21-CV-62-DAE (W.D. Tex.) (Travelers Indem. Co. also a plaintiff); *United States Fid. And Guar. Co. v. Clayton Homes Inc.*, No. 4:05-cv-01811 (S.D. Tex. May 20, 2005).

[iv] In the interests of brevity, this list only includes one example from each defendant, though many have entered into multiple Texas consent orders: No. 2022-7662, available at https://www.tdi.texas.gov/wc/orders/documents/dwc227662.pdf (Nat'l Union Fire Ins. Co. of Pittsburgh, PA); No. 2024-8922, available at https://www.tdi.texas.gov/wc/orders/documents/dwc248922.pdf (American Casualty Co. of Reading, PA); No. 2022-7394, available at https://www.tdi.texas.gov/wc/orders/documents/dwc227394.pdf (N.H. Ins. Co.); No. 2023-7926, available at https://www.tdi.texas.gov/wc/orders/documents/dwc237926.pdf (The Phoenix Ins. Co.); No. 2023-7753, available at https://www.tdi.texas.gov/wc/orders/documents/dwc237753.pdf (Travelers Cas. & Sur. Co.); No. 2022-7208, available at https://www.tdi.texas.gov/wc/orders/documents/dwc227208.pdf (Arrowood Ins. Co.); No. 2023-8059, available at https://www.tdi.texas.gov/wc/orders/documents/dwc238059.pdf (Charter Oak Fire Ins. Co.); No. 2018-5698, available at Texas Dep't of Ins., Disciplinary Order No. 20185698 (Nov. 5, 2018), archived (Mar. 9, 2023) at https://web.archive.org/web/20230309043846/https://www.tdi.texas.gov/commissioner/disciplinary-orders/documents/20185698.pdf (last visited Oct. 22, 2025) (Cincinnati Ins. Co.); No. 2023-8104, available at, https://www.tdi.texas.gov/wc/orders/documents/dwc238104.pdf (Continental Ins. Co.); No. 2025-9443, available at https://www.tdi.texas.gov/wc/orders/documents/dwc259443.pdf (Continental Casualty Co.); No. 2018-5408, available at Texas Dep't of Ins., Disciplinary Order No. 20185408 (Feb. 22, 2018), archived (Oct. 11, 2023) at https://web.archive.org/web/20231011072534/https://tdi.texas.gov/commissioner/disciplinary-orders/documents/20185408.pdf (last visited Oct. 22, 2025) (Jefferson Ins. Co.); No. 2023-8166, available at https://www.tdi.texas.gov/wc/orders/documents/dwc238166.pdf (Nat'l Cas. Co.); No. 2024-8647, available at https://www.tdi.texas.gov/wc/orders/documents/dwc248647.pdf (National Fire Ins. Co. of Hartford) No. 2021-6656, available at https://www.tdi.texas.gov/commissioner/disciplinary-orders/documents/20216656.pdf (Nationwide Mut. Ins. Co.); No. 2021-6949, available at https://www.tdi.texas.gov/wc/orders/documents/dwc216949.pdf (Travelers Indem. Co.).

TrustApp0005