# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), in Her Capacity as Trustee of the BSA Settlement Trust | § § § § | |
| | § | CIVIL ACTION NO. 3:23-CV-1592-S |
| v. | § § | |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, et al. | § § | |

## ORDER

To assist the Court in its understanding of the issues involved in this complex case, the parties are **ORDERED** to file briefing addressing the following question:[1]

> What effect(s), if any, does the Settlement Trustee's **Allowed Claim Amount** on **Insured Abuse Claims** have on the **Non-Settling Insurance Companies'** contractual obligation to pay under insurance policies issued to the Boy Scouts of America or Local Councils?

In briefing this question, the parties should (1) assume that the policies exist, are not exhausted or impaired, and that any lower layers of insurance have been exhausted; and (2) not address defenses unrelated to the methodology used by the Settlement Trustee to determine the **Allowed Claim Amounts** through the **Claims Matrix** and the methodology used by the **Neutrals** to make **Settlement Recommendations**, and by the Settlement Trustee for **Accepted Settlement Recommendations**, through the **Independent Review Option**. The Court encourages coordination among the Defendants, to avoid duplication and to present consolidated positions where appropriate.

Briefs are due on or before **January 16, 2026**. Responses to the briefs, if any, are due on or before **January 23, 2026**.

---

[1] Bolded terms are intended to be consistent with the Plan of Reorganization, approved by the Delaware Bankruptcy Court, *In re Boy Scouts of America and Delaware BSA, LLC*, Case No. 20-10343.

The Court sets this case for an in-person status conference at which it will hear argument on the above-referenced issue on **January 30, 2026**, at **9:00 a.m.**

**SO ORDERED.**

SIGNED December 19, 2025.

_____
**KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE**