**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| THE HONORABLE BARBARA J. HOUSER (RET.), in her capacity as Trustee of the BSA Settlement Trust,<br><br>*Plaintiff*,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, *et al.*,<br><br>*Defendants*. | Case No. 3:23-cv-01592 |

**NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS**

Pursuant to Federal Rule of Appellate Procedure 21(a)(1), please take notice that the attached Petition for Writ of Mandamus has been filed by Defendants Allianz Global Risks US Insurance Company, National Surety Corporation, Interstate Fire & Casualty Company, Fireman's Fund Insurance Company, and Jefferson Insurance Company of New York (collectively, "Allianz Insurers") in the United States Court of Appeals for the Fifth Circuit.

Dated: March 10, 2026

Respectfully submitted,

/s/   *Todd C. Jacobs*
Todd C. Jacobs (admitted *pro hac vice*)
Illinois Bar No. 6201358
John E. Bucheit (admitted *pro hac vice*)
Illinois Bar No. 6255684
David M. Caves (admitted *pro hac vice*)
Illinois Bar No. 6292531
**Parker, Hudson, Rainer & Dobbs LLP**
Two N. Riverside Plaza, Suite 1850
Chicago, IL 60606
Telephone: (312) 477-3306
Email: tjacobs@phrd.com

Email: jbucheit@phrd.com
Email: dcaves@phrd.com

Andrew C. Stevens (admitted *pro hac vice*)
Georgia Bar. No. 183366
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree St. NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Email: dstevens@phrd.com

Richard D. Salgado
Texas Bar No. 24060548
**McDermott Will & Schulte LLP**
2801 North Harwood Street, Suite 2600
Dallas, TX 75201
Telephone: (214) 210-2797
Facsimile: (972) 232-3098
Email: richard.salgado@mwe.com

*Attorneys for Defendants National Surety
Corporation, Interstate Fire & Casualty
Company, and Fireman's Fund Insurance
Company*

/s/    *Richard D. Salgado*
Richard D. Salgado
Texas Bar No. 24060548
**McDermott Will & Schulte LLP**
2801 North Harwood Street, Suite 2600
Dallas, TX 75201
Telephone: (214) 210-2797
Facsimile: (972) 232-3098
Email: richard.salgado@mwe.com

Ryan S. Smethurst (admitted *pro hac vice*)
Alex M. Spisak (admitted *pro hac vice*)
**McDermott Will & Schulte LLP**
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8228
Facsimile: (202) 756-8087
Email: rsmethurst@mwe.com
Email: aspisak@mwe.com

2

*Attorneys for Defendant Allianz Global*
*Risks US Insurance Company and Jefferson*
*Insurance Company of New York*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which will send notice of the filing to all counsel of record.


 /s/ *Richard D. Salgado*
 Richard D. Salgado

3